THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE LOESTRIN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER CLASS ACTIONS | MDL NO. 2472<br>Master File No. 1:13-md-2472 (WES) |

### DIRECT PURCHASER CLASS PLAINTIFFS' MOTION
### FOR CONSOLIDATION AND
### APPOINTMENT OF INTERIM CLASS COUNSEL

Pursuant to Fed. R. Civ. P. 42(a) and 23(g)(3), Plaintiffs American Sales Company, LLC and Rochester Drug Co-Operative, Inc. move this Court to consolidate all direct purchaser actions and appoint interim co-lead and liaison counsel for the proposed class of direct purchasers of Loestrin 24 FE.  In support of this motion, direct purchaser plaintiffs respectfully submit the following:

- Memorandum of Law in Support of Direct Purchasers Class Plaintiffs' Motion For Consolidation and Appointment of Interim Class Counsel; and

- [Proposed] Order Regarding Consolidation and Appointment of Interim Class Counsel in the Direct Purchaser Class Actions.

Dated: October 31, 2013                                   Respectfully Submitted,

/s/ Joseph H. Meltzer
Joseph H. Meltzer, Esq.
Terence S. Ziegler, Esq.
Casandra Murphy, Esq.
Monique Myatt Galloway, Esq.
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA  19087
Tele:  610-667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
cmurphy@ktmc.com
mgalloway@ktmc.com

Thomas M. Sobol, Esq.
David S. Nalven, Esq.
Kristen Johnson Parker, Esq.
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Tele: 617-482-3700
tom@hbsslaw.com
davidn@hbsslaw.com
kristenjp@hbsslaw.com

Patrick Lynch, Esq
Maria F. Deaton, Esq.
Patrick Lynch Law Firm
One Park Row, 5th Floor
Providence, RI  020903
Tele: 401-274-3306
mdeaton@patricklynchlaw.com
*Counsel for Plaintiff American Sales Company, LLC and the Proposed Direct Purchaser Class*

Michael Kane, Esq.
Zachary D. Caplan, Esq.
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA  19103
Tele:  215-875-3000
dsorensen@bm.net
mkane@bm.net
zcaplan@bm.net

Peter R. Kohn, Esq.
Joseph T. Lukens, Esq.
Neill W. Clark, Esq.
Faruqi & Faruqi LLP
101 Greenwood Ave., Suite 600
Jenkintown, PA  19046
Tele: 215-277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com
nclark@faruqilaw.com

        Archana Tamoshunas, Esq.
        Taus, Cebulash & Landau, LLP
        80 Maiden Lane, Suite 1204
        New York, NY  10038
        Tele:  212-931-0704
        atamoshunas@tcllaw.com

        *Counsel for Plaintiff Rochester Drug*
        *Co-Operative, Inc.  and the Proposed*
        *Direct Purchaser Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2013, I electronically filed the foregoing *Direct Purchaser Class Plaintiffs' Motion for Consolidation and Appointment of Interim Class Counsel* with the Clerk of Court via the CM/ECF system, which will deliver notification of filing to all counsel of record.

/s/ Joseph H. Meltzer
Joseph H. Meltzer