UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                               )
LOESTRIN 24 FE ANTITRUST       )    C.A. No. 1:13-md-02472-S
LITIGATION                     )
_____)
                               )
LOY, et al.,                   )
                               )
        Plaintiffs,            )
                               )
    v.                         )    C.A. No. 1:13-00695-S
                               )
WARNER CHILCOTT PUBLIC         )
LIMITED COMPANY, et al.,       )
                               )
        Defendants.            )
_____)
```

## ORDER

WILLIAM E. SMITH, United States District Judge.

On October 3, 2013, the United States Judicial Panel on Multidistrict Litigation transferred to this Court six (6) actions captioned above collectively as Loestrin 24 FE Antitrust Litigation, C.A. No. 1:13-md-02472-S (the "MDL Matter"). Upon review of the complaints and other papers filed with the Court in connection with the MDL Matter and in connection with Loy, et al. v. Warner Chilcott Public Limited Company, et al., C.A. No. 1:13-00695-S, the Court notes that the complaints in both cases describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions. Furthermore, the Court notes that

the claims are asserted against all or most all of the same defendants. As such, IT IS HEREBY ORDERED that the Clerk of the Court consolidate the two cases captioned above for all pretrial purposes.

IT IS SO ORDERED.

*/s/ William E. Smith*
Judge William E. Smith
United States District Judge
November 5, 2013