```
                      UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                            )
LOESTRIN 24 FE ANTITRUST                    )    C.A. No. 1:13-md-02472-S
LITIGATION                                  )
_____)

## CASE MANAGEMENT ORDER NUMBER 1

WILLIAM E. SMITH, United States District Judge.

An Initial Status Conference (the "Conference") was held in the above-captioned matter on November 4, 2013. At the Conference, the parties discussed methods to appropriately and efficiently administer this complex matter. Pursuant to those discussions, IT IS HEREBY ORDERED:

1. The following deadlines are established for the filing of the Consolidated Complaint(s) and the Motion(s) to Dismiss:

    December 6, 2013 – Consolidated Complaint(s) Filed
    February 7, 2014 – Motion(s) to Dismiss Filed
    March 24, 2014 – Opposition to Motion(s) to Dismiss Filed
    April 23, 2014 – Reply Filed

2. The following firms are designated to act as <u>Interim</u> Co-Lead Counsel Committee for the Direct Purchaser Class Plaintiffs:

    Hagens Berman Sobol Shapiro LLP
    Faruqi & Faruqi, LLP
    Berger & Montague P.C.
    Kessler Topaz Meltzer & Check, LLP

3. The following firms are designated to serve as Interim Co-Lead Counsel Committee for the End-Payor Class Plaintiffs:

    Motley Rice, LLP
    Miller Law LLC

        Cohen Milstein Seller & Toll PLLC
        Hilliard & Shadowen LLC

4. Interim Co-Lead Counsel Committee for the Direct Purchaser and End-Payor Class Plaintiffs shall serve in such capacities until the filing of the Consolidated Complaint(s) on December 6, 2013. Prior to that date, these firms shall submit to the Court proposals for limiting costs, disbursements, attorney's fees and other expenses associated with the litigation of this matter. The Court will determine how to proceed with the selection of lead counsel after reviewing these proposals.

5. Notwithstanding Local Rule 204(c) which limits the number of *pro hac vice* counsel that may be admitted to represent a party to three (3), for purposes of this multidistrict litigation, up to four (4) attorneys may be admitted *pro hac vice* to represent each party.

6. During the pendency of the Consolidated Complaint(s) and the Motion(s) to Dismiss, the parties shall meet and confer and shall, as promptly as possible, facilitate the disclosure of documents related to the underlying patent litigation and related settlement. The parties may also initiate limited formal discovery, including the filing of interrogatories. Finally, the parties are encouraged to begin the process of identifying areas in which designation of Rule 30(b)(6)

witnesses will be required.  Further Case Management Orders will be issued by the Court in due course.

IT IS SO ORDERED.

*/s/ William E. Smith*

William E. Smith
U.S. District Judge
Date:  November 8, 2013