```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

_____  )
                                     )
LOESTRIN 24 FE ANTITRUST             )    C.A. No. 1:13-md-02472-S
LITIGATION                           )
_____)
                                     )
WALGREEN CO., et al.,                )
                                     )
          Plaintiffs,                )
                                     )
     v.                              )    C.A. No. 1:14-00102-S
                                     )
WARNER CHILCOTT PUBLIC               )
LIMITED COMPANY, et al.,             )
                                     )
          Defendants.                )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

On October 3, 2013, the United States Judicial Panel on Multidistrict Litigation transferred to this Court six (6) actions captioned above collectively as Loestrin 24 FE Antitrust Litigation, C.A. No. 1:13-md-02472-S (the "MDL Matter"). Upon review of the complaints and other papers filed with the Court in connection with the MDL Matter and in connection with Walgreen Co., et al. v. Warner Chilcott Public Limited Company, et al., C.A. No. 1:14-00102-S (the "Walgreen Co. Matter"), the Court notes that the complaints in both cases describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially

similar actions.  Furthermore, the Court notes that the claims are asserted against all or most all of the same defendants.  As such, IT IS HEREBY ORDERED that the Clerk of the Court consolidate the two cases captioned above for all pretrial purposes.

By virtue of being consolidated with the MDL Matter, the parties to the Walgreen Co. Matter shall be bound by the Case Management and other orders previously issued in the MDL Matter. If any party to the Walgreen Co. Matter objects to being so bound, it shall file any such objection with the Court prior to April 15, 2014.

IT IS SO ORDERED.

*/s/ William E. Smith*
Judge William E. Smith
United States District Judge
April 1, 2014