IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE LOESTRIN 24 FE ANTITRUST LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>WALGREEN CO., et al.<br>        Plaintiffs,<br>vs.<br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, et al.,<br>        Defendants. | MDL NO. 2472<br><br>Master File No. 1:13-md-2472-S-PAS<br><br>C.A. 14-cv-00102-S |

**DESIGNATION BY WALGREEN PLAINTIFFS OF
LEAD COUNSEL PURSUANT TO LR GEN 206(d)**

Pursuant to LR Gen 206(d), Walgreen Co., The Kroger Co., Safeway Inc., HEB Grocery Company L.P. and Albertson's LLC (the "Walgreen Plaintiffs"), plaintiffs in this action, designate Scott E. Perwin as Lead Counsel for the case.

                        Respectfully submitted,

                        /s/ S. Michael Levin
                        S. Michael Levin (#3796)
                        55 Dorrance Street, Suite 200
                        Providence, RI 02903
                        Email: mlevin@smlevinlaw.com
                        T: 401.228.6339
                        F: 866.652.0274
                        E-mail: mlevin@smlevinlaw.com

                        Scott E. Perwin (pro hac vice)
                        Lauren C. Ravkind (pro hac vice)
                        Anna T. Neill (pro hac vice)
                        Kenny Nachwalter P.A.
                        1100 Miami Center

201 South Biscayne Boulevard
Miami, FL 33131
T: 305.373.1000
F: 305.372.1861
Email: sperwin@knpa.com
Email: lravkind@knpa.com
Email: aneill@knpa.com

Paul J. Skiermont (pro hac vice)
Skiermont Puckett LLP
2200 Ross Avenue, Suite 4800W
Dallas, TX 75201
T: 214.978.6600
F: 214.978.6801
Email: paul.skiermont@skiermontpuckett.com

Attorneys for Walgreen Plaintiffs

Dated: April 2, 2014

## CERTIFICATE OF SERVICE

I certify that on April 2, 2014 I caused the foregoing pleading to be electronically filed using the CM/ECF system, which will send notification via email to participating parties.

/s/ S. Michael Levin