**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **IN RE LOESTRIN 24 FE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Walgreen Co., The Kroger Co., Safeway Inc., HEB Grocery Co. L.P. and Albertson's LLC v. Warner Chilcott Public Limited Company, Warner Chilcott Company, Inc., Warner Chilcott Company, LLC, Warner Chilcott (US), LLC, Warner Chilcott Laboratories Ireland Limited, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott Sales (US) LLC, Actavis, Inc., Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Lupin Ltd., and Lupin Inc.*, Civ. A. No. 14-cv-00102-S-PAS (D.R.I.) | Civ. A. No. 1:13-md-2472-S |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiffs Walgreen Co., The Kroger Co., Safeway Inc., HEB Grocery Company L.P., and Albertson's LLC (collectively, "Plaintiffs"), and Defendants Warner Chilcott Public Limited Company, Warner Chilcott Company, Inc., Warner Chilcott Company, LLC, Warner Chilcott (US), LLC, Warner Chilcott Laboratories Ireland Limited, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott Sales (US), LLC, Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., and Watson Laboratories, Inc. (collectively, the "Actavis Defendants"), hereby jointly submit this Stipulation regarding the Actavis Defendants' time to respond to the Complaint.

WHEREAS, Plaintiffs filed a Complaint and Demand for Jury Trial in this matter ("Complaint") on February 25, 2014, against the Actavis Defendants, Lupin Ltd., and Lupin Inc.,

challenging allegedly anticompetitive agreements to delay generic competition to Loestrin 24, an oral contraceptive;

WHEREAS, the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407, on October 2, 2013, transferred and consolidated actions containing common questions of law or fact to the allegations and claims in this action ("Related Actions") which are now pending before this Court in *In re Loestrin 24 Fe Antitrust Litigation*, Civ. A. No. 1:13-md-02472-S-PAS;

WHEREAS, on December 6, 2013, the plaintiffs in the Related Actions filed consolidated amended complaints on behalf of direct purchasers of Loestrin 24 (ECF No. 39) and indirect purchasers of Loestrin 24 (ECF No. 40) (together, the "Consolidated Amended Complaints");

WHEREAS, on February 7, 2014, the Actavis Defendants moved to dismiss the Consolidated Amended Complaints (ECF Nos. 74 and 76) ("Motions to Dismiss");

WHEREAS, as of April 23, 2014, the Actavis Defendants' Motions to Dismiss have been fully briefed to the Court;

WHEREAS, the Actavis Defendants have not yet filed any motion, answer or other response to Plaintiffs' Complaint in this action, and no such response has yet come due; and

WHEREAS, for purposes of efficiency and to avoid unnecessary multiple filings, Plaintiffs and the Actavis Defendants propose extending the Actavis Defendants' time to respond to the Complaint in this action pending decisions by the Court on the Actavis Defendants' Motion to Dismiss the Consolidated Amended Complaints.

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1.      Plaintiffs and the Actavis Defendants stipulate and agree that the time for the Actavis Defendants to move, answer or otherwise respond to Plaintiffs' Complaint is extended until forty-five (45) days after the Court has resolved all issues in the pending Motions to Dismiss.

2.      If the Actavis Defendants file a motion to dismiss the Plaintiffs' Complaint, Plaintiffs and the Actavis Defendants stipulate and agree that Plaintiffs shall oppose or otherwise respond to that motion within forty-five (45) days after the date of such motion.

3.      If the Actavis Defendants file a motion to dismiss the Plaintiffs' Complaint, Plaintiffs and the Actavis Defendants stipulate and agree that the time for the Actavis Defendants to reply to the opposition by Plaintiffs described in Paragraph 2 above shall be thirty (30) days after the date of such opposition.

4.      Plaintiffs and the Actavis Defendants agree that the Actavis Defendants do not waive any Rule 12 defenses by agreeing to this Stipulation.

Dated: April 28, 2014                    Respectfully submitted,


                                         */s/ John A. Tarantino*
                                         John A. Tarantino (#2586)
                                         jtarantino@apslaw.com
                                         Patricia K. Rocha (#2793)
                                         procha@apslaw.com
                                         Nicole J. Benjamin (#7540)
                                         nbenjamin@apslaw.com
                                         Adler Pollock & Sheehan P.C.
                                         One Citizens Plaza, 8th Floor
                                         Providence, RI  02903-1345
                                         Telephone:  (401) 274-7200
                                         Facsimile:   (401) 751-0604

                                         J. Mark Gidley (pro hac vice)
                                         Peter J. Carney (pro hac vice)
                                         WHITE & CASE LLP
                                         701 Thirteenth Street, NW
                                         Washington, DC  20005
                                         Telephone:  (202) 626-3600
                                         Facsimile:  (202) 639-9355

                                         Jack E. Pace III (pro hac vice)
                                         Robert A. Milne (pro hac vice forthcoming)
                                         Alison Hanstead (pro hac vice)
                                         WHITE & CASE LLP
                                         1155 Avenue of the Americas
                                         New York, New York 10036
                                         Telephone: (212) 819-8200
                                         Facsimile: (212) 354-8113

                                         *Attorneys for Warner Chilcott Sales (US), LLC,*
                                         *Warner Chilcott (US), LLC, Warner Chilcott Public*
                                         *Limited Company, Warner Chilcott Company, LLC*
                                         *f/k/a Warner Chilcott Company, Inc., Warner*
                                         *Chilcott Laboratories Ireland Limited, Warner*
                                         *Chilcott Holdings Company III, Ltd., Warner*
                                         *Chilcott Corporation, Actavis, Inc. f/k/a Watson*
                                         *Pharmaceuticals, Inc., and Watson*
                                         *Laboratories, Inc.*

5

*/s/ S. Michael Levin*
S. Michael Levin (#3796)
55 Dorrance Street, Suite 200
Providence, RI 02903
Telephone: (401) 228-6339

Scott E. Perwin (pro hac vice)
Lauren C. Ravkind (pro hac vice)
Anna T. Neill (pro hac vice)
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Paul J. Skiermont (pro hac vice)
Skiermont Puckett LLP
2200 Ross Avenue, Suite 4800W
Dallas, TX 75201

*Attorneys for Plaintiffs Walgreen
Co., The Kroger Co., Safeway Inc.,
HEB Grocery Company L.P. and
Albertson's LLC*

**IT IS SO ORDERED:**

_____
**Honorable William E. Smith, District Judge**
**United States Court for the District of Rhode Island**

**DATED:** _____

5

680481.v1