THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE LOESTRIN 24 FE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | MDL NO. 2472<br>Master File No. 1:13-md-2472 (WES) |

### DIRECT PURCHASER PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs American Sales Company, LLC and Rochester Drug Co-Operative, Inc. ("Plaintiffs"), on behalf of themselves and the putative class of Direct Purchaser Plaintiffs, hereby appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order entered in this action on September 4, 2014 (Dkt. No. 116) (the "Opinion").[1]

Dated: October 6, 2014

Respectfully Submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol, Esq. (R.I. Bar No. 5005)
Kristen A. Johnson, Esq. (admitted Pro Hac Vice)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

Joseph H. Meltzer, Esq.
Terence S. Ziegler, Esq.
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA  19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com

---

[1] Plaintiffs are filing this Notice of Appeal out of an abundance of caution and to preserve all their appellate rights in the event the Opinion is construed as a final judgment.

David F. Sorensen, Esq. (admitted Pro Hac Vice)
Michael Kane, Esq. (admitted Pro Hac Vice)
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA  19103
Tel:  (215) 875-3000
Fax: (215) 875-5707
dsorensen@bm.net
mkane@bm.net


Peter R. Kohn, Esq. (admitted Pro Hac Vice)
Neill W. Clark, Esq. (admitted Pro Hac Vice)
Faruqi & Faruqi LLP
101 Greenwood Ave., Suite 600
Jenkintown, PA  19046
Tel: (215) 277-5770
Fax: (215) 277-5771
pkohn@faruqilaw.com
nclark@faruqilaw.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

Patrick C. Lynch, Esq.
Jeffrey B. Pine, Esq.
Lynch & Pine
One Park Row, 5th Floor
Providence, RI  02903
Tel: (401) 274-3306
Fax: (401) 274-3326
jbp@pinelaw.com

*Interim Liaison Counsel for the Direct Purchaser Class Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2014, I electronically filed the foregoing Direct Purchaser Plaintiffs' *Notice of Appeal* with the Clerk of Court via the CM/ECF system, which will deliver notification of filing to all counsel of record.

/s/ Thomas M. Sobol