# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| IN RE LOESTRIN 24 FE<br>ANTITRUST LITIGATION | ) <br>) <br>) <br>) <br>) | MDL No. 13-2472-S-PAS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) <br>) | No. 1:13-md-2472-S-PAS |

**JUDGMENT**

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to Rule 58(b)(1)(C) and to the Order entered by this Court on February 17th, 2015 judgment hereby enters for the Defendants Actavis, Inc. Lupin Ltd., Lupin Pharmaceuticals, Inc., Warner Chilcott Company, Inc., Warner Chilcott, LLC, Warner Chilcott Public Limited Company, Warner Chilcott (US), LLC, Warner Chilcott Laboratories Ireland, Limited, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott Sales (US), LLC, Watson Laboratories, Inc., and Watson Pharmaceuticals, Inc. and against the Direct Purchaser Plaintiffs.

Further, pursuant to Rule 54(b) and to the Order entered by this Court on February 17th, 2015 judgment hereby enters for the above-named Defendants and against the End-Payor Plaintiffs as to Claims One and Three of the End-Payors' Consolidated Class Action Complaint.

Enter:

/s/ Ryan H. Jackson
_____
Deputy Clerk

Dated: February 17, 2015