# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: LOESTRIN 24 FE ANTITRUST LITIGATION  )<br>)<br>)<br>*All Actions*  )<br>) | MDL No. 2472<br><br>C.A. No. 1:13-md-2472-S |

## NOTICE OF JOINDER BY LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC. IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DUE TO LACK OF MARKET POWER

Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. hereby join in Defendants' Motion for Summary Judgment Due to Lack of Market Power, including the accompanying Memorandum of Law, Statement of Undisputed Facts, and all exhibits thereto (collectively, the "Market Power Summary Judgment Motion") filed by Defendants Warner Chilcott Co., LLC f/k/a Warner Chilcott Co., Inc., Warner Chilcott (US), LLC, Warner Chilcott Sales (US), LLC, Warner Chilcott plc n/k/a Allergan WC Ireland Holdings Ltd., Warner Chilcott Holdings Co. III, Ltd., Warner Chilcott Corp., Warner Chilcott Laboratories Ireland Limited, Watson Laboratories, Inc., and Watson Pharmaceuticals, Inc.  This joinder hereby expressly adopts and fully incorporates by reference all of the arguments made in the Market Power Summary Judgment Motion.

July 30, 2018

By: */s/ Leiv Blad*

Leiv Blad (*pro hac vice*)
Zarema Jaramillo (*pro hac vice*)
Katie Glynn (*pro hac vice*)
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: 202.753.3800
Fax: 202.753.3838
Email: lblad@lowenstein.com
zjaramillo@lowenstein.com
kglynn@lowenstein.com


William R. Landry (2494)
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI  02903-1765
Phone:  401.831.8900
Fax:  401.751.7542
Email:  wrl@blishcavlaw.com

*Attorney for Lupin Limited and Lupin
Pharmaceuticals, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2018, I caused the **NOTICE OF JOINDER BY LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC. IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DUE TO LACK OF MARKET POWER** to be filed electronically using the CM/ECF system, which will serve notification of such filing to the email addresses of all counsel of record in this action.


By: */s/ Leiv Blad*_____