# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| _____<br><br>IN RE LOESTRIN 24 FE ANTITRUST LITIGATION<br><br>*All Actions*<br>_____ | )<br>)<br>)<br>)<br>)<br>) |

MDL No. 2472

C.A. No. 1:13-md-2472-S-PAS

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT DUE TO LACK OF MARKET POWER

# TABLE OF CONTENTS

INTRODUCTION ..................................................................................................................... 1

ARGUMENT .......................................................................................................................... 5

I.      Plaintiffs Cannot Prove Their Single-Product Market in a Sea of Branded and Generic Contraceptive Choices and Free and Heavily Discounted (Couponed) Loestrin 24 ....................................................................................................................... 6

      A.     There Is No Genuine Dispute that Loestrin 24 Is Therapeutically Interchangeable with Other Hormonal Contraceptives—All of Which Are FDA-Indicated to Prevent Pregnancy ..................................................................... 8

            1.     FDA-Approved Labeling Confirms that Loestrin 24 and Other Hormonal Contraceptives Are Interchangeable and Even Anticipates Switching Between Hormonal Contraceptives ........................................... 12

            2.     Insurers and PBMs Consider Loestrin 24 and Other Hormonal Contraceptives to Be Interchangeable ....................................................... 13

            3.     Medical Professionals and Medical Treatises Treat Loestrin 24 and Other Hormonal Contraceptives as Interchangeable ............................... 16

            4.     Patients Viewed Loestrin 24 and Other Hormonal Contraceptives as Interchangeable ....................................................................................... 17

            5.     Warner Chilcott's and Its Brand and Generic Competitors' Contemporaneous Business Documents and Testimony Confirm that Loestrin 24 Competes with Other Hormonal Contraceptives .................. 18

      B.     The Undisputed Evidence Establishes that Loestrin 24 Exhibits Cross-Elasticity of Demand with Other Hormonal Contraceptives Outside Plaintiffs' Alleged Narrow Market ..................................................................... 21

            1.     Quantitative Analysis of Warner Chilcott's Coupon Change Confirms Real-Life, Price-Induced Switching Among Oral Contraceptives .................................................................................... 22

            2.     Quantitative Analysis of Warner Chilcott's Distribution of Free Samples of Loestrin 24 Confirms Price Competition Among Loestrin 24 and Other Hormonal Contraceptives ................................................. 25

            3.     Quantitative Analysis Reveals Great Variation in How Often Doctors Prescribe Loestrin 24, Confirming that Other Products Are Substitutes for Loestrin 24 ..................................................................... 26

            4.     To Inform Its Competitive Strategy, Warner Chilcott Actively Monitored Patient Switching to and from Loestrin 24 ........................... 27

            5.     Warner Chilcott and Its Competitors Vigorously Competed on Price ..... 29

      C.     *Brown Shoe* Practical Indicia for Product Market Definition Support a Market of All Hormonal Contraceptives ........................................................... 31

II.  Defendants Do Not Have Market Power or Monopoly Power in a Market
     Consisting of All Hormonal Contraceptives, or Even a Narrower Market Including
     Only Combined Oral Contraceptives Containing 35 mcg or Less of Ethinyl
     Estradiol ................................................................................................................. 33

     A.   Plaintiffs Cannot Create a Triable Issue that Warner Chilcott Had Sufficient
          Market Power or Monopoly Power in the Relevant Antitrust Market.................. 33

     B.   Other Factors, Such as Actual Entry of 60 New Contraceptives, Confirm
          that Plaintiffs Cannot Carry Their Burden to Prove that Warner Chilcott Has
          Market Power in a Relevant Product Market...................................................... 39

III. Plaintiffs Cannot Satisfy Their Burden to Prove Market Power Through So-Called
     Direct Evidence...................................................................................................... 41

     A.   This Is Not a "Rare Circumstance" Where Market Power Can Be Shown
          Through So-Called "Direct Evidence" ............................................................. 41

     B.   Proof of a "Reverse Payment" Alone Cannot Establish Market Power .............. 43

CONCLUSION.................................................................................................................. 45


APPENDICES

Appendix A (Lists of Hormonal Contraceptives)...................................................... A-1

Appendix B (Formularies and Preferred Drug Lists) ................................................ A-3

Appendix C (FDA-Approved Label Indications) ..................................................... A-11

Appendix D (New Entrants in Hormonal Contraceptives Since Loestrin 24 Approval) ......... A-37

Appendix E (Patient Switches) ............................................................................. A-50

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Am. Sales Co. v. AstraZeneca AB*,
No. 1:10-cv-00062-PKC, 2011 U.S. Dist. LEXIS 41182 (S.D.N.Y. Apr. 14,
2011) ................................................................................................................10

*Am. Steel Erectors, Inc. v. Local Union No. 7, Int'l Ass'n of Bridges, Structural,
Ornamental & Reinforcing Iron Workers*,
815 F.3d 43 (1st Cir. 2016) ............................................................................22

*Anderson v. Liberty Lobby, Inc.*,
477 U.S. 242 (1986) ..........................................................................................6

*Barr Labs. v. Abbott Labs.*,
978 F.2d 98 (3d Cir. 1992) ........................................................................33, 39

*Bayer Schering Pharma AG v. Sandoz, Inc.*,
813 F. Supp. 2d 569 (S.D.N.Y. 2011) .............................................................11

*Brown Shoe Co. v. United States*,
370 U.S. 294 (1962) ..............................................................................7, 11, 31

*CCBN.com, Inc. v. Thomson Fin., Inc.*,
270 F. Supp. 2d 146 (D. Mass. 2003) ..............................................................42

*Coastal Fuels of P.R., Inc. v. Caribbean Petrol. Corp.*,
79 F.3d 182 (1st Cir. 1996) ........................................................................7, 42

*Cyntegra, Inc. v. Idexx Labs., Inc.*,
520 F. Supp. 2d 1199 (C.D. Cal. 2007) ...........................................................40

*Díaz Aviation Corp. v. Airport Aviation Servs.*,
716 F.3d 256 (1st Cir. 2013) ............................................................................22

*Eastman Kodak Co. v. Image Tech. Servs., Inc.*,
504 U.S. 451 (1992) ..........................................................................................43

*Fineman v. Armstrong World Indus., Inc.*,
980 F.2d 171 (3d Cir. 1992) .............................................................................34

*Flovac, Inc. v Airvac, Inc.*,
817 F.3d 849 (1st Cir. 2016) ...................................................................... passim

*FTC v. AbbVie,*
  2:14-cv-05151-HB, No. 14-5151, 2018 U.S. Dist. LEXIS 109628 (E.D. Pa.
  June 29, 2018) ............................................................................................12, 29, 42

*FTC v. Actavis,*
  570 U.S. 136 (2013) ...............................................................................................43, 44

*FTC v. Ind. Fed'n of Dentists,*
  476 U.S. 447 (1986) .......................................................................................................44

*George R. Whitten, Jr. Inc. v. Paddock Pool Builders, Inc.,*
  508 F.2d 547 (1st Cir. 1974) ....................................................................................8, 21

*Grappone, Inc. v. Subaru of New Eng., Inc.,*
  858 F.2d 792 (1st Cir. 1988) .........................................................................................34

*Harrison Aire, Inc. v. Aerostar Int'l, Inc.,*
  423 F.3d 374 (3d Cir. 2005) ..........................................................................................41

*Heerwagen v. Clear Channel Commc'ns,*
  435 F.3d 219 (2d Cir. 2006) ..........................................................................................41

*Ideal Dairy Farms, Inc. v. John Labatt, Ltd.,*
  90 F.3d 737 (3d Cir. 1996) ............................................................................................33

*In re Aggrenox Antitrust Litigation,*
  199 F. Supp. 3d 662 (D. Conn. 2016) ...........................................................................45

*In re Pharm. Indus. Average Wholesale Price Litig.,*
  230 F.R.D. 61 (D. Mass. 2005) ...............................................................................13, 15

*In re Remeron Direct Purchaser Antitrust Litig.,*
  367 F. Supp. 2d 675 (D.N.J. 2000) .........................................................................10, 42

*In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation,*
  No. 14-md-02503, 2018 U.S. Dist. LEXIS 11921 (D. Mass. Jan. 25, 2018) ..........42, 45

*Int'l Distrib. Ctrs., Inc. v. Walsh Trucking Co.,*
  812 F.2d 786 (2d Cir. 1987) ..........................................................................................39

*J.B.D.L. Corp. v. Wyeth-Ayerst Labs. Inc.,*
  485 F.3d 880 (6th Cir. 2007) ....................................................................................14, 15

*Jefferson Parish Hosp. Dist. No. 2 v. Hyde,*
  466 U.S. 2 (1984) ...........................................................................................................34

*LeBlanc v. Great Am. Ins. Co.,*
  6 F.3d 836 (1st Cir. 1993) ................................................................................................6

*Lee v. Life Ins. Co. of N. Am.*,
   829 F. Supp. 529 (D.R.I. 1993), *aff'd*, 23 F.3d 14 (1st Cir. 1994) ........................................9

*Mesnick v. Gen. Elec. Co.*,
   950 F.2d 816 (1st Cir. 1991) ........................................6

*Mylan Pharm. Inc. v. Warner Chilcott plc*,
   838 F.3d 421 (3d Cir. 2016) ("*Doryx II*") ........................................8, 24, 41, 42

*Mylan Pharm. Inc. v. Warner Chilcott plc*,
   No. 2:12-cv-03824-PD, 2015 U.S. Dist. LEXIS 50026, (E.D. Pa. Apr. 16,
   2015), *aff'd* 838 F.3d 421 (3d Cir. 2016) ("*Doryx I*") ........................................10, 12, 39

*New York v. Actavis*,
   787 F.3d 638 (2d Cir. 2015) ........................................10, 11

*Pepsico, Inc. v. Coca-Cola Co.*,
   315 F.3d 101 (2d Cir. 2002) ........................................31

*Queen City Pizza, Inc. v. Domino's Pizza, Inc.*,
   124 F.3d 430 (3d Cir. 1997) ........................................8

*R&J Tool, Inc. v. Manchester Tool Inc.*,
   No. 1:99-cv-00242-SM, 2001 U.S. Dist. LEXIS 1035 (D.N.H. Jan. 10, 2001) ........................................8

*Ramallo Bros. Printing, Inc. v. El Dia, Inc.*,
   392 F. Supp. 2d 118 (D.P.R. 2005) ........................................34

*Raskiewicz v. New Boston*,
   754 F.2d 38 (1st Cir. 1985) ........................................6

*Shalala v. Ill. Council on Long Term Care, Inc.*,
   529 U.S. 1 (2000) ........................................44

*Shionogi Pharma., Inc. v. Mylan, Inc.*,
   No. 1:10-cv-01077-GFA, 2011 U.S. Dist. LEXIS 58774 (D. Del. May 26,
   2011) ........................................10

*Smith v. F.W. Morse & Co.*,
   76 F.3d 413 (1st Cir. 1996) ........................................6

*SMS Sys. Maint. Servs. v. Digital Equip. Corp.*,
   188 F.3d 11 (1st Cir. 1999) ........................................21

*Sterling Merch., Inc. v. Nestlé, S.A.*,
   656 F.3d 112 (1st Cir. 2011) ........................................33

*Tops Mkts., Inc. v. Quality Mkts., Inc.*,
    142 F.3d 90 (2d Cir. 1998) ...................................................................................39

*Town of Concord v. Boston Edison Co.*,
    915 F.2d 17 (1st Cir. 1990) ..............................................................................7, 33

*Triangle Trading Co. v. Robroy Indus.*,
    200 F.3d 1 (1st Cir. 1999) .....................................................................................6

*United States v. Aluminum Co. of Am.*,
    148 F.2d 416 (2d Cir. 1945) .................................................................................33

*United States v. CIBA GEIGY Corp.*,
    508 F. Supp. 1118 (D.N.J. 1976) .........................................................................10

*United States v. E.I. du Pont de Nemours & Co.*,
    351 U.S. 377 (1955) ..........................................................................................7, 43

*United States v. Eastman Kodak Co., Inc.*,
    63 F.3d 95 (2d Cir. 1995) .....................................................................................42

*United States v. Grinnell Corp.*,
    384 U.S. 563 (1996) ...............................................................................................7

*United States v. Microsoft Corp.*,
    253 F.3d 34 (D.C. Cir. 2001) ...............................................................................42

*Walker Process Equip., Inc. v. Food Mach. & Chem. Corp.*,
    382 U.S. 172 (1965) .............................................................................................44

*White v. Hearst Corp.*,
    669 F.2d 14 (1st Cir. 1982) ....................................................................................6

*Winter Hill Frozen Foods & Servs., Inc. v. Haagen-Dazs Co.*,
    691 F. Supp. 539 (D. Mass. 1988) ..................................................................34, 38

*Yagoozon, Inc. v. Kids Fly Safe*,
    No. 1:14-cv-00040-ML-PAS, 2014 U.S. Dist. LEXIS 92283 (D.R.I. June 6,
    2014) .......................................................................................................................9

## RULES

Fed. R. Civ. P. 56(a) ...................................................................................................5

## OTHER AUTHORITIES

Haiden A. Hudkamp et al., *The Effect of Incentive-Based Formularies on
    Prescription-Drug Utilization and Spending*, 349 N. Eng. J. Med. 2224 (2003)....................14

Joanna M. Shepherd, *Deterring Innovation:  New York v. Actavis and the Duty to Subsidize Competitors' Market Theory*, 17 U. Minn. J.L. Sci. & Tech. 663 (2016)..................................................................................................................13

Nancy K. Plant, *The Learned Intermediary Doctrine: Some New Medicine for an Old Ailment*, 81 Iowa L. Rev. 1007 (May 1996) ....................................................14

P. Areeda & H. Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* ¶ 801a (4th ed. 2018) ..........................................................34

Thomas S. Rector et al., *Effect of Tiered Prescription Copayments on the Use of Preferred Brand Medications*, 41 Med. Care 398 (2003).........................................14

## **INTRODUCTION**

To prove any of their claims, Plaintiffs must prove their bald assertion that Warner Chilcott was a monopolist.  If Warner Chilcott were not a monopolist—but instead customers had practical alternatives to Warner Chilcott's Loestrin 24 contraceptive—then Warner Chilcott's alleged conduct is of no concern to the antitrust laws.  Choice trumps conduct in a Rule of Reason case, and here all doctors and patients had numerous choices to prevent any one contraceptive from being a monopoly.  There is no patient for whom Loestrin 24 was the only option.  This Court must grant summary judgment and dismiss Plaintiffs' claims.

Plaintiffs have the burden to prove that, from 2009 to 2013, Warner Chilcott had market power or monopoly power in a properly defined antitrust product market.  In a field of far more than 100 contraceptives—with approximately 60 new entrants approved in the relevant five-year period—Plaintiffs brazenly allege a market of one, so that Warner Chilcott would have a 100% market share.  DPP Compl. ¶ 309 (market of Loestrin 24, then its next generation version, Minastrin, and AB-rated generics of each); IPP Compl. ¶¶ 301, 303 (same).  Not to be outdone, Retailer Plaintiffs are even narrower:  alleging only Loestrin 24 and its AB-rated generics.  CVS Compl. ¶ 179; Walgreens Compl. ¶ 182.

The parties tested Plaintiffs' "single molecule" market definition during the discovery phase, and it failed.  Here, dozens of contraceptives were available (in a drug class that goes back 50 years), many had been generic for years, generics outsold branded contraceptives by a wide margin, and Warner Chilcott (only the *fifth* largest contraceptive firm) was forced by all these competitive choices to give away as free samples up to 50% of its unit sales of Loestrin 24—all of this before Obamacare made contraceptives free in this country.

Despite Plaintiffs having been forced to cancel product market depositions, as detailed below, the discovery record makes clear that no genuine dispute exists over these material facts:

**FDA-Approved Interchangeability.** According to FDA-approved labeling, all oral contraceptives are indicated to do the same thing: prevent pregnancy. *See* Section I.A.1. Acknowledging the extensive switching among contraceptives, the FDA-approved labels also contain (including for Loestrin 24 itself) instructions on switching from other contraceptives (including oral contraceptives, contraceptive patches, and vaginal rings used for contraception) to the contraceptive in question. *See id*.

**Extensive and Contemporaneous Proof of Cross-Price Elasticity and Actual Switching.** Warner Chilcott's weekly "Switch Matri[ces]" show thousands of patients regularly switching from one contraceptive to another. *See* Section I.B.4. Price often was the reason. Dr. Sumanth Addanki summarizes in his expert report his regression analyses showing significant price-induced switching to and from Loestrin 24. When Warner Chilcott increased free samples or curtailed Loestrin 24 couponing, sales rose or fell in response. *See* Sections I.B.1, I.B.2.

**Contraceptive Choices Are Price Sensitive.** While Plaintiffs allege a price "disconnect" between the doctor and patient in the "pharmaceutical marketplace," DPP Compl. ¶ 319, Plaintiffs cannot dispute Warner Chilcott's free sampling of Loestrin 24 and heavy discounting in the form of coupons, that both practices were ubiquitous in the sale of contraceptives, that manufacturers in this market compete on price, and that discounting to patients led to much of the switching described above. *See* Section I.B.5.

**Clinical Evidence of Substitutability.** Leading clinical practitioners and medical textbooks confirm the obvious fact that many contraceptives available during the relevant time period could be substituted for Loestrin 24 when appropriate. *See* Section I.B.3; Kagan Rep. ¶¶ 1–7, 41–42.

**Other Contraceptive Brands Outside Plaintiffs' Proposed Market Constrained the Price of Loestrin 24.**  Internal planning documents show that Warner Chilcott closely monitored the prices of competing contraceptives—particularly its fiercest branded competitors Bayer's Yasmin and Yaz, and Johnson & Johnson's Ortho Tri-Cyclen Lo (as well as their generics)—and felt constrained in its Loestrin 24 pricing decisions by the prices of competing contraceptives. *See* Section I.B.5.

**The Key Decision-Makers in Health Care—Health Insurers and PBMs—Admit Broad Substitutability.**  Health insurance companies, including members of the proposed Indirect Purchaser Plaintiff class, and pharmacy benefits managers (PBMs), drive patient choice. The ready availability of numerous alternatives permitted these insurers to induce switching by means of low co-pays to patients and to punish Loestrin 24 with high formulary tiering (higher co-pays).  Price discounting in the form of free samples and deeply discounted coupons for Loestrin 24 patients were Warner Chilcott's competitive response.  Insurers and PBMs have admitted the broad substitutability among Loestrin 24 and other oral contraceptives in their formularies and similar documents, which expressly encouraged switching among numerous competing contraceptives outside Plaintiffs' alleged product market.  *See* Section I.A.2.  And the manufacturers of these competing oral contraceptives, such as far larger brand companies ████ ██████████████, as well as ███ and █████—leading generics companies with larger oral contraceptive sales than Warner Chilcott—viewed themselves as competing head on with Loestrin 24 (and later Minastrin).

**Small Market Share.**   When the product market is defined as all hormonal contraceptives—as market participants at the time defined it[1]—then Warner Chilcott's Loestrin 24 market share was in the range of 4% to 10% during the relevant time period.  *See* Section II.B.   If the product market is defined more narrowly to include only combined oral contraceptives containing 35 mcg of ethinyl estradiol or less, then Warner Chilcott's Loestrin 24 market share did not exceed ███ from 2008-2013.  *See* Section II.A.

**Unprecedented Actual Entry of 60 New Contraceptives.**  The fact that actual entry of new contraceptives was on average a *monthly* phenomenon ends any possibility of monopoly or market power in this case.   It cannot be disputed that the FDA approved at least *60 new contraceptives* between 2009 and 2013—a rate of one contraceptive a month over that five year period—and 100 new contraceptives since 2006—when Loestrin 24 was approved.  *See* Section II.B and Appendix D.

**Contraceptive Competitors All Saw the Market as Broad.**   In contemporaneous internal planning documents, both Warner Chilcott and its competitors defined the competitive market to include a broad array of contraceptives.   ████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████  *See* Section I.A.5.

**Plaintiffs' Cancellation of Product Market Depositions.**  As discovery proceeded and the evidence of a broad contraceptive product market grew, Plaintiffs cancelled two depositions

---

[1] Defendants' use of the term "hormonal contraceptives" includes all combined hormonal contraceptives, including oral contraceptives, vaginal rings, and contraceptive patches.  It is not intended to include progestin-only pills, IUDs, contraceptive injections, or contraceptive implants.  While Plaintiffs, and not Defendants, have the burden to prove a properly-defined product market, the undisputed facts confirm that the market includes at least all combined hormonal contraceptives.  And inclusion of progestin-only products would only further reduce Warner Chilcott's already low share of sales.

(Roger Boissonneault, former CEO of Warner Chilcott, and Carter Dutch, Vice President of Corporate Accounts at Warner Chilcott) scheduled to cover market definition and withdrew Rule 30(b)(6) topics on product market and market definition issues about which Andrew McClenaghan, former Vice President, Commercial, at Warner Chilcott, who was deposed on other 30(b)(6) topics and was prepared to testify.  Because Messrs. Boissonneault and Dutch did not testify by deposition as noticed by the Plaintiffs, we submit with the present motion sworn declarations from both individuals regarding the competitive landscape in contraceptives based on their extensive experience in the industry.  *See* SOF Exs. 3 & 4.

<p style="text-align:center">*       *       *       *</p>

In light of the above, there is no triable dispute on the dispositive issue of market power. Warner Chilcott was a minor player in a gigantic playing field, with no ability to restrict output or to price above a competitive level.  This Court therefore must grant Defendants' motion for summary judgment.[2]

## **ARGUMENT**

A court shall grant summary judgment if the moving party shows that "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(a).  The nonmoving party "may not rest upon mere allegation or denials

---

[2] Warner Chilcott Co., LLC f/k/a Warner Chilcott Co., Inc., Warner Chilcott (US), LLC, Warner Chilcott Sales (US), LLC, Warner Chilcott plc n/k/a Allergan WC Ireland Holdings Ltd., Warner Chilcott Holdings Co. III, Ltd., Warner Chilcott Corp., Warner Chilcott Laboratories Ireland Limited (collectively and individually, "Warner Chilcott"); Watson Laboratories, Inc. and Watson Pharmaceuticals, Inc. (collectively and individually, "Watson") (Warner Chilcott and Watson together, herein, "Defendants") refer the Court to their Local Rule 56 Statement of Undisputed Facts ("SOF") filed concurrently.  "SOF Ex." refers to Exhibits filed in support of Defendants' SOF.

of his pleading." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 256 (1986).  Plaintiffs'[3]

evidence "cannot be conjectural or problematic; it must have substance in the sense that it limns

differing versions of the truth which a factfinder must resolve at an ensuing trial." *LeBlanc v.

Great Am. Ins. Co.*, 6 F.3d 836, 841 (1st Cir. 1993) (quoting *Mesnick v. Gen. Elec. Co.*, 950 F.2d

816, 822 (1st Cir. 1991)).   In deciding a motion for summary judgment, "'[c]onclusory

allegations, improbable inferences, and unsupported speculation' are insufficient to establish a

genuine dispute of fact." *Triangle Trading Co. v. Robroy Indus.*, 200 F.3d 1, 2 (1st Cir. 1999)

(quoting *Smith v. F.W. Morse & Co.*, 76 F.3d 413, 428 (1st Cir. 1996)); *see also Raskiewicz v.

New Boston*, 754 F.2d 38, 45 (1st Cir. 1985) ("We are required to respect all inferences that

reasonably can be drawn from the facts, but we cannot ignore uncontested facts that render

inferences unreasonable or . . . fantastic.").   "Whether summary judgment is appropriate in the

particular antitrust case depends on the peculiar circumstances of the case." *White v. Hearst

Corp.*, 669 F.2d 14, 17 (1st Cir. 1982) (rejecting argument that summary judgment is

inappropriate in an antitrust case).

## I.  Plaintiffs Cannot Prove Their Single-Product Market in a Sea of Branded and Generic Contraceptive Choices and Free and Heavily Discounted (Couponed) Loestrin 24

To prove a violation of Section 1 of the Sherman Act (15 U.S.C. § 1), Plaintiffs have the

burden to establish that Warner Chilcott "exercises or could exercise a threshold degree of

market power," which is the "power to lessen or eliminate competition in the relevant market."

*Flovac, Inc. v Airvac, Inc.*, 817 F.3d 849, 853 (1st Cir. 2016).  To prove a violation of Section 2

of the Sherman Act (15 U.S.C. § 2), "a plaintiff must demonstrate (1) that the defendant

---

[3] Direct purchaser class plaintiffs ("DPPs"); indirect purchaser plaintiffs ("IPPs"); and Walgreen Co., The Kroger Co., Safeway Inc., Albertson's LLC, HEB Grocery Company L.P., CVS Pharmacy, Inc., Rite Aid Corp., and Rite Aid Hdqtrs. Corp. (the "Retailer Plaintiffs") (together, herein, "Plaintiffs").

possesses 'monopoly power in the relevant market,' and (2) that the defendant has acquired or maintained that power by improper means." *Town of Concord v. Boston Edison Co.*, 915 F.2d 17, 21 (1st Cir. 1990) (quoting *United States v. Grinnell Corp.*, 384 U.S. 563, 570–71 (1996)). The undisputed facts show that Plaintiffs will not be able to prove either market power or monopoly power.[4]

Plaintiffs cannot prove their proposed product market definition. "[T]he plaintiff bears the burden of adducing enough evidence to permit a reasonable factfinder to define the relevant market." *Flovac, Inc.*, 817 F.3d at 853, 856 (affirming summary judgment where market was not as limited as "vacuum sewer systems" but included "all sewer systems (including both vacuum and non-vacuum varieties)"); *Coastal Fuels of P.R., Inc. v. Caribbean Petrol. Corp.*, 79 F.3d 182, 197 (1st Cir. 1996) ("[A] plaintiff must present sufficient evidence from which a reasonable jury could find the existence of the proposed relevant market.").

As the Supreme Court has made clear, the relevant product market is defined by reasonable interchangeability of use and cross-elasticity of demand among potentially competing products. *See Brown Shoe Co. v. United States*, 370 U.S. 294, 325 (1962) ("The outer boundaries of a product market are determined by the reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it."); *United States v. E.I. du Pont de Nemours & Co.*, 351 U.S. 377, 394–95 (1955) ("In considering what is the relevant market for determining the control of price and competition [for antitrust purposes], no

---

[4] Plaintiffs must prove that Warner Chilcott had market power for their Sherman Act Section 1 claims and monopoly power for their Section 2 claims. While market power sometimes is seen as presenting a lower threshold of proof than monopoly power, as discussed herein the undisputed facts show that Plaintiffs can prove neither market power nor monopoly power. In this memorandum, Warner Chilcott uses the term market power to refer to the ability of a manufacturer to restrict output and sustain supracompetitive prices and/or profits. *See* SOF Ex. 1, Expert Report of Sumanth Addanki, Ph.D. ("Addanki Report") ¶ 15.

more definite rule can be declared than that commodities reasonably interchangeable by consumers for the same purposes make up that 'part of the trade or commerce,'" and "[w]hat is called for is an appraisal of the 'cross-elasticity' of demand in the trade"); *Flovac*, 817 F.3d at 854 (rejecting narrow market definition on summary judgment because plaintiff failed to adduce "facts about product interchangeability and the cross-elasticity of demand"); *Mylan Pharm. Inc. v. Warner Chilcott plc*, 838 F.3d 421, 437 (3d Cir. 2016) ("*Doryx II*") (rejecting plaintiffs' proposed single product market due to interchangeability and cross-elasticity of demand among larger set of oral tetracyclines on summary judgment).

### A.   There Is No Genuine Dispute that Loestrin 24 Is Therapeutically Interchangeable with Other Hormonal Contraceptives—All of Which Are FDA-Indicated to Prevent Pregnancy

The only way Plaintiffs can claim that Warner Chilcott exercised market power or monopoly power when it sold Loestrin 24 Fe ("Loestrin 24") or Minastrin 24 Fe ("Minastrin") is to assume the conclusion, i.e., that Warner Chilcott was a monopolist because it was alone in a market fabricated by Plaintiffs.   But that claim ignores the undisputed and common-sense evidence of therapeutic substitutability of competing contraceptives.

"Determining the scope of a product market begins with examining the universe of products that are considered 'reasonably interchangeable by consumers for the same purposes.'" *Flovac*, 817 F.3d at 854 (quoting *E.I. du Pont*, 351 U.S. at 395).   Reasonable interchangeability of products "implies that one product is roughly equivalent to another for the use to which it is put; while there may be some degree of preference for the one over the other, either would work effectively."   *Queen City Pizza, Inc. v. Domino's Pizza, Inc.*, 124 F.3d 430, 437 (3d Cir. 1997); *R&J Tool, Inc. v. Manchester Tool Inc.*, No. 1:99-cv-00242-SM, 2001 U.S. Dist. LEXIS 1035, at *5–6 (D.N.H. Jan. 10, 2001) (same); *see also George R. Whitten, Jr. Inc. v. Paddock Pool Builders, Inc.*, 508 F.2d 547, 552 (1st Cir. 1974) (noting that "definition of 'market' must also

focus on attitudes and reactions of consumers"); *Yagoozon, Inc. v. Kids Fly Safe*, No. 1:14-cv-00040-ML-PAS, 2014 U.S. Dist. LEXIS 92283, at *33–34 (D.R.I. June 6, 2014) (reasonable interchangeability looks "'to the uses to which the product is put by consumers in general'" (quoting *Queen City Pizza*, 124 F.3d at 438)).

Plaintiffs allege that the broadest possible relevant product market consists only of Loestrin 24, Minastrin, and their AB-rated generic equivalents—essentially, a market containing only one "product" of oral contraceptives containing 24 days of active tablets with 1 mg norethindrone acetate, 20 mcg ethinyl estradiol, and four inactive tablets.[5] But the undisputed facts, and the economic and clinical expert opinions described below, reject that inappropriately narrow view of competition in the sale of hormonal contraceptive products.

**Single-product product markets rejected.**   Courts regularly reject claims of single-product markets.   *See, e.g.*, *Yagoozon*, 2014 U.S. Dist. LEXIS 92283, at *33–34 (rejecting alleged single product market because such allegation "flies in the face of well-settled authority that, generally, a single product cannot be its own relevant market without factual allegations establishing true market dominance"); *Lee v. Life Ins. Co. of N. Am.*, 829 F. Supp. 529, 540 (D.R.I. 1993), *aff'd*, 23 F.3d 14 (1st Cir. 1994) (rejecting single-product market limited to "URI health clinic services for students enrolled in the LINA plan" when complaint did "not allege sufficient facts to indicate that . . . 'comparable' plans were not 'reasonably interchangeable' with LINA either in cost or in quality of health care coverage").

---

[5] Direct Purchaser Pls.' Third Am. Consolidated Class Action Compl. and Jury Demand at ¶ 309, ECF No. 372 ("DPP Compl."); End-Payor Pls.' Second Am. Consolidated Class Action Compl. at ¶¶ 1, 301, 303 ("IPP Compl."), ECF No. 165; *see also* Am. Compl. and Demand for Jury Trial at ¶¶ 1, 182, ECF No. 174 ("Walgreens Compl.") (alleging a narrower relevant market consisting only of Loestrin 24 and its AB-rated equivalents); Am. Compl. and Demand for Jury Trial at ¶¶ 1, 179, ECF No. 175 ("CVS Compl.") (same).

Pharmaceuticals are no different:  Courts specifically have rejected single-molecule or single-drug product markets when substitute products were available.[6]  *Mylan Pharm. Inc. v. Warner Chilcott plc*, No. 2:12-cv-03824-PD, 2015 U.S. Dist. LEXIS 50026, at *25 (E.D. Pa. Apr. 16, 2015) ("*Doryx I*"), *aff'd* 838 F.3d 421 (3d Cir. 2016) ("The record abounds with uncontradicted evidence—some of it [plaintiff] Mylan's—confirming and reconfirming the interchangeability of Doryx with other oral tetracyclines.");  *Shionogi Pharma., Inc. v. Mylan, Inc.*, No. 1:10-cv-01077-GFA, 2011 U.S. Dist. LEXIS 58774, at *18 (D. Del. May 26, 2011) (dismissing allegations regarding an "orally disintegrating prednisolone tablets" market because the "allegations [were] not supported by facts showing a product market of reasonable interchangeable commodities from the perspective of the consumer" on motion to dismiss); *Am. Sales Co. v. AstraZeneca AB*, No. 1:10-cv-00062-PKC, 2011 U.S. Dist. LEXIS 41182, at *11–12 (S.D.N.Y. Apr. 14, 2011) (granting motion to dismiss when plaintiff "had not articulated how a single anti-heartburn drug has characteristics so unique that a consumer would not respond, or has not responded, to a slight increase by purchasing another product"); *In re Remeron Direct Purchaser Antitrust Litig.*, 367 F. Supp. 2d 675, 683 (D.N.J. 2000) (finding on summary judgment that "[p]laintiffs' approach, if applied beyond this case, would render most brand name pharmaceutical companies as *per se* monopolists prior to generic entry"); *United States v. CIBA GEIGY Corp.*, 508 F. Supp. 1118, 1154–55 (D.N.J. 1976) (rejecting narrow hydrochlorothiazide market and instead finding product market comprised of all products indicated for treatment of hypertension on motion for injunctive relief).  The Second Circuit's decision in *New York v.*

---

[6] Plaintiffs' alleged market is even *narrower* than a "single molecule" market because Plaintiffs' alleged market is also limited by dosage—eliminating other drugs that contain the same "molecule" such as Loestrin 1/20 and its AB-rated generics.  SOF Ex. 373 (Loestrin 1/20 label showing that Loestrin 1/20 has the active ingredients 1 mg norethindrone acetate and 20 mcg ethinyl estradiol).  *See* Section I.A (discussing Plaintiffs' alleged product market).

*Actavis plc* is not to the contrary—there, unlike in this case and the vast majority of other cases, Namenda was found to be the only treatment in its therapeutic class.  787 F.3d 638, 647 (2d Cir. 2015) ("The two drugs [Namenda IR and XR] are the only memantine therapies in their class— N-Methyl D-Aspartate ("NMDA") receptor antagonists—currently on the market.").

In an antitrust case involving Bayer's oral contraceptives Yasmin and Yaz, the court dismissed a complaint alleging that the product market included only Yasmin, Yaz, and two generic drugs—a market of "oral contraceptives commonly prescribed also to treat PMDD [premenstrual dysphoric disorder] and associated symptoms."  *Bayer Schering Pharma AG v. Sandoz, Inc.*, 813 F. Supp. 2d 569, 573, 576–78 (S.D.N.Y. 2011).  There, counterclaim-plaintiff Sandoz was forced to concede the existence of "dozens" of oral contraceptives available and that "most are comparable in terms of efficacy" in preventing pregnancy, but argued that no other substitutes were available for women who also sought relief from pre-menstrual dysphoric disorder.  *Id.* at 577.  The court rejected Sandoz's implausibly narrow market, finding that Sandoz did not "plead sufficient facts to demonstrate that no two-drug combination is an acceptable substitute for Yaz or Yasmin."  *Id.*  The holding in the Yasmin/Yaz contraceptive litigation is even more applicable here (where PMDD is not an issue), and Plaintiffs' attempt to artificially limit the hormonal contraceptives market to a single product should be rejected.

The undisputed facts show that Loestrin 24 exhibits "reasonable interchangeability" with other hormonal contraceptives (and their generics), *e.g.*, *Brown Shoe*, 370 U.S. at 325, as confirmed by contemporaneous evidence from the FDA, insurers, PBMs, medical professionals, manufacturers of hormonal contraceptives, and Plaintiffs themselves.  SOF ¶¶ 51–53, 74–76, 91– 102, 104–106, 108, 110, 111.

11

1.      **FDA-Approved Labeling Confirms that Loestrin 24 and Other Hormonal Contraceptives Are Interchangeable and Even Anticipates Switching Between Hormonal Contraceptives**

Courts have found pharmaceuticals to be reasonably interchangeable for antitrust purposes when they contain the same active ingredients and are approved by the FDA to address the same conditions. *FTC v. AbbVie*, 2:14-cv-05151-HB, No. 14-5151, 2018 U.S. Dist. LEXIS 109628, at *65–66 (E.D. Pa. June 29, 2018) (rejecting argument that "relative advantages and disadvantages and that an individual patient may prefer one product over another" defeated a finding of reasonable interchangeability among topical testosterone replacement therapies); *Doryx I*, 2015 U.S. Dist. LEXIS 50026, at *25 (observing "FDA has approved virtually identical labeling" for oral tetracyclines; "subtle differences" did not defeat conclusion on summary judgment that other oral tetracyclines were reasonable substitutes for Doryx).

More than one hundred different branded and generic hormonal contraceptive products have been sold to consumers during the relevant time period. SOF ¶¶ 9–11. The FDA has approved all hormonal contraceptives, including Loestrin 24, for use for the prevention of pregnancy. SOF ¶ 51; Appendix C (summarizing the FDA-approved labeling indications for over 180 of hormonal contraceptives). The uses and effectiveness of hormonal contraceptives are so similar that the FDA also has concluded that "class labeling" is appropriate for combined oral contraceptives. SOF ¶ 52 (citing SOF Ex. 619, FDA, Labeling for Combined Hormonal Contraceptives [CHCs]: Guidance for Industry at 2 ("Because all CHCs contain an estrogen and a progestin, FDA believes that class labeling based on information known about estrogens/progestins generally is appropriate for many sections of CHC labeling.")). Here, the FDA's class labeling would apply to, among other things, the indication of hormonal contraceptives—prevention of pregnancy. SOF ¶ 51. In her expert report in support of summary judgment, OB/GYN Dr. Risa Kagan has confirmed that the FDA-approved indication for all

hormonal contraceptives is the prevention of pregnancy and that all hormonal contraceptives are similarly effective for the prevention of pregnancy.  SOF Ex. 2, Expert Report of Risa Kagan, M.D. ("Kagan Report") ¶ 22; *see also* SOF ¶¶ 5, 7 (providing evidence that hormonal contraceptives are similarly effective in the prevention of pregnancy).

Importantly, many FDA-approved labels for oral contraceptives also include instructions for patients regarding *switching* among the hormonal (and non-hormonal) contraceptive methods available (including oral contraceptive drugs and other methods of delivery, such as patches). SOF ¶ 53.  Dr. Kagan confirms that in her clinical practice she has switched her patients among competing contraceptives when appropriate, and discusses these FDA-approved switching instructions in her expert report.  Kagan Report ¶¶ 49–50.

### 2. Insurers and PBMs Consider Loestrin 24 and Other Hormonal Contraceptives to Be Interchangeable

Health insurance companies and PBMs increasingly make or heavily influence prescribing decisions for the pharmaceuticals that patients take.  *E.g.*, Joanna M. Shepherd, *Deterring Innovation:  New York v. Actavis and the Duty to Subsidize Competitors' Market Theory*, 17 U. Minn. J.L. Sci. & Tech. 663, 692 (2016) ("PBMs and drug plans now largely determine what consumers pay for drugs, which pharmacies they use, and which drugs they take."); SOF ¶ 49.  "PBMs are the 800-pound gorillas of pharmaceutical reimbursement.  They . . . assist[] [third-party payors] in implementing their drug prescription programs."  *In re Pharm. Indus. Average Wholesale Price Litig.*, 230 F.R.D. 61, 71 (D. Mass. 2005).

PBMs and insurers implement "various benefit changes and tools designed to steer patients to less-expensive [drug] alternatives."  Shepherd, at 668.  PBMs "negotiate with drug manufacturers to obtain large discounts on particular products," "institute formularies or other techniques to ensure that covered patients are prescribed particular products," "operate mail-

order pharmacies," and "employ a pharmacist to telephone the physician directly to convince her to change the prescription to the preferred drug."  Nancy K. Plant, *The Learned Intermediary Doctrine:  Some New Medicine for an Old Ailment*, 81 Iowa L. Rev. 1007, 1028 (May 1996); *see also* Shepherd, at 688 ("Multi-tiered formularies, selective contracting, mail-order pharmacies, and mandatory generic substitution under many health plans are just a few of the developments that have transformed the benefit landscape."); SOF ¶¶ 41, 46–48.  Additionally, PBMs and insurers use various other techniques to influence prescribing, including "requir[ing] substitution of generic or therapeutically equivalent drugs, engag[ing] in utilization review of physicians' prescriptions, [and] provid[ing] monetary incentives for physicians to use less expensive drugs." Plant, at 1026–27 (citations omitted); Shepherd, at 691 (PBMs and insurers use "techniques to ensure that consumers obtain appropriate drugs while saving money" including "therapeutic interchange to substitute therapeutically similar, but less-costly drugs with physician approval, step therapy . . . , and utilization controls." (citations omitted)); SOF ¶ 48.

Formularies reflect insurers' and PBMs' "decisions about the drugs for which they will pay," and come in various forms.  *J.B.D.L. Corp. v. Wyeth-Ayerst Labs. Inc.*, 485 F.3d 880, 884 (6th Cir. 2007).  These forms include open formularies (paying for drugs even if not on the formulary), closed formularies (not covering drugs that are not included on the formulary), and incentive-driven formularies, "wherein differing co-payments or other financial consequences associated with particular drugs are meant to influence selection."  *Id.*;[7] *see also* Shepherd, at 689 ("Beneficiaries are given incentives such as lower copayments or coinsurance to use generic drugs or the formulary brand drugs."); Haiden A. Hudkamp et al., *The Effect of Incentive-Based*

---

[7] "Tiered" copayments mean that a copayment for a nonpreferred brand is greater than for a preferred brand.  Thomas S. Rector et al., *Effect of Tiered Prescription Copayments on the Use of Preferred Brand Medications*, 41 Med. Care 398, 399 (2003).

*Formularies on Prescription-Drug Utilization and Spending*, 349 N. Eng. J. Med. 2224, 2225 (2003) ("[I]ncentive-based formularies are intended to preserve choice for patients and physicians by providing some level of coverage for most drugs while encouraging patients and their physicians to select the drugs that are more cost-effective for the plan."); Rector, at 406 (finding that "differential prescription copayments do influence choice among brand medications"); SOF ¶¶ 45–46.

PBMs are thus in a position to set up bidding situations among comparable medications, with manufacturers competing, often with rebates, for formulary placement to increase prescriptions. *See J.B.D.L.*, 485 F.3d at 884 (explaining that inclusion on a formulary "can dictate prescription drug choices, . . . drug manufacturers seek to secure inclusion on . . . formularies as well as favorable placement within those formularies through financial rewards, including rebates"); Shepherd, at 689 ("Because formulary status can greatly influence a manufacturer's sales of a drug, PBMs and insurers are able to negotiate significant discounts in exchange for a formulary listing."); SOF ¶ 47. "Manufacturers generally give larger rebates for drugs for which there are competitors, since the PBM may threaten to include only a competitor drug on the formulary if it does not receive a rebate." *In re Pharm. Indus. Average Wholesale Price Litig.*, 230 F.R.D. at 73.

Here, it is undisputed that the large parties that pay for contraceptives— health insurers (including several Plaintiffs) and PBMs— ███████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████    SOF ¶ 105. ████████████

████████████████████████████████████████████████████████

████    SOF ¶¶ 40, 108–109. ████████████████████████████████



SOF ¶¶ 108, 110, 152.

SOF ¶ 106, 108, 152, 197.

To take just one example, after insurer ███████████████ moved Loestrin 24 to a less favorable (i.e., higher—meaning the patient pays a higher co-pay) formulary tier, the insurer recommended that insured customers speak to their doctors about taking certain generic oral contraceptives instead of Loestrin 24.  SOF ¶ 152 (citing SOF Ex. 207).

SOF ¶¶ 111, 197–198, 200

### 3.   Medical Professionals and Medical Treatises Treat Loestrin 24 and Other Hormonal Contraceptives as Interchangeable

Medical professionals who prescribe contraceptives viewed Loestrin 24 as interchangeable with other hormonal contraceptives, similarly effective in preventing pregnancy, and usually have not shown strong preferences among the scores and scores of contraceptive products.  SOF ¶¶ 74–76 (citing, *inter alia*, Leon Speroff & Philip A. Darney, *A Clinical Guide for Contraception* 51 (5th ed. 2011); Hatcher, R.A. et al., *Contraceptive Technology* 256 (20th ed. 2011)).

Dr. Kagan explains that, in her experience, any of the brand and generic hormonal contraceptives were reasonable substitutes for new start patients, and, in general, many women are able to take multiple different brand and generic oral contraceptives with no issues. Kagan Report ¶¶ 45–47.

Furthermore, as discussed below (Section I.B.3), Dr. Addanki conducted an analysis that revealed a wide distribution in the incidence of Loestrin 24's use by prescribers across the country, within zip codes, and over time. Addanki Report ¶¶ 30–35. Such analysis confirms that Loestrin 24 prescribers regarded Loestrin 24 as having ample therapeutic substitutes, and that there is no "uniqueness" to Loestrin 24. Addanki Report ¶ 30.

### 4. Patients Viewed Loestrin 24 and Other Hormonal Contraceptives as Interchangeable

The market for hormonal contraceptives is consumer-driven and therefore dictated by patient preference (including as to cost) in a way that other pharmaceutical markets are not. SOF ¶¶ 58, 61. Manufacturers, including Warner Chilcott, ███, and ████████[8] invested heavily in direct-to-consumer ("DTC") advertising, spending tens of millions of dollars to market their drugs directly to consumers, in order to try to differentiate their products in a market where consumers perceived minimal difference among brands—but can and do switch based on minor perceived differences in cost and other features. SOF ¶¶ 62, 81, 118. Patients taking hormonal contraceptives ask doctors directly for a particular drug and are encouraged by pharmacists to speak to their medical professional about switching hormonal contraceptives or reducing their out-of-pocket cost. SOF ¶¶ 58, 193–194. Patients often switch from one hormonal contraceptive to another for a multitude of different reasons, including cost, side

---

[8] ████████████████████████████████████ SOF ¶¶ 16, 18–22.

effects, and convenience.   SOF ¶ 62.   This includes switching among products that have different ingredients and among drugs that are not AB-rated to each other.  SOF ¶¶ 63–64.

### 5. Warner Chilcott's and Its Brand and Generic Competitors' Contemporaneous Business Documents and Testimony Confirm that Loestrin 24 Competes with Other Hormonal Contraceptives

Warner Chilcott's contemporaneous business documents confirm that Warner Chilcott viewed the market as consisting of all hormonal contraceptives.   SOF ¶ 77–79.   Warner Chilcott's brand plans for Loestrin 24 and Minastrin, and other documents assessing competition with Loestrin 24, included oral contraceptives such as brand and generic Yasmin, brand and generic Yaz, brand and generic Ortho TriCyclen, Ortho TriCyclen Lo, the vaginal ring (Nuvaring), and the patch (Ortho Evra) in the relevant market.  SOF ¶¶ 78–79, 82–84.   Warner Chilcott's witnesses confirmed in their sworn depositions that Warner Chilcott viewed the market as including all of these competitors.   SOF ¶¶ 77–78; SOF Ex. 3, Declaration of CEO Roger Boissonneault ("Boissonneault Decl.") ¶ 3 ("Loestrin 24 competed with scores of branded and generic contraceptives offered by other manufacturers in a highly competitive market;"), ¶ 18–19 (Warner Chilcott tracked share of sales in overall hormonal contraceptives market); SOF Ex. 4, Declaration of Carter Dutch ("Dutch Decl.") ¶ 4–5.   Additionally, Warner Chilcott engaged in "precision marketing" to convince doctors to prescribe Loestrin 24 over other branded and generic hormonal contraceptives.   SOF ¶ 82.   For instance, Warner Chilcott marketed Loestrin 24 against Bayer's Yaz contraceptive with a separate and specific message for Yaz prescribers as opposed to other prescribers (just as Bayer was marketing Yaz head-to-head against Loestrin 24).  SOF ¶¶ 84–85.

SOF ¶¶ 91–97



Generic competition in the hormonal contraceptive market is unique.  First, to stand out, unlike other drug classes, generic hormonal contraceptives are often given their own distinct brand names by the generic firm and these "branded generics" themselves are unique competitors, as opposed to names that state the drug's active ingredients with no brand labeling. SOF ¶ 12 ██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████   Watson, which outsold Warner Chilcott, as discussed below, had branded generics such as Trinessa, Low-Ogestrel, and Trivora, among others.   SOF ¶ 34; Appendix D.   Other generic manufacturers also launched branded generics such as Barr's Balziva 28, Teva's Gianvi, and Sandoz's Loryna, just to name a few.  Appendix D.  Tellingly, even after Loestrin 24 was no longer sold in August 2013, no fewer than six branded generics of Loestrin 24 were launched, including Blisovi 24 Fe, Lomedia 24 Fe, Gildess 24 Fe, Larin 24 Fe, Junel 24 Fe, and Aurovela 24 Fe.  SOF ¶ 32; Appendix D.  The absence of a reference brand does not inhibit any generic competition when it comes to contraceptives—branded names allow

generic contraceptives to be more competitive by enabling them to compete against products other than the brands to which they are AB-rated.  SOF ¶ 13.

Second, in light of their unique business focus, generic manufacturers often myopically analyze the relevant market for a drug to narrowly include only a single molecule.  But, remarkably, for hormonal contraceptives, ███████████████████████████████████ ███████████████████████████████████.  SOF ¶ 99, 101.  Contemporaneous documents from ███████████████████████████████████ ███████████████████████████████████ ████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

SOF ¶ 99, SOF Ex. 5, ██████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████

█████████████████████████████████████████████████████████

SOF ¶ 9 (citing SOF Ex. 38, ███████████████████████████████

████████

The undisputed evidence shows that virtually everyone involved in the manufacture, sale, prescribing, use, or purchase of contraceptives agrees that they are widely interchangeable, and that the product market is broader than any single molecule, fraction of a molecule, or single brand product.

## B. The Undisputed Evidence Establishes that Loestrin 24 Exhibits Cross-Elasticity of Demand with Other Hormonal Contraceptives Outside Plaintiffs' Alleged Narrow Market

Summary judgment is particularly appropriate here because, not only are hormonal contraceptives therapeutically substitutable, they also in fact are substituted when the price of a competitor product increases or decreases in more than a trivial way.  Plainly said, the sale of Loestrin 24 is price-sensitive to changes in its price relative to other competing contraceptives. Real-life examples and econometric analyses conducted for this litigation confirm that U.S. consumer demand for contraceptives is sufficiently elastic to render the Plaintiffs' proposed "single molecule" market a fiction.

"The market is established by examining both the substitutes that a consumer might employ and 'the extent to which consumers will change their consumption of one product in response to a price change in another, i.e., the cross-elasticity of demand.'"  *Flovac*, 817 F.3d at 854 (quoting *E.I. du Pont*, 351 U.S. at 395); *see also George R. Whitten*, 508 F.2d at 552 (cross elasticity of demand is "the extent to which purchasers will accept substitute products in instances of price fluctuation and other changes"); *SMS Sys. Maint. Servs. v. Digital Equip. Corp.*, 188 F.3d 11, 16 (1st Cir. 1999) (citing *Town of Concord*, 915 F.2d at 31) ("[T]he

monopolist's market power consists of having sufficient economic muscle to permit it to raise prices well in excess of competitive levels without inducing customers to turn elsewhere.").

The First Circuit has confirmed that a plaintiff must tender economic evidence to establish the relevant product market. *Flovac*, 84 F. Supp. 3d at 102 (addressing the "wholly anodyne notion that [plaintiff] had a responsibility to introduce *some* type of economic evidence" (internal quotations omitted)); *Am. Steel Erectors, Inc. v. Local Union No. 7, Int'l Ass'n of Bridges, Structural, Ornamental & Reinforcing Iron Workers*, 815 F.3d 43, 61 (1st Cir. 2016) ("The '[r]ule of reason analysis typically requires a plaintiff to show that the defendants' actions enhanced market power—*i.e.*, the power to raise prices or exclude competition—which in turn requires some economic analysis of the relevant market.'" (quoting *Díaz Aviation Corp. v. Airport Aviation Servs.*, 716 F.3d 256, 265 (1st Cir. 2013)).

### 1.    Quantitative Analysis of Warner Chilcott's Coupon Change Confirms Real-Life, Price-Induced Switching Among Oral Contraceptives

The hormonal contraceptives market is price-sensitive, and patients and doctors consider the patient's out-of-pocket cost when prescribing and filling prescriptions for hormonal contraceptives. SOF ¶¶ 114–15, 119–21. If cost is too high, a patient may abandon her prescription (choose not to fill it) or switch to a lower-priced hormonal contraceptive. SOF ¶¶ 116–18.

The consumer and physician reaction to a 2011 price increase by Warner Chilcott serves as a meaningful natural experiment illustrating cross–price elasticity. In May 2009, Warner Chilcott offered a coupon card to patients to lower the price of Loestrin 24 for patients and gain market share by overcoming cost objections. SOF ¶¶ 162–163; Dutch Decl. ¶ 11. The coupon card further provided Warner Chilcott an alternative to providing discounts to PBMs and insurers and compete with drugs with better tier coverage. SOF ¶¶ 165–66. Initially, Warner Chilcott's

coupon card enabled patients to "pay no more than $24" for a prescription of Loestrin 24.  SOF ¶ 163.  Warner Chilcott's internal documents and witness testimony confirm that the Loestrin 24 "pay no more than $24" coupon card program led to a substantial increase in Loestrin 24's sales relative to other branded and generic contraceptives—a powerful illustration of cross-price elasticity.  SOF ¶¶ 167–68.  In fact, in response to the Loestrin 24 "pay no more than $24" coupon card, ██████████████████████████████████████████████████████████ SOF ¶¶ 170–79; Addanki Report ¶¶ 69–72.

But the Loestrin 24 coupon program was costly for Warner Chilcott, and, effective January 2011, Warner Chilcott changed its coupon program by curtailing the generous terms of the payment card somewhat, and thereby the value of the discount it provided patients.  SOF ¶ 180; Addanki Report ¶ 73.  This 2011 price increase to patients led to a decline in Loestrin 24 prescriptions.  SOF ¶¶ 181–82; Addanki Report ¶ 72, Exhibit 9.  The coupon no longer limited patients' out-of-pocket costs to $24, but instead provided cash-paying patients with a discount of $24 off and limited covered patients' total discount to $30 per prescription, which had the effect of increasing the out-of-pocket cost of Loestrin 24 for many patients.  SOF ¶ 180; Addanki Report ¶ 73, Exhibit 9; Boissonneault Decl. ¶¶ 13-14.  Third-party research conducted by Warner Chilcott indicated that switching away from Loestrin 24 increased and coupon use declined once this change was made and suggested that Warner Chilcott further revise its Loestrin 24 discounts so that patient copays would be less than $30 to minimize lost sales.  SOF ¶¶ 181-82, 184; Boissonneault Decl. ¶ 15 (research "analysis found that patient adherence declines significantly when co-pays increase above $30, and that the 2011 shift in program led to a rise in abandonment of Loestrin 24").  In 2012, when Warner Chilcott ultimately discontinued the

coupon card entirely, Loestrin 24's market share declined further, from 8% in June 2012 to only 5.5% in May 2013.  SOF ¶¶ 187, 189.

Dr. Addanki conducted a quantitative analysis of switching behavior around the time of Warner Chilcott's change to the value of its Loestrin 24 coupon in January 2011.  SOF ¶ 185.

Addanki Report ¶ 74.

*Id.* ¶ 79, Exhibit 12.

In *Doryx II*, the Third Circuit held that evidence of cross-elasticity of demand was "[m]ost convincingly" viewed in the "consumer response to the various changes in Doryx's prescription couponing scheme."  838 F.3d at 437.  The court further held that this evidence "demonstrated that Defendants responded to the market's reaction to their prices with sales promotions in an effort to increase their ability to compete," and that, "when Defendants increased their price of Doryx, its sales decreased, and the sales of other tetracyclines increased." *Id.*  Like in the evidence described in *Doryx II*, the results of the analysis of the Loestrin 24 price

---

[9]                       brand and generic products are not AB-rated to Loestrin 24 and are outside Plaintiffs' alleged product market.  Addanki Report ¶ 79 n.112; *see also* SOF ¶¶ 183, 188, 190.

changes squarely confirm economic substitutability among at least the products listed above. Addanki Report ¶ 80.

### 2. Quantitative Analysis of Warner Chilcott's Distribution of Free Samples of Loestrin 24 Confirms Price Competition Among Loestrin 24 and Other Hormonal Contraceptives

Manufacturers of hormonal contraceptives regularly provide free samples to patients to lower patient cost and encourage doctors to prescribe their products. SOF ¶¶ 137–39. Medical professionals are more likely to prescribe a hormonal contraceptive if they are able to provide free samples to their patients. SOF ¶ 138. Warner Chilcott spent millions of dollars on free samples and promoted free samples of Loestrin 24 as a means for doctors to help patients reduce cost in a price-sensitive market. SOF ¶¶ 140–43; Boissoneault Decl. ¶ 5 ("At times, Warner Chilcott's free sampling approached 50% of its unit sales—a very high percentage by industry standards."); Dutch Decl. ¶¶ 20–21 ("Hormonal contraceptives are one of the most frequently sampled categories of pharmaceutical products.").



SOF ¶ 144.

Addanki Report ¶¶ 59–61.

Addanki Report ¶ 58, Exhibit 6.

Addanki Report ¶ 61, Exhibit 7.

███████████████████████████████████████████████████

████████████████████████       Addanki Report ¶ 81.

      **3.**      **Quantitative Analysis Reveals Great Variation in How Often Doctors Prescribe Loestrin 24, Confirming that Other Products Are Substitutes for Loestrin 24**

Dr. Addanki also conducted a study of how often doctors prescribed Loestrin 24, asking whether most doctors prescribe Loestrin 24 to a similar extent, whether their prescribing practices vary, and, if so, by how much.  Dr. Addanki conducted this study because, if one observed wide variation among prescribers in how regularly they prescribed Loestrin 24, and if a given prescriber's use of the drug varied over time, then such observations would indicate that prescribers regarded other drugs as good therapeutic substitutes for Loestrin 24.  Addanki Report ¶ 30. ████████████████████████████████████████

████████████████████████       Addanki Report ¶¶ 31–32, 37. ████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████       *Id.* ¶ 32, Exhibit 3. ████████████████████

███████████████████████████████████████████████████       *Id.* ¶ 33, Exhibit 4A; *see also id.* at 34–35, Exhibits 4B & 4C. ████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████.  *Id.* ¶ 36; Exhibit 5.

4.      **To Inform Its Competitive Strategy, Warner Chilcott Actively Monitored Patient Switching to and from Loestrin 24**

Plaintiffs cannot dispute the evidence showing that large numbers of patients switched from one hormonal contraceptive to another during the relevant time period (2009–2013). SOF ¶ 62–63, 66–72.  As discussed above, patients switched away from hormonal contraceptives regardless of the progestin included in the active ingredients.  SOF ¶ 64.  Using a "Switch Matrix" for each relevant time period, Warner Chilcott itself tracked the number of switches to/from Loestrin 24 ██████████████████████████████████████

██████████████████████████████ SOF ¶ 66. ████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████ SOF ¶ 68; Appendix E; *see also* SOF ¶ 67

███████████████████████████████████████████████████████

██████████████████ Dutch Decl. ¶ 6 ██████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████

Warner Chilcott's contemporaneous switch matrices are powerful evidence of robust competition in a broad market:  they show rampant switching among substitutable alternatives to Loestrin 24, and Warner Chilcott's systematic tracking of this switching shows its hyper focus on the competition from other hormonal contraceptives in the marketing and pricing strategy for Loestrin 24.  In short, monopolists do not need switch matrices.

An example of a ██████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████



Appendix E, SOF Ex. 597,

5.     **Warner Chilcott and Its Competitors Vigorously Competed on Price**

*Warner Chilcott priced Loestrin 24 at parity with other competitors' hormonal contraceptives.*   Warner Chilcott did not price Loestrin 24 as a monopolist would.   Sales and industry data confirm that Warner Chilcott priced Loestrin 24 in a way that was constrained by the prices charged for the contraceptive products Plaintiffs exclude from their market definition. Warner Chilcott priced Loestrin 24 to be comparable to branded competitors on the market in order to remain competitive.   SOF ¶¶ 125–26, 128.   Warner Chilcott was a price follower and tracked its pricing against that of its competitors, particularly in internal "competitive pricing" analyses that tracked Loestrin 24's Wholesale Acquisition Cost (WAC) price and any price increases against those of its competitors.   SOF ¶¶ 125-26; Dutch Decl. ¶ 8 (Warner Chilcott was "typically a price follower in comparison to competitors"); ¶ 9 ███████████████████████ █████████████████████████████████████████; ¶ 10 (same for 2011).   ████████ ████████████████████████████████████████████████████████████████████ ██████████████████████████   SOF ¶¶ 129–33.   Additionally, as discussed above (Sections I.B.1., I.B.2, I.B.5), Warner Chilcott ████████████   also competed on price with tools like free samples and coupon cards to lower the overall cost to patients.

*PBMs and insurers demanded high rebates for preferential formulary placement, leading to price competition among hormonal contraceptive manufacturers.*   As discussed above (Section I.A.2), PBMs and insurers are able to control prescribing and choice among hormonal contraceptives through formulary placement, which is in part determined by the competition among manufacturers to offer the most attractive rebates.   A finding that manufacturers competed on price "by offering rebates to payors to obtain better formulary placement and thereby encourage doctors to prescribe" a drug is strong evidence of cross-elasticity of demand. *AbbVie*, 2018 U.S. Dist. LEXIS 109628, at *66.

29



SOF ¶¶ 145, 151–52; *see also* SOF ¶ 157

Boissonneault Decl. ¶¶ 8–10; SOF ¶ 160; Appendix B.

SOF ¶ 150.

SOF ¶¶ 152–53.

SOF ¶¶ 111, 160; SOF Ex. 3, Boissonneault Decl. ¶ 9

SOF ¶¶ 157–59.

SOF ¶ 159; Boissonneault Dec. ¶ 10

. Such competition to obtain formulary placement forces drug manufacturers to lower their prices or

lose sales, indicating both a broader product market and a lack of market power among the participating manufacturers.  *See, e.g.*, *Pepsico, Inc. v. Coca-Cola Co.*, 315 F.3d 101, 108 (2d Cir. 2002) (holding that bidding wars that forced the winning bidder to "drastically reduce its price and profitability to keep the account" showed a lack of market power).

### C.   *Brown Shoe* **Practical Indicia for Product Market Definition Support a Market of All Hormonal Contraceptives**

In order to determine the boundaries of a market, courts examine "such practical indicia as [1] industry or public recognition of the [product] as a separate economic entity, [2] the product's peculiar characteristics and uses, [3] unique production facilities, [4] distinct customers, [5] distinct prices, [6] sensitivity to price changes, and [7] specialized vendors." *Brown Shoe*, 370 U.S. at 325.  The undisputed facts concerning such practical indicia here confirm a product market much broader than Plaintiffs allege.

- *The industry and public did not recognize Loestrin 24 as a separate economic entity from other hormonal contraceptives.*  As detailed above, the FDA (the industry regulator), members of the public, and the industry, including insurers, PBMs, clinicians, patients, and manufacturers of hormonal contraceptives, viewed the market as consisting of all hormonal contraceptives.  (Sections I.A.1–5.)  The undisputed economic evidence also confirms cross-elasticity between and among Loestrin 24 and hormonal contraceptives outside Plaintiffs' proposed market, which is further evidence that the patients switching among hormonal contraceptives did not view Loestrin 24 as a market in and of itself.  (Sections I.B.1–3.)

- *Loestrin 24 did not have peculiar characteristics and uses compared to other hormonal contraceptives.*  The FDA-approved labeling confirms that all hormonal contraceptives are approved for the same use, the prevention of pregnancy.  (Section

I.A.1.)  And medical professionals did not perceive any peculiar clinical differences among hormonal contraceptives products.  (Section I.A.3.)

- ***There is no evidence that Loestrin 24 required a unique production facility.***  To establish this factor using Plaintiffs' alleged market, Plaintiffs would have to show that Loestrin 24 required the use of unique production facilities as compared to other hormonal contraceptives not in their market.  Plaintiffs can point to no such evidence.

- ***Loestrin 24 did not have distinct customers.***  As shown above, medical professionals, including Dr. Kagan, view hormonal contraceptives as clinically interchangeable for patients, who generally are able to take several different contraceptive products with no issues.  (Section I.A.3.)  Patients similarly perceive minimal differences among hormonal contraceptives and switched among them regularly.  Plaintiffs can point to no evidence showing that Loestrin 24 was prescribed to a unique subset of women.  (Section I.A.4.)

- ***Loestrin 24 did not have distinct prices.***  As discussed above, Loestrin 24 did not have higher, or otherwise distinct, prices than other hormonal contraceptives, and it vigorously competed with other products on price.  (Section I.A.4–5, I.B.5.)

- ***Patients taking Loestrin 24 were highly sensitive to price changes.***  Three separate quantitative analyses confirm that doctors and patients were highly sensitive to price changes, and would switch to other hormonal contraceptives in the face of an increase to the price of Loestrin 24.  (Sections I.B.1–3.)

- ***There is no evidence of specialized vendors for Loestrin 24.***  To establish this factor using Plaintiffs' alleged market, Plaintiffs would have to show that Loestrin 24 and/or

Minastrin required the use of specialized vendors as compared to other hormonal contraceptives not in their market.  Plaintiffs can point to no such evidence.

## II. Defendants Do Not Have Market Power or Monopoly Power in a Market Consisting of All Hormonal Contraceptives, or Even a Narrower Market Including Only Combined Oral Contraceptives Containing 35 mcg or Less of Ethinyl Estradiol

### A. Plaintiffs Cannot Create a Triable Issue that Warner Chilcott Had Sufficient Market Power or Monopoly Power in the Relevant Antitrust Market

In order to show that Warner Chilcott had sufficient market power or monopoly power in a relevant antitrust product market, Plaintiffs must show that Warner Chilcott's sales of Loestrin 24 and, later, Minastrin captured a large enough share of that market to justify subjecting Warner Chilcott's conduct to treble damages antitrust liability.  Under both Section 1 and Section 2 of the Sherman Act (and parallel state claims), Plaintiffs cannot dispute that Warner Chilcott lacked sufficient market power or monopoly power in a market that includes all hormonal contraceptives because the market share of Loestrin 24 in this relevant market was typically single-digit and never greater than 10.5%.

A market share of less than 60% is insufficient as a matter of law to prove the existence of monopoly power under Section 2 of the Sherman Act.  *See, e.g.*, *United States v. Aluminum Co. of Am.* ("*ALCOA*"), 148 F.2d 416, 424 (2d Cir. 1945) (L. Hand, J., writing for U.S. Supreme Court) ("[I]t is doubtful whether sixty or sixty-four percent would be enough [to constitute a monopoly]; and certainly thirty-three percent is not."); *Sterling Merch., Inc. v. Nestlé, S.A.*, 656 F.3d 112, 121 (1st Cir. 2011) (70% market share, while "considerable," insufficient to show "market has suffered a reduction in output or an increase in consumer prices"); *Concord*, 915 F.2d at 30 (citing *ALCOA* for the proposition that 70% to 90% market share is "thought indicative of monopoly power"); *Ideal Dairy Farms, Inc. v. John Labatt, Ltd.*, 90 F.3d 737, 749 (3d Cir. 1996) (47% share of market not sufficient); *Barr Labs. v. Abbott Labs.*, 978 F.2d 98, 112

33

(3d Cir. 1992) (50% market share insufficient to show brand-name manufacturer had a dangerous probability of successfully monopolizing adult oral erythromycin market); *Fineman v. Armstrong World Indus., Inc.*, 980 F.2d 171, 201 (3d Cir. 1992) ("As a matter of law, absent other relevant factors, a 55 percent market share will not prove the existence of monopoly power."); *Ramallo Bros. Printing, Inc. v. El Dia, Inc.*, 392 F. Supp. 2d 118, 132 (D.P.R. 2005) (50% market share insufficient); 3 P. Areeda & H. Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* ¶ 801a (4th ed. 2018) (finding it "reasonable to presume existence of substantial single firm market power" when defendant's share exceeded 70 or 75% for the five years preceding the complaint and noting that "[m]ost recent cases dismiss claims as a matter of law where the defendants' market share is lower than 50 percent").

Under Section 1, courts have found that market shares even as high as 43% were insufficient to show market power.  *See, e.g.*, *Jefferson Parish Hosp. Dist. No. 2 v. Hyde*, 466 U.S. 2, 7–8, 26–27 (1984) (finding that a market share of 30% did not "generate the kind of market power" that justified condemnation of the alleged restraint); *Grappone, Inc. v. Subaru of New Eng., Inc.*, 858 F.2d 792, 797 (1st Cir. 1988) (finding that if 30% market share was not sufficient for the Supreme Court in *Jefferson Parish*, "it is difficult to see how . . . smaller figures could show the contrary"); *Winter Hill Frozen Foods & Servs., Inc. v. Haagen-Dazs Co.*, 691 F. Supp. 539, 547 (D. Mass. 1988) ("A 43% market share, however, does not alone establish that Haagen-Dazs has market power.").

If the market is defined as it should be to include all hormonal contraceptives, then it is undisputed that Warner Chilcott did not have anything approaching market power.  Throughout the relevant time period, Loestrin 24 had at most an approximately 10% share of that market. SOF ¶ 212; Dutch Decl. ¶ 22 ██████████████████████████

███████████████████████████     Even if the market were defined more narrowly to include only combined oral contraceptives containing 35 mcg of ethinyl estradiol or less, Loestrin 24 had at most a ██████ share of the that market.  Addanki Report ¶ 84, Exhibit 13.

██████████████████████████████████████████████

██████████████████████████████████████████████

██████ SOF ¶¶ 213–218. ████████████████████████

████████████████



SOF ¶ 217, SOF Ex. 6, ████████████████████████████

██████████████████████████████████████████████

██████



SOF ¶ 216, SOF Ex. 10, Warner Chilcott, 

SOF ¶¶ 91, 220–23.

SOF ¶¶ 220–24.



SOF ¶ 96, SOF Ex. 14,



SOF ¶ 92, SOF Ex. 7, ███████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████  *Id.*

Furthermore, "[i]n the context of evaluating whether a particular competitor has market power, the competitor's declining market share is evidence that such competitor lacks such power." *Winter Hill*, 691 F. Supp. at 547 (citations omitted).  Here, Warner Chilcott's share of the market for hormonal contraceptives declined from around 10% to around 6% during the years 2010 to 2013 as reflected in Warner Chilcott's internal documents (SOF ¶¶ 214, 216–218; Dutch Decl. ¶ 22; Boissonneault Decl. ¶ 17), and Dr. Addanki's analysis (Addanki Report Exhibit 13D (in the market of combined OC and non-oral hormonal contraceptives containing 35

mcg of Ethinyl Estradiol, Warner Chilcott's share dropped from ███ in 2010 to ███ by 2013)).

### B. Other Factors, Such as Actual Entry of 60 New Contraceptives, Confirm that Plaintiffs Cannot Carry Their Burden to Prove that Warner Chilcott Has Market Power in a Relevant Product Market

Finally, the facts do not permit Plaintiffs to find "other factors" to establish that Warner Chilcott had market power in any relevant market.  To the contrary, such factors confirm that summary judgment should be granted for Defendants here.

When evaluating an allegation of market power, courts have looked at factors beyond interchangeability and cross-elasticity of demand, such as the size of the defendants' competitors, the number and strength of new competitors (the number of new entrants), and the products in the relevant market.  *See Doryx I*, 2015 U.S. Dist. LEXIS 50026, at *30–31 (rejecting evidence of "other factors" when plaintiff, a competitor, was "more than twice the size of Warner Chilcott" and when there was freedom of entry in the market, shown by nearly forty drugs that received FDA approval during the relevant time period); *see also Barr Labs.*, 978 F.2d at 112–15 (affirming summary judgment on attempted monopolization claims due to "entry of new manufacturers and products . . . in the erythromycin market"; noting that "[t]he fact that the number of manufacturers of erythromycin products increased from twenty-six in 1984 to thirty-two in 1990 supports [the] conclusion that a competitive market existed here"); *Tops Mkts., Inc. v. Quality Mkts., Inc.*, 142 F.3d 90, 98–99 (2d Cir. 1998) (affirming summary judgment despite 70% market share when plaintiffs failed to take into consideration other relevant factors, such as relative ease of competitive entry, "strength of the competition, the probable development of the industry . . . the nature of the anticompetitive conduct and the elasticity of consumer demand"); *Int'l Distrib. Ctrs., Inc. v. Walsh Trucking Co.*, 812 F.2d 786, 792-93 (2d Cir. 1987) (affirming summary judgment where record showed entry by one new competitor and expansion by several

competitors); *Cyntegra, Inc. v. Idexx Labs., Inc.*, 520 F. Supp. 2d 1199, 1209–10 (C.D. Cal. 2007) (granting summary judgment on monopolization claim where defendant "has set forth evidence that two other suppliers of reference lab services . . . have recently entered the market").

*Warner Chilcott's Hormonal Contraceptives Rivals Were Larger*.   Here, Warner Chilcott's key competitors in the sale of contraceptives were significantly larger than Warner Chilcott (which, in 2009, had $1.4 billion in revenues).  SOF ¶ 33.  For example, **Bayer** (maker of Yaz and Yazmin) had a total of €31 billion in revenue in 2009[10] (SOF ¶ 35), and **Johnson & Johnson** (maker of Ortho Tri Cyclen Lo) had $62 billion in revenue in 2009 (SOF ¶ 36). Among Warner Chilcott's generic competitors was **Watson** (which sold branded generic oral contraceptives such as Trinessa, Low-Ogestrel, and Necon), which had $2.8 billion in revenue in 2009.  SOF ¶ 34.  And **Barr**, the second largest U.S. contraceptive firm in 2008, which sold branded generic contraceptives such as Apri, Kariva, and Tri-Sprintec,[11] was acquired by **Teva** in 2008, creating a generics giant with $14 billion in revenues in 2009.  SOF ¶ 16.

*100 New Contraceptive Drug Products Approved Since 2006*.  In addition, *from 2006— when Loestrin 24 was approved—to 2017, more than 100 hormonal contraceptives—almost one new hormonal contraceptive per month*—were approved by the FDA to be sold by more than a dozen manufacturers—confirming the absence of any significant barriers to the entry of new competition.  SOF ¶ 31; Appendix D.  From 2009–2013, approximately 60 new hormonal contraceptives were approved.  Appendix D.  Moreover, the total universe of prescription hormonal contraceptive products is well in excess of 100:  a) Appendix C lists 183 hormonal

---

[10] At an average exchange rate of 1.39 U.S. dollars to the euro for 2009, this amount translates to approximately $43 billion in 2009 U.S. sales in dollars.

[11] *See, e.g.*, Section I.A.5, above, discussing ███████████████████████████ ██████████" SOF ¶ 34.

contraceptive products approved by the FDA for that purpose; b) ████████████

██████████████████████████████████████████████████████ (*see*

Appendix A); c) ██████████████████████████████████████████

████████████████████████ *See* Appendix A.  Whatever the general difficulties in FDA approval,

more than 100 hormonal contraceptive drugs were submitted and approved—showing both the

large addressable market demand creating investment opportunities and the relative ease of

entry.

## III.     Plaintiffs Cannot Satisfy Their Burden to Prove Market Power Through So-Called Direct Evidence

Plaintiffs' complaints suggest that Plaintiffs will attempt to argue that they can prove

market power through evidence that "(i) generic versions of each drug [Loestrin 24 and

Minastrin] would have entered the market at substantial discounts to the brand versions but for

the defendants' anticompetitive conduct; (ii) the gross margin on each drug was at all times at

least 60%; and (iii) the defendants never lowered the price of the drugs to the competitive level

in response to the pricing of other branded or generic drugs."  DPP Compl. ¶ 308; *see also* IPP

Compl. ¶ 302; Walgreens Compl. ¶¶ 171, 175, 177–79; CVS Compl.  ¶¶ 168, 172, 174–76.

However, even if Plaintiffs could identify evidence to support these claims—which they cannot

do—that evidence would not be enough to prove market power as a matter of law.

### A.     This Is Not a "Rare Circumstance" Where Market Power Can Be Shown Through So-Called "Direct Evidence"

Direct evidence of monopoly power is "often difficult or impossible to prove."

*Heerwagen v. Clear Channel Commc'ns*, 435 F.3d 219, 227 (2d Cir. 2006); *see also Doryx II*,

838 F.3d at 434 ("[W]e have elsewhere emphasized that direct evidence of monopoly power to

prove one's claims is only rarely available.") (quotations omitted); *Harrison Aire, Inc. v.*

41

*Aerostar Int'l, Inc.*, 423 F.3d 374, 381 (3d Cir. 2005) (quoting *United States v. Microsoft Corp.*, 253 F.3d 34, 51 (D.C. Cir. 2001) (stating "'direct proof [of monopoly power] is only rarely available'")); *Coastal Fuels*, 79 F.3d at 196 ("[C]ourts have found it *necessary* to consider 'the relevant market and the defendant's ability to lessen or destroy competition in that market.'" (emphasis added)); *CCBN.com, Inc. v. Thomson Fin., Inc.*, 270 F. Supp. 2d 146, 157 (D. Mass. 2003) (market power "is *usually assessed* through market share" (emphasis added)).  Defendants have not uncovered a single case where Plaintiffs prevailed by proving market power under a direct evidence approach.

Evidence of "high" prices or gross margins alone is not direct evidence of monopoly power without an additional showing that such margins were "excessive" or that defendant restricted output.  *See, e.g.*, *Doryx II*, 838 F.3d at 435 ("Mylan's expert reports are devoid of any substantiated quantitative analysis showing that Defendants maintained high price-cost margins or that Defendants ***markedly restricted output***." (emphasis added)); *United States v. Eastman Kodak Co., Inc.*, 63 F.3d 95, 109 (2d Cir. 1995) ("[D]eviations between marginal cost and price, such as those resulting from high fixed costs, are not evidence of market power."); *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation*, No. 14-md-02503, 2018 U.S. Dist. LEXIS 11921, at *51 (D. Mass. Jan. 25, 2018) (while denying summary judgment for both sides based on the facts of that case, holding that plaintiffs "failed to provide sufficient evidence of this 'rare' variety" where plaintiffs did not provide evidence of both high margins and restricted output); *AbbVie*, 2018 U.S. Dist. LEXIS 109628, at *57 n.17 ("Direct evidence is 'rare' and would require, among other things, evidence that defendants maintained ***abnormally*** high price-cost margins on AndroGel and that they restricted output." (emphasis added)); *Remeron*, 367 F. Supp. 2d at 681 n.10 ("[W]ithout evidence that sheds light on material factors such as [the branded

pharmaceutical company's] price relative to its total costs (marginal *and* fixed) and whether ***output was restricted***, monopoly power cannot be found as a matter of law." (emphasis added)).

Moreover, as Dr. Addanki explains in his report, "price generally tends to exceed marginal cost in the overwhelming preponderance of real-world settings."  Addanki Report ¶ 16. Therefore, that a price exceeds marginal cost does not establish that a firm can restrict output or charge supracompetitive prices.  *Id.* ¶ 17.  Actual direct evidence of market power is not present here.

### B.      Proof of a "Reverse Payment" Alone Cannot Establish Market Power

Finally, Plaintiffs also may argue that, with respect to their Section 1 claims attacking settlements of patent litigation, proof of a large and unjustified "reverse payment" alone would be sufficient to show market power.   As an initial matter, Defendants dispute Plaintiffs' allegations of any "large, unjustified reverse payment" under *FTC v. Actavis*; the record will show that summary judgment should be granted and Plaintiffs' Section 1 claims should be dismissed on the merits, if necessary, as well.  570 U.S. 136 (2013).  However, even if Plaintiffs were able to show evidence of a large and unjustified reverse payment, then it is important to note that the Supreme Court in *Actavis* did not discard the antitrust principles governing all other Section 1 rule of reason cases and replace them with a special rule for market power unique to "reverse payment" cases.  Instead, the Supreme Court disfavors the use of special rules based on formalistic distinctions for assessing market power,   *see Eastman Kodak Co. v. Image Tech. Servs., Inc.*, 504 U.S. 451, 466–67 (1992), and has disavowed the use of different market-power tests for different industries.  *See E.I. DuPont*, 351 U.S. at 404.  Against this backdrop, there is no reason to believe that the Court *sub silentio* adopted a special market power rule concerning brand and AB-rated products that applies only to pharmaceutical patent settlement cases.  *See*

*Shalala v. Ill. Council on Long Term Care, Inc.*, 529 U.S. 1, 18 (2000) ("This Court does not normally overturn, or so dramatically limit, earlier authority *sub silentio*.").

On the contrary, the Supreme Court in *Actavis* held that a plaintiff bringing a reverse payment claim "must prove its case as in other rule-of-reason cases." *Actavis*, 570 U.S. at 159. And the Court **squarely rejected** the FTC's argument that a "quick look" analysis (*id.* at 158–59), which would not require proof of market power, should apply to reverse payment claims. *See, e.g.*, *FTC v. Ind. Fed'n of Dentists*, 476 U.S. 447, 460–61 (1986).

Further, the interpretation of *Actavis* suggested in Plaintiffs' complaints is inconsistent with the Supreme Court's ruling in *Walker Process Equip., Inc. v. Food Mach. & Chem. Corp.*, 382 U.S. 172, 177–78 (1965). In *Walker Process*, the plaintiff alleged that a patent holder had taken steps to wrongfully exclude an infringing competitor, and the alleged means of exclusion was enforcement of a fraudulently-procured patent. Despite the fact that the excluded plaintiff would have added direct competition to the patentee and imposed pricing pressure—the same kind of "direct evidence" Plaintiffs claim in this case—the Supreme Court held that merely establishing such wrongful exclusion did ***not*** establish market power. Instead, the Supreme Court held that even where a plaintiff establishes that competition is excluded by enforcement of a fraudulent patent, it would "*then* be necessary [for plaintiff] to appraise the exclusionary power of the illegal patent claim in terms of the relevant market. . . . *Without a definition of that market, there is no way to measure [the defendant's] ability to lessen or destroy competition*." *Walker Process*, 382 U.S. at 177 (emphasis added). In short, the Supreme Court held that a market needs to be defined before a court can determine the impact of conduct on that market. *Actavis* says nothing to the contrary—indeed, the *Actavis* court affirmatively cited *Walker Process* and did not purport to narrow it in any way. 570 U.S. at 148.

44

To the extent Plaintiffs rely on the decision in *In re Aggrenox Antitrust Litigation*, 199 F. Supp. 3d 662, 664–65 (D. Conn. 2016), that decision arose on a pending discovery motion and never purported to set forth a standard for summary judgment. *Id.* at 669. In *Solodyn*, a district court decision within this Circuit, the court rejected *Aggrenox* and plaintiffs' argument that "evidence of a reverse payment by itself is sufficient to show market power," finding that "it would be inappropriate to equate [market power and a sizable reverse payment] at the summary judgment phase"—instead following a "traditional" market power analysis. 2018 U.S. Dist. LEXIS 11921, at *24. *Aggrenox* offers no basis for Plaintiffs to avoid their burden to prove market power in a relevant market that reflects actual competition in the sale of hormonal contraceptive products here.

\* \* \*

Prompt entry of summary judgment is particularly appropriate in a complex MDL proceeding such as this one, where the burdens are massive for all concerned. As shown above, indisputable evidence, both party and third party, as well as common sense, show that (1) Loestrin 24 never enjoyed monopoly power in the "large, crowded" hormonal contraceptive marketplace, and (2) Plaintiffs' purported single-molecule market bears no relation to commercial or medical reality. Since every claim asserted by Plaintiffs here depends on a showing that Loestrin 24 is a monopoly product, this Court should grant summary judgment dismissing all claims at the earliest moment.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that this Court grant its Motion for Summary Judgment.

Dated: July 30, 2018

Respectfully submitted,

*/s/ J. Mark Gidley*
J. Mark Gidley (pro hac vice)
Peter J. Carney (pro hac vice)
David R. Courchaine (pro hac vice)
Jaclyn Phillips (pro hac vice)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Robert A. Milne (pro hac vice)
Jack E. Pace III (pro hac vice)
Alison Hanstead (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Lauren M. Papenhausen (pro hac vice)
Katherine Dyson (pro hac vice)
WHITE & CASE LLP
75 State Street, Floor 24
Boston, MA 02109
Telephone: (617) 979-9300
Facsimile: (617) 979 9301

Angela D. Daker (pro hac vice)
WHITE & CASE LLP
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Telephone: (305) 995-5297
Facsimile: (305) 358-5744

*/s/ Nicole J. Benjamin*
John A. Tarantino (#2586)
jtarantino@apslaw.com
Nicole J. Benjamin (#7540)
nbenjamin@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone: (401) 274-7200

Facsimile: (401) 751-0604

*Attorneys for Warner Chilcott Co., LLC f/k/a Warner Chilcott Co., Inc., Warner Chilcott (US), LLC, Warner Chilcott Sales (US), LLC, Warner Chilcott plc n/k/a Allergan WC Ireland Holdings Ltd., Warner Chilcott Holdings Co. III, Ltd., Warner Chilcott Corp. Warner Chilcott Sales (US), LLC, Warner Chilcott Laboratories Ireland Limited, Watson Laboratories, Inc., and Watson Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I, Nicole J. Benjamin, hereby certify that on this 30th day of July 2018, copies of the foregoing Memorandum in Support of Defendants' Motion for Summary Judgment Due to Lack of Market Power will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ Nicole J. Benjamin*
Nicole J. Benjamin

**APPENDIX A**

**Plaintiffs, Health Insurers, PBMs, and Other Sources that
Group and List Together as a Class Scores of Hormonal Contraceptives**

| Author | Number of Hormonal Contraceptives (HCs) Listed | Date |
|---|---|---|
| **Retailer Plaintiffs and Their Affiliates** | | |
| ██ | ████████████████ | ████ |
| ██ | | ████ |
| | | ████ |
| CVS/Caremark[4] | 165 HCs listed – 34 branded HCs, 131 generic HCs | July 2016 |
| ██ | ████ | ████ |
| **Health Insurers and PBMs<br>(Direct and Indirect Purchaser Classes –<br>Putative Members)** | | |
| ██ | ████████████████ | ████ |
| ██ | | ████ |
| ██ | | ████ |
| ██ | | ████ |
| ██ | | |
| **Pharmaceutical Manufacturers** | | |
| Teva[11] | 68 Teva-related HCs listed – 34 branded HCs, 34 corresponding generic HCs (all 34 generics manufactured by Teva Pharmaceuticals) | Apr. 2018 |
| Lupin[12] | 54 Lupin-related HCs listed – 27 branded HCs, 27 corresponding generic HCs (all 27 generics manufactured by Lupin Pharmaceuticals) | Sept. 29, 2017 |
| ████ | ████████████ | ████ |
| **Third Parties** | | |
| RBC Capital Markets[14] | 91 HCs listed – 42 branded HCs, 49 generic HCs | Jan. 14, 2008 |
| Monthly Prescribing Reference[15] | 87 branded HCs listed | Feb. 2017 |
| Medline Plus[16] | 85 HCs listed | Sept. 15, 2015 |
| Prof. Kelli Stidham Hall and Prof. James Trussell[17] | 83 HCs listed | Dec. 2012 |

---





[4] *Let's Talk Prevention*, CVS Caremark 4 (July 2016), https://www.caremark.com/portal/asset/KC_No-Cost_Preventive_Drug_List.pdf (**Exhibit 629**).

[11] *Oral Contraceptive Identification Chart*, Teva Pharmaceuticals (Apr. 2018), https://www.tevagenerics.com/globalassets/products/pdfs/wh_idchart.pdf (**Exhibit 633**).

[12] *Lupin Oral Contraceptive Products*, Lupin (Sept. 29, 2017), http://birthcontrolhealth.com/pdf/17/10/oc-brand-to-generic-reference-guide-9-29-2017.pdf (**Exhibit 634**).

[14] "Warner Chilcott Limited (NASDAQ: WCRX) A Decade of Success Carving Value Out of Niche Markets," WCL0095788, at -0095793 through -0095794 (**Exhibit 635**).

[15] *Oral Contraceptives*, Monthly Prescribing Reference (Feb. 2017), http://media.empr.com/documents/2/obgy_oc_2pt_0217_1128.pdf (**Exhibit 636**).

[16] *Estrogen and Progestin (Oral Contraceptives)*, Medline Plus (United States National Library of Medicine) (Sept. 15, 2015), https://medlineplus.gov/druginfo/meds/a601050.html (**Exhibit 637**).

[17] Kelli Stidham Hall and James Trussell, *Types of Combined Oral Contraceptives Used by U.S. Women*, 86(6) Contraception 659, 662-65 (Dec. 2012), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3469779/ (**Exhibit 638**).

**APPENDIX B**

**Formularies and Preferred Drug Lists (PDLs) on Which Health Insurers and PBMs Omitted Loestrin 24 and Minastrin 24 and Instead Listed Alternatives/Substitutes**

| | Health Insurer or PBM and Effective Date of Doc | Alternative/Substitute Hormonal Contraceptives Included |
|---|---|---|
| ■ | ████████ | ████████████████████████████████ ████████████████████████ |
| ■ | ████████ | ████████████████████████████████ ████████████████████████████ |
| ■ | ████████ | ████████████████████████████████ ████████████████████████████ |
| 4. | **CVS/Caremark (Jan. 2009)** (affiliate PBM of Retailer Plaintiff CVS; IPP City of Providence's PBM; IPP Painters' PBM)[4] | **Branded Alternatives:** Yaz, Ortho Tri-Cyclen Lo, Seasonique, Lybrel, Ortho Evra, NuvaRing<br><br>**Generic Alternatives:** Ethinyl Estradiol-Drospirenone, Ethinyl Estradiol-Levonorgestrel |
| 5. | **CVS/Caremark (Apr. 2009)** (affiliate PBM of Retailer Plaintiff CVS; IPP City of Providence's PBM; IPP Painters' PBM)[5] | **Branded Alternatives:** Yaz, Ortho Tri-Cyclen Lo, Seasonique, Lybrel, Ortho Evra, NuvaRing<br><br>**Generic Alternatives:** Ethinyl Estradiol-Drospirenone, Ethinyl Estradiol-Levonorgestrel |

| | Health Insurer or PBM and Effective Date of Doc | Alternative/Substitute Hormonal Contraceptives Included |
|---|---|---|
| ■ | ██████████ | ██████████ |
| 7. | **CVS/Caremark (July 2009)** (affiliate PBM of Retailer Plaintiff CVS; IPP City of Providence's PBM; IPP Painters' PBM)[7] | **Branded Alternatives:**  Yaz, Ortho Tri-Cyclen Lo, Lo Seasonique, Seasonique, Lybrel, Ortho Evra, NuvaRing<br><br>**Generic Alternatives:**  Ethinyl Estradiol-Drospirenone, Ethinyl Estradiol-Levonorgestrel |
| 8. | **CVS/Caremark (Oct. 2009)** (affiliate PBM of Retailer Plaintiff CVS; IPP City of Providence's PBM; IPP Painters' PBM)[8] | **Branded Alternatives:**  Yaz, Ortho Tri-Cyclen Lo, Lo Seasonique, Seasonique, Lybrel, Ortho Evra, NuvaRing<br><br>**Generic Alternatives:**  Ethinyl Estradiol-Drospirenone, Ethinyl Estradiol-Levonorgestrel |
| ■ | ██████████ | ██████████ |
| 10. | **CVS/Caremark (Jan. 2010)** (affiliate PBM of Retailer Plaintiff CVS; IPP City of Providence's PBM; IPP Painters' PBM)[10] | **Branded Alternatives:**  Yaz, Ortho Tri-Cyclen Lo, Lo Seasonique, Seasonique, Lybrel, Ortho Evra, NuvaRing<br><br>**Generic Alternatives:**  Ethinyl Estradiol-Drospirenone, Ethinyl Estradiol-Levonorgestrel |

| | Health Insurer or PBM and Effective Date of Doc | Alternative/Substitute Hormonal Contraceptives Included |
|---|---|---|
| ■ | ███████████ | ████████████████████████ |
| 12. | **CVS/Caremark (Apr. 2010)** (affiliate PBM of Retailer Plaintiff CVS; IPP City of Providence's PBM; IPP Painters' PBM)[12] | **Branded Alternatives:** Yaz, Ortho Tri-Cyclen Lo, Lo Seasonique, Seasonique, Lybrel, Ortho Evra, NuvaRing<br><br>**Generic Alternatives:** Ethinyl Estradiol-Drospirenone, Ethinyl Estradiol-Levonorgestrel |
| 13. | **CVS/Caremark (July 2010)** (affiliate PBM of Retailer Plaintiff CVS; IPP City of Providence's PBM; IPP Painters' PBM)[13] | **Branded Alternatives:** Yaz, Ortho Tri-Cyclen Lo, Lo Seasonique, Seasonique, Lybrel, Ortho Evra, NuvaRing<br>**Generic Alternatives:** Ethinyl Estradiol-Drospirenone, Ethinyl Estradiol-Levonorgestrel |
| 14. | **CVS/Caremark (Oct. 2010)** (affiliate PBM of Retailer Plaintiff CVS; IPP City of Providence's PBM; IPP Painters' PBM)[14] | **Branded Alternatives:** Yaz, Ortho Tri-Cyclen Lo, Natazia, Lo Seasonique, Seasonique, Lybrel, Ortho Evra, NuvaRing<br><br>**Generic Alternatives:** Ethinyl Estradiol-Drospirenone, Ethinyl Estradiol-Norgestimate, Ethinyl Estradiol-Levonorgestrel |
| 15. | **CVS/Caremark (Jan. 2011)** (affiliate PBM of Retailer Plaintiff CVS; IPP City of Providence's PBM; IPP Painters' PBM)[15] | **Branded Alternatives:** Yaz, Ortho Tri-Cyclen Lo, Natazia, Lo Seasonique, Seasonique, Lybrel, Ortho Evra, NuvaRing<br><br>**Generic Alternatives:** Ethinyl Estradiol-Drospirenone, Ethinyl Estradiol-Norgestimate, Ethinyl Estradiol-Levonorgestrel |

| | Health Insurer or PBM and Effective Date of Doc | Alternative/Substitute Hormonal Contraceptives Included |
|---|---|---|
| 16. | **Future Scripts (July 2011)** (IPP UFCW's PBM)[16] | **Branded Alternatives:** Estrostep Fe, Femcon Fe, Ortho Evra, Ortho Tri-Cyclen Lo, Seasonale, Triphasil, Yasmin, Yaz <br><br> **Generic Alternatives:** Norethindrone Acetate/Ethinyl Estradiol/Ferrous Fumarate, Ethinyl Estradiol/ Norethindrone, Tri-Lo-Sprintec, Ethinyl Estradiol/ Drospirenone, Gianvi, Norethindrone, Norethindrone/Ethinyl Estradiol, Norgestimate/Ethinyl Estradiol, Norgestrel/Ethinyl Estradiol |
| █ | ████ | ████████ |
| 18. | **OptumRx (July 2012)** (IPP Allied's PBM; IPP FOP's PBM)[18] | **Branded Alternatives:** Beyaz, Natazia, NuvaRing, Sayral <br><br> **48 Generic Alternatives** |
| 19. | **BlueCross BlueShield of Alabama (Aug. 2012)** (IPP AFL-AGC's PBM)[19] | **Branded Alternatives:** Ortho Evra, Nuvaring <br><br> **86 Generic Alternatives** |
| 20. | ████ | ████████ |
| 21. | ██ | ████ |
| 22. | **OptumRx (Jan. 2013)** (IPP Allied's PBM; IPP FOP's PBM[22] | **Branded Alternatives:** Beyaz, Natazia, NuvaRing, Sayral <br><br> **66 Generic Alternatives** |

| | Health Insurer or PBM and Effective Date of Doc | Alternative/Substitute Hormonal Contraceptives Included |
|---|---|---|
| 23. | ███████ | ███████████████████████████████████ |
| 24. | ███████ | ███████████████████████████████████ |
| 25. | **OptumRx (July 2013)** (IPP Allied's PBM; IPP FOP's PBM)[25] | **Branded Alternatives:**  Beyaz, Natazia, NuvaRing, Sayral<br><br>**71 Generic Alternatives** |
| 26. | ███████ | ███████████████ |
| 27. | ███████ | ███████████████ |
| 28. | ███████ | ███████████████ |
| 29. | ███████ | ███████████████ |
| 30. | ███████ | ███████████████ |

| | Health Insurer or PBM and Effective Date of Doc | Alternative/Substitute Hormonal Contraceptives Included |
|---|---|---|
| 31. | ███████ | ███████ ███████ |
| 32. | **BlueCross BlueShield of Texas (2014)[32]** | **Branded Alternatives:**  NuvaRing, Ortho Evra <br><br> **Generic Alternatives:**  "Oral contraceptives – all generics" |
| 33. | ███████ | ███████ ███████ |
| 34. | ███████ | ███████ ███████ |
| 35. | ███████ | ███████ ███████ |
| 36. | ███████ | ███████ ███████ |
| 37. | ███████ | ███████ ███████ |
| 38. | ███████ | ███████ ███████ |

| | Health Insurer or PBM and Effective Date of Doc | Alternative/Substitute Hormonal Contraceptives Included |
|---|---|---|
| 39. | ███████ | ███████ |
| 40. | ███████ | ███████ |
| 41. | ███████ | ███████ |



[4] "Performance Drug List" (Jan. 2009), LOESTRIN-EPP-COP-00297, at -00298 (**Exhibit 642**).

[5] "Performance Drug List" (Apr. 2009), LOESTRIN-EPP-COP-00300, at -00301 (**Exhibit 643**).

[7] "Performance Drug List" (July 2009), LOESTRIN-EPP-COP-00305, at -00306 (**Exhibit 645**).

[8] "Performance Drug List" (Oct. 2009), LOESTRIN-EPP-COP-00310, at -00311 (**Exhibit 646**).

[10] "Performance Drug List" (Jan. 2010), LOESTRIN-EPP-COP-00315, at -00316 (**Exhibit 648**).

[12] "Performance Drug List" (Apr. 2010), LOESTRIN-EPP-COP-00320, at -00321 (**Exhibit 650**).

[13] "Performance Drug List" (July 2010), LOESTRIN-EPP-COP-00325, at -00326 (**Exhibit 651**).

[14] "Performance Drug List" (Oct. 2010), LOESTRIN-EPP-COP-00330, at -00331 (**Exhibit 652**).

[15] "Performance Drug List" (Jan. 2011), LOESTRIN-EPP-COP-00335, at -00336 (**Exhibit 166**).

[16] "Select Drug Program Formulary" (July 1, 2011), LOESTRIN-EPP-UFCW-03166 [Reardon (EPP UFCW) Ex. 20], at -03191 through -03192 (**Exhibit 171**).

[18] "2012 Comprehensive Outpatient Drug Formulary Wall Chart" (July 1, 2012), LOESTRIN-EPP-ALLIED-00446, at -00448 (**Exhibit 164**).

[19] "Affordable Care Act (ACA) Women's Preventive Services Contraceptive Drug List" (Aug. 1, 2012) [Poulaino (Laborers) Ex. 21] (**Exhibit 654**).



22 "2013 Drug Formulary Wall Chart" (Jan. 1, 2013), LOESTRIN-EPP-ALLIED-00450, at -00452 through -00453 (**Exhibit 165**).

25 "2013 Drug Formulary Wall Chart" (July 1, 2013), LOESTRIN-EPP-ALLIED-00454, at -00456 (**Exhibit 659**).

32 "2014 Formulary (List of covered drugs)," [Nevers (HEB) Ex. 6], at page 4 (**Exhibit 665**).

**APPENDIX C**

**Hormonal Contraceptive FDA-Approved Label Indications**

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 1. | **Alesse® 28**[1] (Brand) | Wyeth-Ayerst Laboratories (NDA 020683) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 2. | **Altavera®**[2] (Generic Nordette®) | Sandoz, Inc. (ANDA 079102) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 3. | **Alyacen® 1/35**[3] (Generic Ortho Novum® 1/35) | Glenmark Generics Ltd. (ANDA 091634) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 4. | **Alyacen® 7/7/7 28**[4] (Generic Ortho Novum® 7/7/7) | Glenmark Generics Ltd. (ANDA 091636) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 5. | **Amethia®**[5] (Generic Seasonique®) | Watson Laboratories, Inc. (ANDA 078834) | "indicated for use by women to prevent pregnancy" |
| 6. | **Amethia Lo**[6] (Generic LoSeasonique®) | Watson Pharmaceuticals, Inc. (ANDA 200407) | "indicated for use by women to prevent pregnancy" |
| 7. | **Amethyst®**[7] (Generic Lybrel®) | Watson Laboratories, Inc. (ANDA 079218) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 8. | **Apri®**[8]**/Reclipsen®** (Generic Ortho-Cept®) | Duramed Pharmaceuticals, Inc. (ANDA 075256) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 9. | **Aranelle®**[9] (Generic Tri-Norinyl®) | Barr Pharmaceuticals, Inc. (ANDA 076783) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception." |
| 10. | **Ashlyna®**[10] (Generic Seasonique®) | Glenmark Generics Ltd. (ANDA 203163) | "indicated for use by women to prevent pregnancy" |
| 11. | **Aubra®**[11] (Generic Alesse®) | Afaxys Pharmaceuticals (ANDA 200245) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |

---

[i] This list is illustrative, and not a necessarily complete list of all hormonal contraceptives approved by the FDA.

| | **Hormonal Contraceptive[i]** | **Manufacturer** | **FDA-Approved Label Indication(s)** |
|---|---|---|---|
| 12. | **Aurovela® 1.5/30**[12] (Generic Loestrin® 1.5/30) | Aurobindo Pharma Ltd. (ANDA 207581) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 13. | **Aurovela® 1/20**[13] (Generic Loestrin® 1/20) | Aurobindo Pharma Ltd. (ANDA 207506) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 14. | **Aurovela® 24 FE**[14] (Generic Loestrin® 24 FE) | Aurobindo Pharma Ltd. (ANDA 207504) | "indicated for use by women to prevent pregnancy" |
| 15. | **Aurovela® FE 1.5/30**[15] (Generic Loestrin® Fe 1.5/30) | Aurobindo Pharma Ltd. (ANDA 207580) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 16. | **Aurovela® FE 1/20**[16] (Generic Loestrin® FE 1/20) | Aurobindo Pharma Ltd. (ANDA 207505) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 17. | **Aviane® 21**[17] (Generic Alesse® 21) | Duramed Pharmaceuticals, Inc. (ANDA 075796) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 18. | **Aviane® 28**[18] (Generic Alesse® 28) | Duramed Pharmaceuticals, Inc (ANDA 075796) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 19. | **Ayuna®**[19] (Generic Nordette®) | Aurobindo Pharma Ltd. (ANDA 206866) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 20. | **Azurette®**[20] (Generic Mircette®) | Watson Laboratories, Inc. (ANDA 076916) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 21. | **Balziva® 28**[21] (Generic Ovcon® 35) | Barr Laboratories, Inc. (ANDA 076238) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 22. | **Bekyree®**[22] (Generic Mircette®) | Lupin Pharmaceuticals, Inc. (ANDA 202226) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 23. | **Beyaz®**[23] (Brand) | Bayer HealthCare Pharmaceuticals Inc. (NDA 022532) | "indicated for use by women to prevent pregnancy"<br><br>"indicated for the treatment of symptoms of premenstrual dysphoric disorder (PMDD) in women who choose to use an oral contraceptive as their method of contraception. The effectiveness of Beyaz for PMDD when used for more than three menstrual cycles has not been evaluated"<br><br>"indicated for the treatment of moderate acne vulgaris in women at least 14 years of age, who have no known contraindications to oral contraceptive therapy and have achieved menarche. Beyaz should be used for the treatment of acne only if the patient desires an oral contraceptive for birth control"<br><br>"indicated in women who choose to use an oral contraceptive as their method of contraception, to raise folate levels for the purpose of reducing the risk of a neural tube defect in a pregnancy conceived while taking the product or shortly after discontinuing the product" |
| 24. | **Blisovi® 24 Fe**[24] (Generic Loestrin® 24 Fe) | Lupin Pharmaceuticals, Inc. (ANDA 091398) | "indicated for use by women to prevent pregnancy" |
| 25. | **Blisovi® FE 1.5/30**[25] (Generic Loestrin® Fe 1.5/30) | Lupin Pharmaceuticals, Inc. (ANDA 201585) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 26. | **Blisovi® FE 1/20**[26] (Generic Loestrin® Fe 1/20) | Lupin Pharmaceuticals, Inc. (ANDA 201584) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 27. | **Brevicon®**[27] (Brand) | Syntex Laboratories (NDA 017743) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 28. | **Briellyn®**[28] (Generic Ovcon® 35) | Glenmark Generics Ltd. (ANDA 090538) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 29. | **Camrese®**[29] (AG Seasonique®) | Teva Pharmaceuticals USA (NDA 021840) | "indicated for use by women to prevent pregnancy" |
| 30. | **Camrese® Lo**[30] (AG LoSeasonique®) | Teva Pharmaceuticals USA (NDA 022262) | "indicated for use by women to prevent pregnancy" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 31. | **Caziant®**[31] (Generic Cyclessa®) | Watson Laboratories, Inc. (ANDA 077182) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 32. | **Cesia®**[32] (AG Cyclessa®) | Prasco Laboratories (NDA 021090) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 33. | **Chateal®**[33] (Generic Nordette®) | Afaxys Pharmaceuticals (ANDA 091663) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 34. | **Cryselle®**[34] (Generic Lo/Ovral®) | Duramed Pharmaceuticals, Inc. (ANDA 075840) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 35. | **Cyclafem® 1/35**[35] (Generic Ortho-Novum 1/35®) | Qualitest Pharmaceuticals (ANDA 076337) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 36. | **Cyclafem® 7/7/7 28**[36] (Generic Ortho-Novum® 7/7/7) | Qualitest Pharmaceuticals (ANDA 076338) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 37. | **Cyclessa®**[37] (Brand) | Organon, Inc. (NDA 021090) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 38. | **Dasetta® 1/35**[38] (Generic Ortho-Novum 1/35® ) | Novast Labs., Ltd. (ANDA 090948) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 39. | **Dasetta® 7/7/7 28**[39] (Generic Ortho-Novum® 7/7/7) | Novast Labs., Ltd. (ANDA 090946) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 40. | **Daysee®**[40] (Generic Seasonique®) | Lupin Pharmaceuticals, Inc. (ANDA 091467) | "indicated for use by women to prevent pregnancy" |
| 41. | **Delyla®**[41] (Generic Alesse®) | Amneal Pharms (ANDA 201108) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 42. | **Desogen®**[42] (Brand) | Organon, Inc. (NDA 020071) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 43. | **Elinest®**[43] (Generic Lo/Ovral®) | Novast Labs., Ltd. (ANDA 091105) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 44. | **Emoquette®**[44] (Generic Ortho-Cept®) | Qualitest Pharmaceuticals (ANDA 076675) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 45. | **Enpresse® 28**[45] (Generic Triphasil®-28) | Duramed Pharmaceuticals, Inc. (ANDA 75809) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 46. | **Enskyce®**[46] (Generic Ortho-Cept®) | Lupin Pharmaceuticals, Inc. (ANDA 201887) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 47. | **Estarylla®**[47] (Generic Ortho Cyclen®) | Sandoz, Inc. (ANDA 090794) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 48. | **Estrostep® 21**[48] (Brand) | Parke-Davis (NDA 020130) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 49. | **Estrostep® Fe**[49] (Brand) | Parke-Davis (NDA 020130) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception"<br><br>"indicated for the treatment of moderate acne vulgaris in females, ≥15 years of age, who have no known contraindications to oral contraceptive therapy, desire oral contraception, have achieved menarche, and are unresponsive to topical anti-acne medications" |
| 50. | **Falmina®**[50] (Generic Alesse® 28) | Novast Labs., Ltd. (ANDA 090721) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 51. | **Fayosim®**[51] (Generic Quartette®) | Lupin Pharmaceuticals, Inc. (ANDA 205943) | "indicated for use by females of reproductive age to prevent pregnancy" |
| 52. | **Femcon® Fe**[52] (Brand) | Warner Chilcott, Inc. (NDA 021490) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 53. | **Generess® Fe**[53] (Brand) | Warner Chilcott, Inc. (NDA 022573) | "indicated for use by women to prevent pregnancy" |
| 54. | **Gianvi®**[54] (Generic Yaz®) | Barr Laboratories, Inc. (ANDA 078515) | "indicated for the prevention of pregnancy in women who elect to use an oral contraceptive" |
| 55. | **Gildagia®**[55] (Generic Ovcon® 35) | Qualitest Pharmaceuticals (ANDA 078376) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 56. | **Gildess® 1/20**[56] (Generic Loestrin® 1/20) | Qualitest Pharmaceuticals (ANDA 077077) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |

| | **Hormonal Contraceptive**[i] | **Manufacturer** | **FDA-Approved Label Indication(s)** |
|---|---|---|---|
| 57. | **Gildess® FE 1/20**[57] (Generic Loestrin® Fe 1/20) | Qualitest Pharmaceuticals (ANDA 077077) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 58. | **Introvale®**[58] (Generic Seasonale®) | Sandoz, Inc. (ANDA 079064) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 59. | **Isibloom®**[59] (Generic Ortho-Cept®) | Sandoz, Inc. (ANDA 202789) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 60. | **Jaimiess®**[60] (Generic Seasonique®) | Sandoz, Inc. (ANDA 203770) | "indicated for use by women to prevent pregnancy" |
| 61. | **Jolessa®**[61] (AG Seasonale®) | Barr Laboratories, Inc. (NDA 021544) | "indicated for use by women to prevent pregnancy" |
| 62. | **Junel® 21 Day 1/20**[62] (Generic Loestrin® 21 1/20) | Barr Laboratories, Inc. (ANDA 076380) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 63. | **Junel® 21 Day 1.5/30**[63] (Generic Loestrin® 21 1.5/30) | Barr Laboratories, Inc. (ANDA 076381) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 64. | **Junel® Fe 24**[64] (Generic Loestrin® 24 Fe) | Teva Pharmaceutical Industries Ltd. (ANDA 090938) | "indicated for use by women to prevent pregnancy" |
| 65. | **Junel® Fe 28 Day 1/20**[65] (Generic Loestrin® Fe 1/20) | Barr Laboratories, Inc. (ANDA 076081) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 66. | **Junel® Fe 28 Day 1.5/30**[66] (Generic Loestrin® Fe 1.5/30) | Barr Laboratories, Inc. (ANDA 076064) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 67. | **Kaitlib® Fe**[67] (Generic Generess® Fe) | Lupin Pharmaceuticals, Inc. (ANDA 203448) | "indicated for use by women to prevent pregnancy" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 68. | **Kalliga®**[68] (Generic Ortho-Cept®) | Aurobindo Pharma Ltd. (ANDA 207081) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 69. | **Kariva®**[69] (Generic Mircette®) | Barr Laboratories, Inc. (ANDA 075863) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 70. | **Kelnor® 1/35**[70] (Generic Demulen® 1/35-28) | Barr Laboratories, Inc. (ANDA 076785) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 71. | **Kimidess®**[71] (Generic Mircette®) | Qualitest Pharmaceuticals (ANDA 076681) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 72. | **Kurvelo®**[72] (Generic Nordette®) | Lupin Pharmaceuticals, Inc. (ANDA 091408) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 73. | **Larin® 1.5/30**[73] (Generic Loestrin® 1.5/30) | Novast Labs., Ltd. (ANDA 202996) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 74. | **Larin® 1/20**[74] (Generic Loestrin® 1/20) | Novast Labs., Ltd. (ANDA 202995) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 75. | **Larin® 24 Fe**[75] (Generic Loestrin®24 Fe) | Novast Labs., Ltd. (ANDA 202994) | "indicated for use by women to prevent pregnancy" |
| 76. | **Larin® FE 1.5/30**[76] (Generic Loestrin® Fe 1.5/30) | Novast Labs., Ltd. (ANDA 091453) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 77. | **Larin® FE 1/20**[77] (Generic Loestrin® Fe 1/20) | Novast Labs., Ltd. (ANDA 091454) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 78. | **Layolis® Fe**[78] (AG Generess® Fe) | Actavis Pharma, Inc. (NDA 022573) | "indicated for use by women to prevent pregnancy" |
| 79. | **Leena®**[79] (AG Tri-Norinyl®) | Actavis Pharma, Inc. (NDA 018977) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 80. | **Lessina® 28**[80] (Generic Levlite®-28) | Barr Laboratories, Inc. (ANDA 075803) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 81. | **Levlite®-28**[81] (Brand® 28) | Berlex Laboratories (NDA 020860) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 82. | **Levonest®**[82] (Generic Triphasil®) | Novast Labs., Ltd. (ANDA 090719) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 83. | **Levora® 0.15/30-28**[83] (Generic Nordette®) | Watson Pharmaceuticals, Inc. (ANDA 073594) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception |
| 84. | **Lo Loestrin® Fe**[84] (Brand) | Warner Chilcott Company, LLC (NDA 022501) | "indicated for use by women to prevent pregnancy" |
| 85. | **Lo Minastrin® Fe**[85] (Brand) | Warner Chilcott Company, LLC (NDA 204654) | "indicated for use by females of reproductive age to prevent pregnancy" |
| 86. | **Lo/Ovral®-28**[86] (Brand) | Wyeth Laboratories, Inc. (NDA 017612) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 87. | **Loestrin® 21 1.5/30**[87] (Brand) | Parke-Davis (NDA 017875) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 88. | **Loestrin® 21 1/20**[88] (Brand) | Parke-Davis (NDA 017876) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 89. | **Loestrin® 24 Fe**[89] (Brand) | Warner Chilcott, Inc. (NDA 021871) | "indicated for use by women to prevent pregnancy" |
| 90. | **Loestrin® Fe 1.5/30**[90] (Brand) | Parke-Davis (NDA 017355) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 91. | **Loestrin® Fe 1/20**[91] (Brand) | Parke-Davis (NDA 017354) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 92. | **Lomedia® 24 Fe**[92] (Generic Loestrin® 24 Fe) | Watson Laboratories, Inc. (ANDA 078267) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 93. | **Loryna®**[93] (Generic Yaz®) | Sandoz, Inc. (ANDA 079221) | "indicated for use by women to prevent pregnancy" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 94. | **LoSeasonique®** [94] (Brand) | Duramed Pharmaceuticals, Inc. (NDA 022262) | "indicated for use by women to prevent pregnancy" |
| 95. | **Low-Ogestrel® 21**[95] (Generic Lo/Ovral®-21) | SCS Pharmaceuticals (ANDA 075288) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 96. | **Low-Ogestrel® 28**[96] (Generic Lo/Ovral®-28) | SCS Pharmaceuticals (ANDA 075288) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 97. | **Lutera®**[97] (Generic Alesse® 28) | Watson Laboratories, Inc. (ANDA 076625) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 98. | **Lybrel®**[98] (Brand) | Wyeth Pharmaceuticals (NDA 021864) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 99. | **Marlissa®**[99] (Generic Nordette®) | Glenmark Generics Ltd. (ANDA 091452) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 100. | **Melodetta® 24 Fe**[100] (Generic Minastrin® 24 Fe) | Amneal Pharms (ANDA 207514) | "indicated for use by females of reproductive age to prevent pregnancy" |
| 101. | **Mibelas® 24 FE**[101] (Generic Minastrin® 24 Fe) | Lupin Pharmaceuticals, Inc. (ANDA 206287) | "indicated for use by females of reproductive age to prevent pregnancy" |
| 102. | **Microgestin® 1.5/30**[102] (Generic Loestrin®21 1.5/30) | Watson Laboratories, Inc. (ANDA 075548) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 103. | **Microgestin® 1/20**[103] (Generic Loestrin® 21 1/20) | Watson Laboratories, Inc. (ANDA 075647) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 104. | **Microgestin® 24 Fe**[104] (AG Loestrin® 24 Fe) | Watson Laboratories, Inc. (NDA 021871) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 105. | **Microgestin® Fe 1.5/30**[105] (Generic Loestrin® Fe 1.5/30) | Watson Laboratories, Inc. (ANDA 075548) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 106. | **Microgestin® Fe 1/20**[106] (Generic Loestrin® Fe 1/20) | Watson Laboratories, Inc. (ANDA 075647) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 107. | **Mili®**[107] (Generic Ortho Cyclen) | Aurobindo Pharma Ltd. (ANDA 205449) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 108. | **Minastrin® 24 Fe**[108] (Brand) | Warner Chilcott Company, LLC (NDA 203667) | "indicated for use by females of reproductive age to prevent pregnancy" |
| 109. | **Mircette®**[109] (Brand) | Organon, Inc. (NDA 020713) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 110. | **Modicon® 28**[110] (Brand) | Janssen Pharmaceuticals, Inc. (NDA 017735) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 111. | **Mono-Linyah®**[111] (Generic Ortho Cyclen®) | Novast Labs., Ltd. (ANDA 090523) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 112. | **MonoNessa®**[112] (AG Ortho Cyclen®) | Watson Pharmaceuticals, Inc. (NDA 019653) | "indicated for use by women to prevent pregnancy" |
| 113. | **Myzilra®**[113] (Generic Triphasil®) | Qualitest Pharmaceuticals (ANDA 077502) | "indicated for the prevention of pregnancy in women who elect to use Myzilra® Tablets as a method of contraception" |
| 114. | **Natazia®**[114] (Brand) | Bayer HealthCare Pharmaceuticals, Inc. (NDA 022252) | "indicated for use by women to prevent pregnancy" |
| 115. | **Necon® 0.5/35**[115] (Generic Modicon®) | Mayne Pharma (ANDA 070686) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 116. | Necon® 1/35[116] (Generic Ortho Novum® 1/35) | Watson Laboratories, Inc. (ANDA 070687) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 117. | Necon® 7/7/7[117] (AG Ortho-Novum® 7/7/7) | Watson Laboratories, Inc. (NDA 018985) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 118. | Nexesta™ Fe[118] (Generic Femcon® Fe) | Aurobindo Pharma Ltd. (ANDA 207535) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 119. | Nikki®[119] (Generic Yaz®) | Lupin Pharmaceuticals, Inc. (ANDA 201661) | "indicated for use by women to prevent pregnancy" |
| 120. | Nordette® 28[120] (Brand) | Wyeth-Ayerst Laboratories (NDA 018782) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 121. | Norinyl® 1+35[121] (Brand ) | Syntex Laboratories (NDA 017565) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 122. | Nortrel® 0.5/35[122] (Generic Modicon® 28) | Barr Laboratories, Inc. (ANDA 072695) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 123. | Nortrel® 1/35[123] (Generic Ortho-Novum® 1/35) | Barr Laboratories, Inc. (ANDA 72696) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 124. | Nortrel® 1/35 21[124] (Generic Ortho Novum® 1/35) | Barr Laboratories, Inc. (ANDA 072693) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 125. | Nortrel® 7/7/7[125] (Generic Ortho-Novum® 7/7/7) | Barr Laboratories, Inc. (ANDA 075478) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 126. | NuvaRing®[126] (Brand) | Organon, Inc. (NDA 021187) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 127. | Ocella®[127] (AG Yasmin® ) | Barr Laboratories, Inc. (NDA 021098) | "indicated for the prevention of pregnancy in women who elect to use an oral contraceptive" |
| 128. | Ogestrel® 0.5/50[128] (Generic Ovral® ) | SCS Pharmaceuticals (ANDA 075406) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 129. | Orsythia®[129] (Generic Alesse® 28) | Qualitest Pharmaceuticals (ANDA 077099) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |

| Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|
| 130. **Ortho Evra®**[130] (Brand) | R.W. Johnson Pharmaceutical Research Institute (NDA 021180) | "indicated for the prevention of pregnancy" |
| 131. **Ortho Tri-Cyclen Lo®**[131] (Brand) | Johnson & Johnson Pharmaceutical Research & Development, L.L.C. (NDA 021241) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 132. **Ortho Tri-Cyclen®**[132] (Brand) | Johnson & Johnson Pharmaceutical Research & Development, L.L.C. (NDA 019697) | "indicated for use by women to prevent pregnancy"  "indicated for the treatment of moderate acne vulgaris in females at least 15 years of age, who have no known contraindications to oral contraceptive therapy and have achieved menarche.  ORTHO TRI-CYCLEN should be used for the treatment of acne only if the patient desires an oral contraceptive for birth control" |
| 133. **Ortho-Cept®**[133] (Brand) | Janssen Pharmaceuticals, Inc. (NDA 020301) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 134. **Ortho-Cyclen®**[134] (Brand) | Janssen Pharmaceuticals, Inc. (NDA 019653) | "indicated for use by women to prevent pregnancy" |
| 135. **Ortho-Novum 7/7/7**[135] (Brand) | Janssen Pharmaceuticals, Inc. (NDA 018985) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 136. **Ortho-Novum® 1/35**[136] (Brand) | Janssen Pharmaceuticals, Inc. (NDA 017919) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 137. **Ovcon® 35**[137] (Brand) | Warner Chilcott, LLC (NDA 017716) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 138. **Ovcon® 50**[138] (Brand) | Warner Chilcott LLC (NDA 017576) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception." |
| 139. **Philith®**[139] (Generic Ovcon® 35) | Novast Labs, Ltd. (ANDA 090947) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 140. **Pimtrea®**[140] (Generic Mircette®) | Novast Labs., Ltd. (ANDA 091247) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 141. | **Pirmella® 1/35 28**[141] (Generic Ortho-Novum 1/35®) | Lupin Pharmaceuticals, Inc. (ANDA 201512) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 142. | **Pirmella® 7/7/7 28**[142] (Generic Ortho-Novum® 7/7/7) | Lupin Pharmaceuticals, Inc. (ANDA 201510) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 143. | **Portia® 28**[143] (Generic Nordette®) | Barr Laboratories, Inc. (ANDA 075866) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 144. | **Previfem®**[144] (Generic Ortho-Cyclen®) | Andrx Pharmaceuticals, LLC (ANDA 076334) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 145. | **Quasense®**[145] (Generic Seasonale®) | Watson Pharmaceuticals, Inc. (ANDA 077101) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 146. | **Quartette®**[146] (Brand) | Teva Branded Pharmaceutical Products R&D, Inc. (NDA 204061) | "indicated for use by females of reproductive age to prevent pregnancy" |
| 147. | **Safyral®**[147] (Brand) | Bayer HealthCare Pharmaceuticals Inc. (NDA 022574) | "indicated for use by women to prevent pregnancy"<br><br>"indicated in women who choose to use an oral contraceptive as their method of contraception, to raise folate levels for the purpose of reducing the risk of a neural tube defect in a pregnancy conceived while taking the product or shortly after discontinuing the product" |
| 148. | **Seasonale®**[148] (Brand) | Barr Laboratories, Inc. (NDA 021544) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 149. | **Seasonique®**[149] (Brand) | Duramed Pharmaceuticals, Inc. (NDA 021840) | "indicated for use by women to prevent pregnancy" |
| 150. | **Setlakin®**[150] (Generic Seasonale®) | Novast Labs., Ltd. (ANDA 090716) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 151. | **Sprintec®**[151] (Generic Ortho-Cyclen®) | Barr Laboratories, Inc. (ANDA 075804) | "indicated for use by women to prevent pregnancy" |
| 152. | **Sronyx®**[152] (Generic Alesse® 28) | Watson Laboratories, Inc. (ANDA 077861) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 153. | **Syeda®**[153] (Generic Yasmin®) | Sandoz, Inc. (ANDA 090114) | "indicated for use by women to prevent pregnancy" |
| 154. | **Tarina® Fe 1/20**[154] (Generic Loestrin® Fe 1/20) | Afaxys Pharmaceuticals (ANDA 202772) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 155. | **Taytulla®**[155] (Brand) | Warner Chilcott Company, LLC (NDA 204426) | "indicated for use by females of reproductive age to prevent pregnancy" |
| 156. | **Tilia® Fe**[156] (Generic Estrostep® Fe) | Watson Laboratories, Inc. (ANDA 076629) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 157. | **Tri-Estarylla®**[157] (Generic Ortho Tri-Cyclen®) | Sandoz, Inc. (ANDA 090793) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 158. | **Tri-Legest® Fe**[158] (Generic Estrostep® Fe) | Barr Laboratories, Inc. (ANDA 076105) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 159. | **Tri-Linyah®**[159] (Generic Ortho Tri-Cyclen®) | Novast Labs., Ltd. (ANDA 090524) | "indicated for use by females of reproductive potential to prevent pregnancy |
| 160. | **Tri-Lo-Estarylla®**[160] (AG Ortho Tri-Cyclen® Lo) | Sandoz, Inc. (ANDA 091232) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 161. | **Tri-Lo-Mili®**[161] (Generic Ortho Tri-Cyclen® Lo) | Aurobindo Pharma Ltd. (ANDA 205762) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 162. | **Tri-Lo-Sprintec®**[162] (Generic Ortho Tri-Cyclen® Lo) | Barr Laboratories, Inc. (ANDA 076784) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 163. | **TriNessa Lo®**[163] (AG Ortho Tri-Cyclen® Lo) | Watson Pharmaceuticals, Inc. (NDA 021241) | "indicated for use by females of reproductive potential to prevent pregnancy" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 164. | **TriNessa®**[164] (AG Ortho Tri-Cyclen®) | Watson Pharmaceuticals, Inc. (NDA 019697) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception"<br><br>"indicated for the treatment of moderate acne vulgaris in females at least 15 years of age, who have no known contraindications to oral contraceptive therapy and have achieved menarche.  TriNessa should be used for the treatment of acne only if the patient desires an oral contraceptive for birth control" |
| 165. | **Tri-Norinyl®**[165] (Brand) | Syntex Laboratories (NDA 018977) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception. " |
| 166. | **Tri-Previfem®**[166] (Generic Ortho Tri-Cyclen®) | Andrx Pharmaceuticals, LLC (ANDA 076335) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception"<br><br>"indicated for the treatment of moderate acne vulgaris in females at least 15 years of age, who have no known contraindications to oral contraceptive therapy, have achieved menarche and are unresponsive to topical anti-acne medications" |
| 167. | **Tri-Sprintec®**[167] (Generic Ortho Tri-Cyclen®) | Barr Laboratories, Inc. (ANDA 075808) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 168. | **Trivora®-28**[168] (Generic Triphasil®-28) | G. D. Searle & Co. (ANDA 074538) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 169. | **Tydemy®**[169] (Generic Safyral®) | Lupin Pharmaceuticals, Inc. (ANDA 205948) | "indicated for use by women to prevent pregnancy" |
| 170. | **Velivet®**[170] (Generic Cyclessa®) | Barr Laboratories Inc. (ANDA 076455) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 171. | **Vienva®**[171] (Generic Alesse® 28) | Sandoz, Inc. (ANDA 201088) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 172. | **Viorele®**[172] (Generic Mircette®) | Glenmark Generics Ltd. (ANDA 091346) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 173. | **Vyfemla®**[173] (Generic Ovcon® 35) | Lupin Pharmaceuticals, Inc. (ANDA 201886) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |

| | Hormonal Contraceptive[i] | Manufacturer | FDA-Approved Label Indication(s) |
|---|---|---|---|
| 174. | **Wera®**[174] (Generic Modicon®) | Novast Labs, Ltd. (ANDA 091204) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 175. | **Wymzya™ Fe**[175] (Generic Femcon® Fe) | Lupin Pharmaceuticals, Inc. (ANDA 091332) | "indicated for use by females of reproductive potential to prevent pregnancy" |
| 176. | **Xulane®**[176] (Generic Ortho Evra®) | Mylan Technologies, Inc. (ANDA 200910) | "indicated for the prevention of pregnancy in women who elect to use a transdermal patch as a method of contraception" |
| 177. | **Yasmin®**[177] (Brand) | Berlex Laboratories, Inc. (NDA 021098) | "indicated for use by women to prevent pregnancy" |
| 178. | **Yaz®**[178] (Brand) | Berlex, Inc. (NDA 021676) | "indicated for use by women to prevent pregnancy"<br><br>"indicated for the treatment of symptoms of premenstrual dysphoric disorder (PMDD) in women who choose to use an oral contraceptive as their method of contraception"<br><br>"indicated for the treatment of moderate acne vulgaris in women at least 14 years of age, who have no known contraindications to oral contraceptive therapy and have achieved menarche.  Yaz should be used for the treatment of acne only if the patient desires an oral contraceptive for birth control" |
| 179. | **Zenchent®**[179] (Generic Ovcon® 35) | Watson Laboratories, Inc. (ANDA 078323) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 180. | **Zenchent® Fe**[180] (Generic Femcon® Fe) | Watson Laboratories, Inc. (ANDA 078892) | "indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception" |
| 181. | **Zovia® 1/35E**[181] (Generic Demulen® 1/35-28) | Watson Laboratories, Inc. (ANDA 072721) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |
| 182. | **Zovia® 1/50E**[182] (Generic Demulen® 1/50) | Watson Laboratories, Inc. (ANDA 072723) | "indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception" |

---

[1] Alesse® 28 label excerpt, Exhibit 286. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/020683s004s006s007lbl.pdf

[2] Altavera® label excerpt, Exhibit 287. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=89381c5a-93e8-4e08-8456-d78550d26a52&type=display

[3] Alyacen® 1/35 label excerpt, Exhibit 288, a full label *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a45ee86e-69ca-49a5-8990-5dde52d4a522&type=display
[4] Alyacen® 7/7/7 28 label excerpt, Exhibit 289. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=5c02b4d3-1e2f-439a-ae45-02304ee190d1&type=display
[5] Amethia® label excerpt, Exhibit 290. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=d6a33ea7-ecd1-4f81-a984-f210a3989618&type=display
[6] Amethia® Lo label excerpt, Exhibit 291. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7c813ef2-6d1d-4fb1-91a1-e1970c55ef25&type=display
[7] Amethyst® label excerpt, Exhibit 292. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a7e19182-57b5-4783-9c7f-bb83961f1803&type=display
[8] Apri® label excerpt, Exhibit 293. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/anda/99/75256S001_Desogestrel%20and%20Ethinyl_Prntlbl.pdf
[9] Aranelle® label excerpt, Exhibit 294. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=0beef9d3-8326-48cf-b89a-fa794902c6c1&type=display
[10] Ashlyna® label excerpt, Exhibit 295. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=407a9f63-9abf-4886-864a-d3dd0e429762&type=display
[11] Aubra® label excerpt, Exhibit 296. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=efa6c9a7-ed87-4c86-ba37-534d55127755&type=display
[12] Aurovela® 1.5/30 label excerpt, Exhibit 297. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b146e49c-a0fc-4f3d-9ad6-99e8257fa139&type=display
[13] Aurovela® 1/20 label excerpt, Exhibit 298. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=6765becf-7b51-4f33-ac13-70fcd01decf7&type=display
[14] Aurovela® 24 FE label excerpt, Exhibit 299. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=3eb092dc-2ec1-4d55-b1fe-69505608e04a&type=display
[15] Aurovela® FE 1.5/30 label excerpt, Exhibit 300. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=db3d0229-4581-46c0-82a8-7d022c135826&type=display
[16] Aurovela® FE 1/20 label excerpt, Exhibit 301. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=83513d13-5352-4d86-9dfd-fd1e456087c0&type=display
[17] Aviane® 21 label excerpt, Exhibit 302. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/anda/2001/75-796_Aviane-21%20and%20Aviane-28_prntlbl.pdf
[18] Aviane® 28 label excerpt, Exhibit 303. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/anda/2001/75-796_Aviane-21%20and%20Aviane-28_prntlbl.pdf
[19] Ayuna® label excerpt, Exhibit 304. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=2b54ce42-db64-46c3-a788-569e21f7ab06&type=display
[20] Azurette® label excerpt, Exhibit 305. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ce13d459-3096-4899-9975-7e932260a14f&type=display
[21] Balziva® 28 label excerpt, Exhibit 306. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=36a282d2-7285-442b-9574-dfce2d9456f1&type=display

[22] Bekyree® label excerpt, Exhibit 307. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=eb00440e-17ab-4766-9e61-d98918a161fd&type=display

[23] Beyaz® label excerpt, Exhibit 308. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/022532s000lbl.pdf

[24] Blisovi® 24 Fe label excerpt, Exhibit 309. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8a76faa6-5b88-4d44-a766-a22ec2435a69&type=display

[25] Blisovi® FE 1.5/30 label excerpt, Exhibit 310. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=4a038626-41b6-46b0-bdfe-92ed72a7fabb&type=display

[26] Blisovi® FE 1/20 label excerpt, Exhibit 311. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ddbb5d60-cacf-4672-935d-86d668287992&type=display

[27] Brevicon® label excerpt, Exhibit 312. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/017565s085,017566s092,017743s089lbl.pdf

[28] Briellyn® label excerpt, Exhibit 313. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=c0e2c5b4-70ac-4b41-aa71-00e506dbb72f&type=display

[29] Camrese® label excerpt, Exhibit 314. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=0e198d28-4986-4b93-833f-17c7ed4ce13e&type=display

[30] Camrese® Lo label excerpt, Exhibit 315. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=4a48e24c-9280-47fe-b200-9b79a7f6bd96&type=display

[31] Caziant® label excerpt, Exhibit 316. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=4e61bbb8-9b1b-4583-a7ad-1985b6d4de90&type=display

[32] Cesia® label excerpt, Exhibit 317. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=fed687f4-1ffa-49ec-92c9-4d09de17a833&type=display

[33] Chateal® label excerpt, Exhibit 318. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8020e9b2-59c0-4417-b0e9-f1a152e919fd&type=display

[34] Cryselle® label excerpt, Exhibit 319. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ee6be128-d494-4361-9a0d-341c0eee3587&type=display

[35] Cyclafem® 1/35 label excerpt, Exhibit 320. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=5a955ac5-4f41-4f2a-b7bd-cc5074b5a8bd&type=display

[36] Cyclafem® 7/7/7 28 label excerpt, Exhibit 321. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=d25b8de2-cbad-4843-8427-08763c9f9a5c&type=display

[37] Cyclessa® label excerpt, Exhibit 322. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2000/21-090.pdf_Cyclessa_Prntlbl.pdf

[38] Dasetta® 1/35 label excerpt, Exhibit 323. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=bfadc9b6-1dd6-4bf3-af5f-b50fbdae55d3&type=display

[39] Dasetta® 7/7/7 28 label excerpt, Exhibit 324. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=da52e74a-1baf-4a33-a068-b49176700320&type=display

[40] Daysee® label excerpt, Exhibit 325. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a9861412-4e54-4984-b14c-a1dd91d5c946&type=display

[41] Delyla® label excerpt, Exhibit 326. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=47864f8c-0b43-47ff-a1df-d8ff57d3e4e5&type=display

[42] Desogen® label excerpt, Exhibit 327. Labeling information *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/020071s023lbl.pdf

[43] Elinest® label excerpt, Exhibit 328. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=aa7f4a83-71cf-4306-b0a1-01784f67bae2&type=display

[44] Emoquette® label excerpt, Exhibit 329. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=240eb098-48a4-4571-b99b-f48a794000f1&type=display

[45] Enpresse® 28 label excerpt, Exhibit 330. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a3db80f8-5026-4954-aef5-dbf14c8c1b16&type=display

[46] Enskyce® label excerpt, Exhibit 331. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=66edb463-1efc-44d3-adae-be709d6d6b16&type=display

[47] Estarylla® label excerpt, Exhibit 332. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=222f0530-c4b7-47ec-99c9-4ff81eabf485&type=display

[48] Estrostep® 21 label excerpt, Exhibit 333. Labeling information *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2001/20130s7lbl.pdf

[49] Estrostep® Fe  label excerpt, Exhibit 334. Labeling information *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/020130s018lbl.pdf

[50] Falmina® label excerpt, Exhibit 335. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=cf6f069e-4b78-4adb-b5be-100b9d85aab7&type=display

[51] Fayosim® label excerpt, Exhibit 336. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=f49d3256-f665-45ff-a096-3c0fb5979d16&type=display

[52] Femcon® Fe label excerpt, Exhibit 337. Labeling information *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/021490s019lbl.pdf

[53] Generess® Fe  label excerpt, Exhibit 338. Labeling information *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/022573s008lbl.pdf

[54] Gianvi® label excerpt, Exhibit 339. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=78f2664f-3de8-4e58-a860-1b5abd6eb7d7&type=display

[55] Gildagia® label excerpt, Exhibit 340. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=d5fcf844-2915-4c0c-b41a-9510dc0df5e5&type=display

[56] Gildess® 1/20 label excerpt, Exhibit 341. Labeling information *available at*
https://dailymedqa.nlm.nih.gov/4/fda/fdaDrugXsl.cfm?setid=d35302f7-81c9-493a-b162-30ed7b48099a&type=display

[57] Gildess® FE 1/20 label excerpt, Exhibit 342. Labeling information *available at*
https://dailymedqa.nlm.nih.gov/4/fda/fdaDrugXsl.cfm?setid=cffba5ad-771c-4b14-9f8a-9155ca383ccb&type=display

[58] Introvale® label excerpt, Exhibit 343. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=0eb14772-6a46-4590-bfc1-98494062c071&type=display

[59] Isibloom® label excerpt, Exhibit 344. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=e833dae6-b3e1-4b18-b30e-cb0414ff4719&type=display

[60] Jaimiess® label excerpt, Exhibit 345. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7fe3a0d4-533f-0bdf-e60a-20c69bdf79fc&type=display

[61] Jolessa® label excerpt, Exhibit 346. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=f1076019-6f2c-4c90-9f3c-ab0c7cdd9315&type=display

[62] Junel® 21 Day 1/20 label excerpt, Exhibit 347. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8b82ad14-580c-4145-b825-dce849f95363&type=display

[63] Junel® 21 Day 1.5/30 label excerpt, Exhibit 348. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8b82ad14-580c-4145-b825-dce849f95363&type=display

[64] Junel® Fe 24 label excerpt, Exhibit 349. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ffbf48de-0f61-49f9-9cd5-6eb8e08040db&type=display

[65] Junel® Fe 28 Day 1/20 label excerpt, Exhibit 350. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8b82ad14-580c-4145-b825-dce849f95363&type=display

[66] Junel® Fe 28 Day 1.5/30 label excerpt, Exhibit 351. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8b82ad14-580c-4145-b825-dce849f95363&type=display

[67] Kaitlib® Fe label excerpt, Exhibit 352. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=45626124-c104-45b5-9965-252ad7e47d1e&type=display

[68] Kalliga® label excerpt, Exhibit 353. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=dbe9f9ab-2e38-49e3-bb1f-c8a12d03076a&type=display

[69] Kariva® label excerpt, Exhibit 354. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a7afffba-774f-4136-ac34-44fe8561c2e1&type=display

[70] Kelnor® 1/35 label excerpt, Exhibit 355. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=96a73786-22b1-457e-be73-80b699996d40&type=display

[71] Kimidess® label excerpt, Exhibit 356. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b01b53c2-45cb-4ae4-95a4-0c2f7a1477c8&type=display

[72] Kurvelo® label excerpt, Exhibit 357. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=9701fe32-20cb-4867-b086-98f8f6382ae5&type=display

[73] Larin® 1.5/30 label excerpt, Exhibit 358. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=e232ed29-e6f5-4591-8d61-68eb8b1596f0&type=display

[74] Larin® 1/20 label excerpt, Exhibit 359. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b6985be4-86b4-41ad-bd4d-a5d25c77062a&type=display

[75] Larin® 24 Fe label excerpt, Exhibit 360. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ea35800c-9a31-42b0-bb32-3404dce9e0e5&type=display

[76] Larin® FE 1.5/30 label excerpt, Exhibit 361. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ee79a7fa-1c64-4b7b-822c-e0ddefc8ef86&type=display

[77] Larin® FE 1/20 label excerpt, Exhibit 362. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=c3f12b26-c217-4f37-a88b-4324e665e16c&type=display

[78] Layolis® Fe label excerpt, Exhibit 363. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=c0db84ca-b8d4-4ed2-b2f6-19347283146e&type=display

[79] Leena® label excerpt, Exhibit 364. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=123a7d41-f39f-421d-aa0e-2d36cc312c46&type=display

[80] Lessina® 28 label excerpt, Exhibit 365. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a5fd1b3a-019c-4871-95b3-a45bbbd46f82&type=display

[81] Levlite®-28 label excerpt, Exhibit 366. Labeling information *available at* http://www.berlex.com/html/products/pi/levlite_pi.pdf

[82] Levonest® label excerpt, Exhibit 367. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=be7000f1-5bf1-4de5-a256-e4436c37f0a1&type=display

[83] Levora® 0.15/30-28 label excerpt, Exhibit 368. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=252bb64c-e551-47fe-add9-242a94502bdf&type=display

[84] Lo Loestrin® Fe label excerpt, Exhibit 369. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/022501s000lbl.pdf

[85] Lo Minastrin® Fe label excerpt, Exhibit 370. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/204654s000lbl.pdf

[86] Lo/Ovral®-28 label excerpt, Exhibit 371. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/017802s029lbl.pdf

[87] Loestrin® 21 1.5/30 label excerpt, Exhibit 372. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/017354s051,017355s053,017875s037,017876s036lbl.pdf

[88] Loestrin® 21 1/20 label excerpt, Exhibit 373. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/017354s051,017355s053,017875s037,017876s036lbl.pdf

[89] Loestrin® 24 Fe label excerpt, Exhibit 374. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/021871s008lbl.pdf

[90] Loestrin® Fe 1.5/30 label excerpt, Exhibit 375. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/017354s051,017355s053,017875s037,017876s036lbl.pdf

[91] Loestrin® Fe 1/20 label excerpt, Exhibit 376. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/017354s051,017355s053,017875s037,017876s036lbl.pdf

[92] Lomedia® 24 Fe label excerpt, Exhibit 377. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8c866eea-25f9-4d59-bcde-7a4eae6ec61e&type=display

[93] Loryna® label excerpt, Exhibit 378. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=c64b8c58-0ef0-4498-a027-2f0a179057b8&type=display

[94] LoSeasonique® label excerpt, Exhibit 379. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/022262lbl.pdf

[95] Low-Ogestrel® 21 label excerpt, Exhibit 380. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/anda/99/75288_Norgestrel%20And%20Ethinyl%20Estradiol_Prntlbl.pdf

[96] Low-Ogestrel® 28 label excerpt, Exhibit 381. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/anda/99/75288_Norgestrel%20And%20Ethinyl%20Estradiol_Prntlbl.pdf

[97] Lutera® label excerpt, Exhibit 382. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b91ad328-f2f4-4f7d-82d3-daaada95f509&type=display

[98] Lybrel® label excerpt, Exhibit 383. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2007/021864lbl.pdf

[99] Marlissa® label excerpt, Exhibit 384. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=9379d99e-c416-4dab-a817-1c110e0d4b93&type=display

[100] Melodetta® 24 Fe label excerpt, Exhibit 385. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ca89a8e3-4df1-4e4b-9da7-0233770e542b&type=display

[101] Mibelas® 24 FE label excerpt, Exhibit 386. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=3f82d240-1d26-409e-87cd-10c1d5a511c2&type=display

[102] Microgestin® 1.5/30 label excerpt, Exhibit 387. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=2e8a4f62-64c9-4cbc-93ac-994e48389bb6&type=display

[103] Microgestin® 1/20 label excerpt, Exhibit 388. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=2e8a4f62-64c9-4cbc-93ac-994e48389bb6&type=display

[104] Microgestin® 24 Fe label excerpt, Exhibit 389. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=553fcd4d-f144-445f-8b41-0c33f4350a4a&type=display

[105] Microgestin® Fe 1.5/30 label excerpt, Exhibit 390. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=2e8a4f62-64c9-4cbc-93ac-994e48389bb6&type=display

[106] Microgestin® Fe 1/20 label excerpt, Exhibit 391. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=2e8a4f62-64c9-4cbc-93ac-994e48389bb6&type=display

[107] Mili® label excerpt, Exhibit 392. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=76f14485-321d-4d4f-a3b0-aab195fd0dd1&type=display

[108] Minastrin® 24 Fe label excerpt, Exhibit 393. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/204426s000lbl.pdf

[109] Mircette® label excerpt, Exhibit 394. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a39bb616-9e84-4142-8450-824f88528906&type=display

[110] Modicon® 28 label excerpt, Exhibit 395. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/017735s107lbl.pdf

[111] Mono-Linyah® label excerpt, Exhibit 396. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=84a20017-344b-4684-a915-c85a55fcbbcb&type=display

[112] MonoNessa® label excerpt, Exhibit 397. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=704ba4ae-edd0-4298-a399-03a49f8411c7&type=display

[113] Myzilra® label excerpt, Exhibit 398. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=838497b7-edce-405a-989d-6dd8d8c2395c&type=display

[114] Natazia® label excerpt, Exhibit 399. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022252s001lbl.pdf

[115] Necon® 0.5/35 label excerpt, Exhibit 400. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7a62dd77-bc33-4f4e-9cbf-980e3ec80ff7&type=display

[116] Necon® 1/35 label excerpt, Exhibit 401. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a7ae4bda-1add-487e-a09d-97038d20f8ce&type=display

[117] Necon® 7/7/7 label excerpt, Exhibit 402. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=48f7778e-42d5-425d-bae7-5987a089bf46&type=display

[118] Nexesta™ Fe label excerpt, Exhibit 403. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=6eb8f7b6-4b8e-4bad-800a-b2f3b36c3413&type=display

[119] Nikki® label excerpt, Exhibit 404. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b73f9de8-8430-4769-a493-359f51d42d3e&type=display

[120] Nordette® 28 label excerpt, Exhibit 405. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/018782s036lbl.pdf

[121] Norinyl® 1+35 label excerpt, Exhibit 406. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/017565s084,017566s091,017743s088lbl.pdf

[122] Nortrel® 0.5/35 label excerpt, Exhibit 407. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=140c50d6-c931-423a-9aa0-526eae7ab93c&type=display

[123] Nortrel® 1/35 label excerpt, Exhibit 408. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=140c50d6-c931-423a-9aa0-526eae7ab93c&type=display

[124] Nortrel® 1/35 21 label excerpt, Exhibit 409. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=140c50d6-c931-423a-9aa0-526eae7ab93c&type=display

[125] Nortrel® 7/7/7 label excerpt, Exhibit 410. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=992dcc56-90ab-4691-8114-16d47a8b9982&type=display

[126] NuvaRing® label excerpt, Exhibit 411. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2001/21187lbl.pdf

[127] Ocella® label excerpt, Exhibit 412. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=4fedeb6a-d99f-43e1-89f3-75818ce919aa&type=display

[128] Ogestrel® 0.5/50 label excerpt, Exhibit 413. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/075406s016lbl.pdf

[129] Orsythia® label excerpt, Exhibit 414. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7c5e91c5-0cf7-4960-8cd0-ff0c8ba819cb&type=display

[130] Ortho Evra® label excerpt, Exhibit 415. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2001/21180lbl.pdf

[131] Ortho Tri-Cyclen Lo® label excerpt, Exhibit 416. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/021241s027lbl.pdf

[132] Ortho Tri-Cyclen® label excerpt, Exhibit 417. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/019653s056,019697s052,021690s001lbl.pdf

[133] Ortho-Cept® label excerpt, Exhibit 418. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/020301Orig1s025lbl.pdf

[134] Ortho-Cyclen® label excerpt, Exhibit 419. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/019653s058,019697s054lbl.pdf

[135] Ortho-Novum 7/7/7 label excerpt, Exhibit 420. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/017735s107lbl.pdf

[136] Ortho-Novum® 1/35 label excerpt, Exhibit 421. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/017735s107lbl.pdf

[137] Ovcon® 35 label excerpt, Exhibit 422. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2007/021490s005lbl.pdf

[138] Ovcon® 50 label excerpt, Exhibit 423. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/017576s051lbl.pdf

[139] Philith® label excerpt, Exhibit 424. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=77b8d3ef-f3ac-4148-84f0-f6cb327c9f78&type=display

[140] Pimtrea® label excerpt, Exhibit 425. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b716fd2a-b186-447a-85bd-6302284d14e5&type=display

[141] Pirmella® 1/35 28 label excerpt, Exhibit 426. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=bb21b098-284a-4cad-bf8f-a062e88a3d56&type=display

[142] Pirmella® 7/7/7 28 label excerpt, Exhibit 427. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a39642e6-3775-441f-abcb-46cb2e8af6ad&type=display

[143] Portia® 28 label excerpt, Exhibit 428. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=c78b236b-85c4-4258-a524-cea08775100c&type=display

[144] Previfem® label excerpt, Exhibit 429. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2004/076334_ORIGINAL%20APPROVAL_PACKAGE.pdf

[145] Quasense® label excerpt, Exhibit 430. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a4cf4b57-c468-4782-8d41-2f74f89fa4e8&type=display

[146] Quartette® label excerpt, Exhibit 431. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/204061s000lbl.pdf

[147] Safyral® label excerpt, Exhibit 432. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022574s004lbl.pdf

[148] Seasonale® label excerpt, Exhibit 433. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/021544s013lbl.pdf

[149] Seasonique® label excerpt, Exhibit 434. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/021840s008lbl.pdf

[150] Setlakin® label excerpt, Exhibit 435. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b7b8ae08-3fb0-4c6c-af02-89f0f6f40ffb&type=display

[151] Sprintec® label excerpt, Exhibit 436. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=e2f5ed4f-dd97-4dda-83d1-f8edd8786c0e&type=display

[152] Sronyx® label excerpt, Exhibit 437. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a62012ba-f368-41ad-946e-83b4cb3517cb&type=display

[153] Syeda® label excerpt, Exhibit 438. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=cfc304f4-0f6f-49cc-8ff0-0c0e99ed958d&type=display

[154] Tarina® Fe 1/20 label excerpt, Exhibit 439. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=0432fa8f-9f97-4848-a237-a21c4cb0abd1&type=display

[155] Taytulla® label excerpt, Exhibit 440. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/204426s004lbl.pdf

[156] Tilia® Fe label excerpt, Exhibit 441. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=01765e76-e656-4539-8112-8b7709597c79&type=display

[157] Tri-Estarylla® label excerpt, Exhibit 442. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7841b848-ba6b-41b8-8c32-fde3eda6e8e6&type=display

[158] Tri-Legest® Fe label excerpt, Exhibit 443. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=6f9d30d9-5553-4cbd-a099-ff045bc85821&type=display

[159] Tri-Linyah® label excerpt, Exhibit 444. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b71a2b34-95bf-4430-83a0-1a4d1218ea3c&type=display

[160] Tri-Lo-Estarylla® label excerpt, Exhibit 445. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=60026297-55dd-4c32-9302-65b46363736f&type=display

[161] Tri-Lo-Mili® label excerpt, Exhibit 446. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=d9d2d0a1-b336-40ee-b4cc-b3d876ca91b9&type=display

[162] Tri-Lo-Sprintec® label excerpt, Exhibit 447. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ddbeb312-af2b-4d22-ab7c-5ab2f3f8d5cb&type=display

[163] TriNessa Lo® label excerpt, Exhibit 448. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ee5e78ec-1100-48eb-84aa-f415634c8a33&type=display

[164] TriNessa® label excerpt, Exhibit 449. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=69e66f08-be0b-4120-9a30-333b34ad3507&type=display

[165] Tri-Norinyl® label excerpt, Exhibit 450. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/018977s041lbl.pdf

[166] Tri-Previfem® label excerpt, Exhibit 451. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2004/076335_ORIGINAL%20APPROVAL_PACKAGE.pdf

[167] Tri-Sprintec® label excerpt, Exhibit 452. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7fd4976d-720c-40ee-8723-a703645d4ff0&type=display

[168] Trivora®-28 label excerpt, Exhibit 453. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2007/074538s017lbl.pdf

[169] Tydemy® label excerpt, Exhibit 454. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=9b1a133d-2ab0-44a7-8c3c-5ac0f8551813&type=display

[170] Velivet® label excerpt, Exhibit 455. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a3ce5125-62ba-4983-93f0-91f254271605&type=display

[171] Vienva® label excerpt, Exhibit 456. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=59337213-9e16-4f53-9fc5-bb9d829a3fff&type=display

[172] Viorele® label excerpt, Exhibit 457. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=39988aa6-8f68-40e8-9bdd-c40a3bdaad61&type=display

[173] Vyfemla® label excerpt, Exhibit 458. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=e94c80c9-fec0-42ba-8fce-dc993cb18e6a&type=display

[174] Wera® label excerpt, Exhibit 459. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=638e4f36-1a27-4220-8ec9-3fa9d9b36c11&type=display

[175] Wymzya™ Fe label excerpt, Exhibit 460. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=69f7598c-b688-4bed-a91e-0821fef96c06&type=display

[176] Xulane® label excerpt, Exhibit 461. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=f7848550-086a-43d8-8ae5-047f4b9e4382&type=display

[177] Yasmin® label excerpt, Exhibit 462. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/021098s019lbl.pdf

[178] Yaz® label excerpt, Exhibit 463. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/021676s012lbl.pdf

[179] Zenchent® label excerpt, Exhibit 464. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a7698f8e-f19f-4cf0-9d2d-719b43da2ddf&type=display

[180] Zenchent® Fe label excerpt, Exhibit 465. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=0c90a6be-9632-47b5-a425-e8be74b8c47e&type=display

[181] Zovia® 1/35E label excerpt, Exhibit 466. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=e7d7b18e-101a-49ab-bf6c-c57a5abbe815&type=display

[182] Zovia® 1/50E label excerpt, Exhibit 467. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=e7d7b18e-101a-49ab-bf6c-c57a5abbe815&type=display

## APPENDIX D

### New Entrants: FDA Approvals of Hormonal Contraceptives Since Loestrin 24 Fe Approved

| | Hormonal Contraceptive[i] | NDA / ANDA Approval Date | Manufacturer |
|---|---|---|---|
| | **Loestrin® 24 Fe[1]** (Brand) | Feb. 17, 2006 | Warner Chilcott (US), Inc. (NDA 021871) |
| 1. | **Yaz®[2]** (Brand) | March 16, 2006 | Berlex, Inc. (NDA 021676) |
| 2. | **Seasonique®[3]** (Brand) | May 25, 2006 | Duramed Pharmaceuticals, Inc. (NDA 021840) |
| 3. | **Sronyx®[4]** (Generic Alesse® 28) | May 31, 2006 | Watson Laboratories, Inc. (ANDA 077861) |
| 4. | **Quasense®[5]** (Generic Seasonale®) | Sept. 6, 2006 | Watson Pharmaceuticals, Inc. (ANDA 077101) |
| 5. | **Jolessa®[6]** (AG Seasonale®) | Sept. 7, 2006* | Barr Pharmaceuticals, Inc. (NDA 021544) |
| 6. | **Lybrel®[7]** (Brand) | May 22, 2007 | Wyeth Pharmaceuticals (NDA 021864) |
| 7. | **Tri-Legest® Fe[8]** (Generic Estrostep® Fe) | Oct. 26, 2007 | Barr Laboratories, Inc. (ANDA 076105) |
| 8. | **Ocella®[9]** (AG Yasmin®) | July 31, 2008* | Barr Laboratories, Inc. (NDA 021098) |
| 9. | **LoSeasonique®[10]** (Brand) | Oct. 24, 2008 | Duramed Pharmaceuticals Inc. (NDA 022262) |
| 10. | **Azurette®[11]** (Generic Mircette®) | Dec. 29, 2008 | Watson Laboratories, Inc. (ANDA 076916) |
| 11. | **Gianvi®[12]** (Generic Yaz®) | March 30, 2009 | Barr Laboratories, Inc. (ANDA 078515) |
| 12. | **Tri-Lo-Sprintec®[13]** (Generic Ortho Tri-Cyclen® Lo) | June 29, 2009 | Barr Laboratories, Inc. (ANDA 076784) |
| 13. | **Lomedia® 24 Fe[14]** (Generic Loestrin® 24 Fe) | Sept. 1, 2009 | Watson Laboratories, Inc. (ANDA 078267) |
| 14. | **Zenchent®[15]** (Generic Ovcon® 35) | Feb. 4, 2010 | Watson Laboratories, Inc. (ANDA 078323) |
| 15. | **Tilia® Fe[16]** (Generic Estrostep® Fe) | March 18, 2010 | Watson Laboratories, Inc. (ANDA 076629) |
| 16. | **Natazia®[17]** (Brand) | May 6, 2010 | Bayer HealthCare Pharmaceuticals, Inc. (NDA 022252) |

---

[i] This list is illustrative, and not a necessarily complete list of all hormonal contraceptives approved by the FDA or marketed since February 17, 2006.

*Authorized Generic approval dates do not appear on the Drugs@FDA database. Authorized Generic dates reflect the marketing start date, as stated in the FDA-approved label, or the manufacturer's press release.

| | Hormonal Contraceptive[i] | NDA / ANDA Approval Date | Manufacturer |
|---|---|---|---|
| 17. | Altavera®[18] (Generic Nordette®) | Aug. 3, 2010 | Sandoz, Inc. (ANDA 079102) |
| 18. | Beyaz®[19] (Brand) | Sept. 24, 2010 | Bayer HealthCare Pharmaceuticals Inc. (NDA 022532) |
| 19. | Introvale®[20] (Generic Seasonale®) | Sept. 27, 2010 | Sandoz, Inc. (ANDA 079064) |
| 20. | Lo Loestrin® Fe[21] (Brand) | Oct. 21, 2010 | Warner Chilcott Company, LLC (NDA 022501) |
| 21. | Cyclafem® 1/35[22] (Generic Ortho-Novum 1/35®) | Nov. 12, 2010 | Qualitest Pharmaceuticals (ANDA 076337) |
| 22. | Cyclafem® 7/7/7 28[23] (Generic Ortho-Novum® 7/7/7) | Nov. 16, 2010 | Qualitest Pharmaceuticals (ANDA 076338) |
| 23. | Safyral®[24] (Brand) | Dec. 16, 2010 | Bayer HealthCare Pharmaceuticals Inc. (NDA 022574) |
| 24. | Generess® Fe[25] (Brand) | Dec. 22, 2010 | Warner Chilcott, Inc. (NDA 022573) |
| 25. | Layolis® Fe[26] (AG Generess® Fe) | Dec. 22, 2010* | Actavis Pharma, Inc. (NDA 022573) |
| 26. | Levonest®[27] (Generic Triphasil®) | Dec. 29, 2010 | Novast Labs Ltd. (ANDA 090719) |
| 27. | Emoquette®[28] (Generic Ortho-Cept®) | Feb. 25, 2011 | Qualitest Pharmaceuticals (ANDA 076675) |
| 28. | Briellyn®[29] (Generic Ovcon® 35) | March 22, 2011 | Glenmark Generics Ltd. (ANDA 090538) |
| 29. | Loryna®[30] (Generic Yaz®) | March 28, 2011 | Sandoz, Inc. (ANDA 079221) |
| 30. | Syeda®[31] (Generic Yasmin®) | March 28, 2011 | Sandoz, Inc. (ANDA 090114) |
| 31. | Orsythia®[32] (Generic Alesse® 28) | May 11, 2011 | Qualitest Pharmaceuticals (ANDA 077099) |
| 32. | Amethia®[33] (Generic Seasonique®) | May 31, 2011 | Watson Laboratories, Inc. (ANDA 078834) |
| 33. | Amethyst®[34] (Generic Lybrel®) | June 6, 2011 | Watson Pharmaceuticals, Inc. (ANDA 079218) |
| 34. | Camrese®[35] (AG Seasonique®) | July 28, 2011* | Teva Pharmaceuticals USA (NDA 021840) |
| 35. | Zenchent® Fe[36] (Generic Femcon® Fe) | Sept. 26, 2011 | Watson Laboratories, Inc. (ANDA 078892) |
| 36. | Amethia® Lo[37] (Generic LoSeasonique®) | Oct. 25, 2011 | Watson Pharmaceuticals, Inc. (ANDA 200407) |
| 37. | Myzilra®[38] (Generic Triphasil®) | Nov. 23, 2011 | Qualitest Pharmaceuticals (ANDA 077502) |
| 38. | Camrese® Lo[39] (AG LoSeasonique®) | Dec. 7, 2011* | Teva Pharmaceuticals USA (NDA 022262) |

| | Hormonal Contraceptive[i] | NDA / ANDA Approval Date | Manufacturer |
|---|---|---|---|
| 39. | Dasetta® 1/35[40] (Generic Ortho-Novum 1/35® ) | Dec. 22, 2011 | Novast Labs, Ltd. (ANDA 090948) |
| 40. | Dasetta® 7/7/7 28[41] (Generic Ortho-Novum® 7/7/7) | Dec. 22, 2011 | Novast Labs, Ltd. (ANDA 090946) |
| 41. | Philith®[42] (Generic Ovcon® 35) | Dec. 22, 2011 | Novast Labs, Ltd. (ANDA 090947) |
| 42. | Alyacen® 1/35[43] (Generic Ortho Novum® 1/35) | Jan. 19, 2012 | Glenmark Generics Ltd. (ANDA 091634) |
| 43. | Alyacen® 7/7/7/ 28[44] (Generic Ortho Novum® 7/7/7) | Jan. 19, 2012 | Glenmark Generics Ltd. (ANDA 091636) |
| 44. | Marlissa®[45] (Generic Nordette®) | Feb. 29, 2012 | Glenmark Generics Ltd. (ANDA 091452) |
| 45. | Wera®[46] (Generic Modicon®) | March 27, 2012 | Novast Labs, Ltd. (ANDA 091204) |
| 46. | Elinest®[47] (Generic Lo/Ovral®) | March 28, 2012 | Novast Labs, Ltd. (ANDA 091105) |
| 47. | Falmina®[48] (Generic Alesse® 28) | March 28, 2012 | Novast Labs, Ltd. (ANDA 090721) |
| 48. | Viorele®[49] (Generic Mircette®) | April 2, 2012 | Glenmark Generics Ltd. (ANDA 091346) |
| 49. | Mono-Linyah®[50] (Generic Ortho Cyclen®) | May 23, 2012 | Novast Labs, Ltd. (ANDA 090523) |
| 50. | Tri-Linyah®[51] (Generic Ortho Tri-Cyclen®) | May 30, 2012 | Novast Labs, Ltd. (ANDA 090524) |
| 51. | Kurvelo®[52] (Generic Nordette®) | Oct. 17, 2012 | Lupin Pharmaceuticals, Inc. (ANDA 091408) |
| 52. | Gildagia®[53] (Generic Ovcon® 35) | Nov. 6, 2012 | Qualitest Pharms. (ANDA 078376) |
| 53. | Chateal®[54] (Generic Nordette®) | Dec. 21, 2012 | Afaxys Pharmaceuticals (ANDA 091663) |
| 54. | Estarylla®[55] (Generic Ortho Cyclen®) | Jan. 30, 2013 | Sandoz, Inc. (ANDA 090794) |
| 55. | Tri-Estarylla®[56] (Generic Ortho Tri-Cyclen®) | Jan. 30, 2013 | Sandoz, Inc. (ANDA 090793) |
| 56. | Enskyce®[57] (Generic Ortho-Cept®) | March 7, 2013 | Lupin Pharmaceuticals, Inc. (ANDA 201887) |
| 57. | Quartette®[58] (Brand) | March 28, 2013 | Teva Branded Pharmaceutical Products R&D, Inc. (NDA 204061) |
| 58. | Daysee®[59] (Generic Seasonique®) | April 10, 2013 | Lupin Pharmaceuticals, Inc. (ANDA 091467) |
| 59. | Taytulla®[60] (Brand) | April 19, 2013 | Warner Chilcott Company, LLC (NDA 204426) |

| | **Hormonal Contraceptive**[i] | **NDA / ANDA Approval Date** | **Manufacturer** |
|---|---|---|---|
| 60. | **Pirmella® 1/35 28**[61] (Generic Ortho-Novum 1/35®) | April 24, 2013 | Lupin Pharmaceuticals, Inc. (ANDA 201512) |
| 61. | **Pirmella® 7/7/7 28**[62] (Generic Ortho-Novum® 7/7/7) | April 24, 2013 | Lupin Pharmaceuticals, Inc. (ANDA 201510) |
| 62. | **Minastrin® 24 Fe**[63] (Brand) | May 8, 2013 | Warner Chilcott Company, LLC (NDA 203667) |
| 63. | **Lo Minastrin® Fe**[64] (Brand) | July 24, 2013 | Warner Chilcott Company, LLC (NDA 204654) |
| 64. | **Pimtrea®**[65] (Generic Mircette®) | Aug. 1, 2013 | Novast Labs, Ltd. (ANDA 091247) |
| 65. | **Larin® FE 1.5/30**[66] (Generic Loestrin® Fe 1.5/30) | Aug. 23, 2013 | Novast Labs, Ltd. (ANDA 091453) |
| 66. | **Larin® FE 1/20**[67] (Generic Loestrin® Fe 1/20) | Aug. 26, 2013 | Novast Labs, Ltd. (ANDA 091454) |
| 67. | **Vyfemla®**[68] (Generic Ovcon® 35) | Sept. 26, 2013 | Lupin Pharmaceuticals, Inc. (ANDA 201886) |
| 68. | **Aubra®**[69] (Generic Alesse®) | Oct. 9, 2013 | Afaxys Pharmaceuticals (ANDA 200245) |
| 69. | **Tarina® Fe 1/20**[70] (Generic Loestrin® Fe 1/20) | Nov. 14, 2013 | Afaxys Pharmaceuticals (ANDA 202772) |
| 70. | **Larin® 1/20**[71] (Generic Loestrin® 1/20) | Dec. 4, 2013 | Novast Labs., Ltd. (ANDA 202995) |
| 71. | **Delyla®**[72] (Generic Alesse®) | Feb. 5, 2014 | Amneal Pharms (ANDA 201108) |
| 72. | **Larin® 1.5/30**[73] (Generic Loestrin® 1.5/30) | March 20, 2014 | Novast Labs., Ltd. (ANDA 202996) |
| 73. | **Xulane®**[74] (Generic Ortho Evra®) | April 16, 2014 | Mylan Technologies, Inc. (ANDA 200910) |
| 74. | **Nikki®**[75] (Generic Yaz®) | May 27, 2014 | Lupin Pharmaceuticals, Inc. (ANDA 201661) |
| 75. | **Setlakin®**[76] (Generic Seasonale®) | Sept. 15, 2014 | Novast Labs LTD (ANDA 090716) |
| 76. | **Gildess® 24 Fe**[77] (Generic Loestrin® 24 Fe) | Dec. 1, 2014 | Qualitest Pharms. (ANDA 090293) |
| 77. | **Junel® Fe 24**[78] (Generic Loestrin® 24 Fe) | Dec. 1, 2014 | Teva Pharmaceutical Industries Ltd. (ANDA 090938) |
| 78. | **Larin® 24 Fe**[79] (Generic Loestrin®24 Fe) | Feb. 18, 2015 | Novast Labs., Ltd. (ANDA 202994) |
| 79. | **Ashlyna®**[80] (Generic Seasonique®) | Feb. 23, 2015 | Glenmark Generics Ltd. (ANDA 203163) |
| 80. | **Kimidess®**[81] (Generic Mircette®) | April 30, 2015 | Qualitest Pharmaceuticals (ANDA 076681) |
| 81. | **Vienva®**[82] (Generic Alesse® 28) | May 21, 2015 | Sandoz, Inc. (ANDA 201088) |

| Hormonal Contraceptive[i] | NDA / ANDA Approval Date | Manufacturer |
|---|---|---|
| 82. **Tri-Lo-Estarylla®**[83] (AG Ortho Tri-Cyclen® Lo) | June 29, 2015 | Sandoz, Inc. (ANDA 091232) |
| 83. **Bekyree®**[84] (Generic Mircette®) | Aug. 12, 2015 | Lupin Pharmaceuticals, Inc. (ANDA 202226) |
| 84. **Isibloom®**[85] (Generic Ortho-Cept®) | Aug. 12, 2015 | Sandoz, Inc. (ANDA 202789) |
| 85. **Blisovi® 24 Fe**[86] (Generic Loestrin® 24 Fe) | Oct. 28, 2015 | Lupin Pharmaceuticals, Inc. (ANDA 091398) |
| 86. **Microgestin® 24 Fe**[87] (AG Loestrin® 24 Fe) | Nov. 5, 2015* | Watson Laboratories, Inc. (NDA 021871) |
| 87. **Blisovi® FE 1.5/30**[88] (Generic Loestrin® Fe 1.5/30) | Nov. 18, 2015 | Lupin Pharmaceuticals, Inc. (ANDA 201585) |
| 88. **Blisovi® FE 1/20**[89] (Generic Loestrin® Fe 1/20) | Nov. 18, 2015 | Lupin Pharmaceuticals, Inc. (ANDA 201584) |
| 89. **Kaitlib® Fe**[90] (Generic Generess® Fe) | Dec. 17, 2015 | Lupin Pharmaceuticals, Inc. (ANDA 203448) |
| 90. **TriNessa Lo®**[91] (AG Ortho Tri-Cyclen® Lo) | Dec. 31, 2015* | Watson Pharmaceuticals, Inc. (NDA 021241) |
| 91. **Wymzya™ Fe**[92] (Generic Femcon®  Fe) | March 23, 2016 | Lupin Pharmaceuticals, Inc. (ANDA 091332) |
| 92. **Fayosim®**[93] (Generic Quartette®) | March 29, 2016 | Lupin Pharmaceuticals, Inc. (ANDA 205943) |
| 93. **Mibelas® 24 FE**[94] (Generic Minastrin® 24 Fe) | May 24, 2016 | Lupin Pharmaceuticals, Inc. (ANDA 206287) |
| 94. **Mili®**[95] (Generic Ortho Cyclen) | July 7, 2016 | Aurobindo Pharma Ltd. (ANDA 205449) |
| 95. **Leena®**[96] (AG Tri-Norinyl®) | Aug. 3, 2016* | Actavis Pharma, Inc. (NDA 018977) |
| 96. **Ayuna®**[97] (Generic Nordette®) | Sept. 23, 2016 | Aurobindo Pharma Ltd. (ANDA 206866) |
| 97. **Tri-Lo-Mili®**[98] (Generic Ortho Tri-Cyclen® Lo) | Nov. 4, 2016 | Aurobindo Pharma Ltd. (ANDA 205762) |
| 98. **Nexesta™ Fe**[99] (Generic Femcon® Fe) | Feb. 2, 2017 | Aurobindo Pharma Ltd. (ANDA 207535) |
| 99. **Kalliga®**[100] (Generic Ortho-Cept®) | May 17, 2017 | Aurobindo Pharma Ltd. (ANDA 207081) |
| 100. **Aurovela® 24 FE**[101] (Generic Loestrin® 24 FE) | June 15, 2017 | Aurobindo Pharma Ltd. (ANDA 207504) |
| 101. **Aurovela® FE 1.5/30**[102] (Generic Loestrin® Fe 1.5/30) | June 15, 2017 | Aurobindo Pharma Ltd. (ANDA 207580) |
| 102. **Aurovela® 1/20**[103] (Generic Loestrin® 1/20) | June 16, 2017 | Aurobindo Pharma Ltd. (ANDA 207506) |
| 103. **Aurovela® FE 1/20**[104] (Generic Loestrin® FE 1/20) | June 16, 2017 | Aurobindo Pharma Ltd. (ANDA 207505) |

|  | **Hormonal Contraceptive[i]** | **NDA / ANDA Approval Date** | **Manufacturer** |
|---|---|---|---|
| 104. | **Aurovela® 1.5/30**[105] (Generic Loestrin® 1.5/30) | June 26, 2017 | Aurobindo Pharma Ltd. (ANDA 207581) |
| 105. | **Melodetta® 24 Fe**[106] (Generic Minastrin® 24 Fe) | Sept. 11, 2017 | Amneal Pharms (ANDA 207514) |
| 106. | **Tydemy®**[107] (Generic Safyral®) | Dec. 12, 2017 | Lupin Pharmaceuticals, Inc. (ANDA 205948) |
| 107. | **Jaimiess®**[108] (Generic Seasonique®) | Dec. 27, 2017 | Sandoz, Inc. (ANDA 203770) |

[1] Loestrin® 24 Fe Label Excerpt, **Exhibit 374**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/021871s008lbl.pdf; Approval Date, **Exhibit 468**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2006/021871s000ltr.pdf

[2] Yaz® Label Excerpt, **Exhibit 463**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/021676s012lbl.pdf; Approval Date, **Exhibit 469**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=021676

[3] Seasonique® Label Excerpt, **Exhibit 434**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/021840s008lbl.pdf; Approval Date Approval Date, **Exhibit 470**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2006/021840s000LTR.pdf

[4] Sronyx® Label Excerpt, **Exhibit 437**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a62012ba-f368-41ad-946e-83b4cb3517cb&type=display; Approval Date, **Exhibit 471**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=077681

[5] Quasense® Label Excerpt, **Exhibit 430**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a4cf4b57-c468-4782-8d41-2f74f89fa4e8&type=display; Approval Date, **Exhibit 472**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=077101

[6] Jolessa® Label Excerpt, **Exhibit 436**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=f1076019-6f2c-4c90-9f3c-ab0c7cdd9315&type=display; Approval Date, **Exhibit 687**, *available at* https://www.biospace.com/article/releases/barr-pharmaceuticals-inc-launches-a-generic-version-of-its-seasonale-r-extended-cycle-oral-contraceptive-/

[7] Lybrel® Label Excerpt, **Exhibit 383**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2007/021864lbl.pdf; Approval Date, **Exhibit 473**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2007/021864s000ltr.pdf

[8] Tri-Legest® Fe Label Excerpt, **Exhibit 443**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=6f9d30d9-5553-4cbd-a099-ff045bc85821&type=display; Approval Date, **Exhibit 474**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=076105

[9] Ocella® Label Excerpt, **Exhibit 412**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=4fedeb6a-d99f-43e1-89f3-75818ce919aa&type=display

[10] LoSeasonique® Label Excerpt, **Exhibit 379**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/022262lbl.pdf; Approval Date, **Exhibit 475**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2008/022262s000ltr.pdf

[11] Azurette® Label Excerpt, **Exhibit 305**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ce13d459-3096-4899-9975-7e932260a14f&type=display; Approval Date, **Exhibit 476**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=076916

[12] Gianvi® Label Excerpt, **Exhibit 339**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=78f2664f-3de8-4e58-a860-

1b5abd6eb7d7&type=display; Approval Date, **Exhibit 477**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2009/078515s000ltr.pdf

[13] Tri-Lo-Sprintec® Label Excerpt, **Exhibit 447**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ddbeb312-af2b-4d22-ab7c-5ab2f3f8d5cb&type=display; Approval Date, **Exhibit 478**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2009/076784s000ltr.pdf

[14] Lomedia® 24 Fe Label Excerpt, **Exhibit 377**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8c866eea-25f9-4d59-bcde-7a4eae6ec61e&type=display; Approval Date, **Exhibit 479**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/anda/2009/078267Orig1s000Approv.pdf

[15] Zenchent® Label Excerpt, **Exhibit 464**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a7698f8e-f19f-4cf0-9d2d-719b43da2ddf&type=display; Approval Date, **Exhibit 480**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=078323

[16] Tilia® Fe Label Excerpt, **Exhibit 441**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=01765e76-e656-4539-8112-8b7709597c79&type=display; Approval Date, **Exhibit 481**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2010/076629s000ltr.pdf

[17] Natazia® Label Excerpt, **Exhibit 399**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022252s001lbl.pdf; Approval Date, **Exhibit 482**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2010/022252s000ltr.pdf

[18] Altavera® Label Excerpt, **Exhibit 287**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=89381c5a-93e8-4e08-8456-d78550d26a52&type=display; Approval Date, **Exhibit 483**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=079102

[19] Beyaz® Label Excerpt, **Exhibit 308**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/022532s000lbl.pdf; Approval Date, **Exhibit 484**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2010/022532s000ltr.pdf

[20] Introvale® Label Excerpt, **Exhibit 343**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=0eb14772-6a46-4590-bfc1-98494062c071&type=display; Approval Date, **Exhibit 485**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=079064

[21] Lo Loestrin® Fe Label Excerpt, **Exhibit 486**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/022501s000lbl.pdf; Approval Date, **Exhibit 369**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2010/022501s000ltr.pdf

[22] Cyclafem® 1/35 Label Excerpt, **Exhibit 320**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=5a955ac5-4f41-4f2a-b7bd-cc5074b5a8bd&type=display; Approval Date, **Exhibit 487**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=076337

[23] Cyclafem® 7/7/7 28 Label Excerpt, **Exhibit 321**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=d25b8de2-cbad-4843-8427-08763c9f9a5c&type=display; Approval Date, **Exhibit 488**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=076338

[24] Safyral® Label Excerpt, **Exhibit 432**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022574s004lbl.pdf; Approval Date, **Exhibit 489**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2010/022574s000ltr.pdf

[25] Generess® Fe  Label Excerpt, **Exhibit 338**. Labeling information *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/022573s008lbl.pdf; Approval Date, **Exhibit 490**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2010/022573s000ltr.pdf

[26] Layolis® Fe Label Excerpt, **Exhibit 363**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=c0db84ca-b8d4-4ed2-b2f6-19347283146e&type=display

[27] Levonest® Label Excerpt, **Exhibit 367**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=be7000f1-5bf1-4de5-a256-e4436c37f0a1&type=display;

Approval Date, **Exhibit 491**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090719

28 Emoquette® Label Excerpt, **Exhibit 329**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=240eb098-48a4-4571-b99b-f48a794000f1&type=display; Approval Date, **Exhibit 492**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=076675

29 Briellyn® Label Excerpt, **Exhibit 313**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=c0e2c5b4-70ac-4b41-aa71-00e506dbb72f&type=display; Approval Date, **Exhibit 493**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090538

30 Loryna® Label Excerpt, **Exhibit 378**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=c64b8c58-0ef0-4498-a027-2f0a179057b8&type=display; Approval Date, **Exhibit 494**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=079221

31 Syeda® Label Excerpt, **Exhibit 438**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=cfc304f4-0f6f-49cc-8ff0-0c0e99ed958d&type=display; Approval Date, **Exhibit 495**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090114

32 Orsythia® Label Excerpt, **Exhibit 414**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7c5e91c5-0cf7-4960-8cd0-ff0c8ba819cb&type=display; Approval Date, **Exhibit 496**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=077099

33 Amethia® Label Excerpt, **Exhibit 290**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=d6a33ea7-ecd1-4f81-a984-f210a3989618&type=display; Approval Date, **Exhibit 497**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=078834

34 Amethyst® Label Excerpt, **Exhibit 292**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a7e19182-57b5-4783-9c7f-bb83961f1803&type=display; Approval Date, **Exhibit 498**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=079218

35 Camrese® Label Excerpt, **Exhibit 314**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=0e198d28-4986-4b93-833f-17c7ed4ce13e&type=display

36 Zenchent® Fe Label Excerpt, **Exhibit 465**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=0c90a6be-9632-47b5-a425-e8be74b8c47e&type=display; Approval Date, **Exhibit 499**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=078892

37 Amethia® Lo Label Excerpt, **Exhibit 291**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7c813ef2-6d1d-4fb1-91a1-e1970c55ef25&type=display; Approval Date **Exhibit 500** *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2011/200407s000ltr.pdf

38 Myzilra® Label Excerpt, **Exhibit 398**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=838497b7-edce-405a-989d-6dd8d8c2395c&type=display; Approval Date, **Exhibit 501**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=077502

39 Camrese® Lo Label Excerpt, **Exhibit 315**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=4a48e24c-9280-47fe-b200-9b79a7f6bd96&type=display

40 Dasetta® 1/35 Label Excerpt, **Exhibit 323**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=bfadc9b6-1dd6-4bf3-af5f-b50fbdae55d3&type=display; Approval Date, **Exhibit 502**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090948

41 Dasetta® 7/7/7 28 Label Excerpt, **Exhibit 324**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=da52e74a-1baf-4a33-a068-b49176700320&type=display; Approval Date, **Exhibit 503**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090946

[42] Philith® Label Excerpt, **Exhibit 424**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=77b8d3ef-f3ac-4148-84f0-f6cb327c9f78&type=display; Approval Date, **Exhibit 504**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090947

[43] Alyacen® 1/35 Label Excerpt, **Exhibit 288**, a full label *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a45ee86e-69ca-49a5-8990-5dde52d4a522&type=display; Approval Date, **Exhibit 505**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091634

[44] Alyacen® 7/7/7/ 28 Label Excerpt, **Exhibit 289**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=5c02b4d3-1e2f-439a-ae45-02304ee190d1&type=display; Approval Date, **Exhibit 506**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091636

[45] Marlissa® Label Excerpt, **Exhibit 384**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=9379d99e-c416-4dab-a817-1c110e0d4b93&type=display; Approval Date, **Exhibit 507**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091452

[46] Wera® Label Excerpt, **Exhibit 459**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=638e4f36-1a27-4220-8ec9-3fa9d9b36c11&type=display; Approval Date, **Exhibit 508**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091204

[47] Elinest® Label Excerpt, **Exhibit 328**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=aa7f4a83-71cf-4306-b0a1-01784f67bae2&type=display; Approval Date, **Exhibit 509**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091105

[48] Falmina® Label Excerpt, **Exhibit 335**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=cf6f069e-4b78-4adb-b5be-100b9d85aab7&type=display; Approval Date, **Exhibit 510**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090721

[49] Viorele® Label Excerpt, **Exhibit 457**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=39988aa6-8f68-40e8-9bdd-c40a3bdaad61&type=display; Approval Date, **Exhibit 511**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091346

[50] Mono-Linyah® Label Excerpt, **Exhibit 396**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=84a20017-344b-4684-a915-c85a55fcbbcb&type=display; Approval Date, **Exhibit 512**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090523

[51] Tri-Linyah® Label Excerpt, **Exhibit 444**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b71a2b34-95bf-4430-83a0-1a4d1218ea3c&type=display; Approval Date, **Exhibit 513**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090524

[52] Kurvelo® Label Excerpt, **Exhibit 357**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=9701fe32-20cb-4867-b086-98f8f6382ae5&type=display; Approval Date, **Exhibit 514**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091408

[53] Gildagia® Label Excerpt, **Exhibit 340**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=d5fcf844-2915-4c0c-b41a-9510dc0df5e5&type=display; Approval Date, **Exhibit 515**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=078376

[54] Chateal® Label Excerpt, **Exhibit 318**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8020e9b2-59c0-4417-b0e9-f1a152e919fd&type=display; Approval Date, **Exhibit 516**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091663

[55] Estarylla® Label Excerpt, **Exhibit 332**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=222f0530-c4b7-47ec-99c9-4ff81eabf485&type=display;

Approval Date, **Exhibit 517**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090794

56 Tri-Estarylla® Label Excerpt, **Exhibit 442**. Labeling information
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7841b848-ba6b-41b8-8c32-
fde3eda6e8e6&type=display; Approval Date, **Exhibit 518**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090793

57 Enskyce® Label Excerpt, **Exhibit 331**. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=66edb463-1efc-44d3-adae-
be709d6d6b16&type=display; Approval Date, **Exhibit 519**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201887

58 Quartette® Label Excerpt, **Exhibit 431**. Labeling information *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/204061s000lbl.pdf; Approval Date, **Exhibit 520**, *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2013/204061Orig1s000ltr.pdf

59 Daysee® Label Excerpt, **Exhibit 325**. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a9861412-4e54-4984-b14c-
a1dd91d5c946&type=display; Approval Date, **Exhibit 521**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091467

60 Taytulla® Label Excerpt, **Exhibit 440**. Labeling information *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/204426s004lbl.pdf; Approval Date, **Exhibit 522**, *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2013/204426Orig1s000ltr.pdf

61 Pirmella® 1/35 28 Label Excerpt, **Exhibit 426**. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=bb21b098-284a-4cad-bf8f-
a062e88a3d56&type=display; Approval Date, **Exhibit 523**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201512

62 Pirmella® 7/7/7 28 Label Excerpt, **Exhibit 427**. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=a39642e6-3775-441f-abcb-46cb2e8af6ad&type=display;
Approval Date, **Exhibit 524**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201510

63 Minastrin® 24 Fe Label Excerpt, **Exhibit 393**. Labeling information *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/204426s000lbl.pdf; Approval Date, **Exhibit 525**, *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2013/203667Orig1s000ltr.pdf

64 Lo Minastrin® Fe Label Excerpt, **Exhibit 370**. Labeling information *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/204654s000lbl.pdf; Approval Date, **Exhibit 526**, *available at*
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2013/204654Orig1s000ltr.pdf

65 Pimtrea® Label Excerpt, **Exhibit 425**. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b716fd2a-b186-447a-85bd-
6302284d14e5&type=display; Approval Date, **Exhibit 527**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091247

66 Larin® FE 1.5/30 Label Excerpt, **Exhibit 361**. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ee79a7fa-1c64-4b7b-822c-e0ddefc8ef86&type=display;
Approval Date, **Exhibit 528**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091453

67 Larin® FE 1/20 Label Excerpt, **Exhibit 362**. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=c3f12b26-c217-4f37-a88b-
4324e665e16c&type=display; Approval Date, **Exhibit 529**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091454

68 Vyfemla® Label Excerpt, **Exhibit 458**. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=e94c80c9-fec0-42ba-8fce-dc993cb18e6a&type=display;
Approval Date, **Exhibit 530**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201886

69 Aubra® Label Excerpt, **Exhibit 296**. Labeling information *available at*
https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=efa6c9a7-ed87-4c86-ba37-
534d55127755&type=display; Approval Date, **Exhibit 531**, *available at*
https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=200245

[70] Tarina® Fe 1/20 Label Excerpt, **Exhibit 439**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=0432fa8f-9f97-4848-a237-a21c4cb0abd1&type=display; Approval Date, **Exhibit 532**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202772

[71] Larin® 1/20 Label Excerpt, **Exhibit 359**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b6985be4-86b4-41ad-bd4d-a5d25c77062a&type=display; Approval Date, **Exhibit 533**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202995

[72] Delyla® Label Excerpt, **Exhibit 326**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=47864f8c-0b43-47ff-a1df-d8ff57d3e4e5&type=display; Approval Date, **Exhibit 534**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201108

[73] Larin® 1.5/30 Label Excerpt, **Exhibit 358**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=e232ed29-e6f5-4591-8d61-68eb8b1596f0&type=display; Approval Date, **Exhibit 535**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202996

[74] Xulane® Label Excerpt, **Exhibit 461**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=f7848550-086a-43d8-8ae5-047f4b9e4382&type=display; Approval Date, **Exhibit 536**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/200910Orig1s000.pdf

[75] Nikki® Label Excerpt, **Exhibit 404**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b73f9de8-8430-4769-a493-359f51d42d3e&type=display; Approval Date, **Exhibit 537**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201661

[76] Setlakin® Label Excerpt, **Exhibit 435**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b7b8ae08-3fb0-4c6c-af02-89f0f6f40ffb&type=display; Approval Date, **Exhibit 538**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090716

[77] Gildess® 24 Fe Approval Date, **Exhibit 539**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090293

[78] Junel® Fe 24 Label Excerpt, **Exhibit 349**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ffbf48de-0f61-49f9-9cd5-6eb8e08040db&type=display; Approval Date, **Exhibit 540**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090938

[79] Larin® 24 Fe Label Excerpt, **Exhibit 360**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ea35800c-9a31-42b0-bb32-3404dce9e0e5&type=display; Approval Date, **Exhibit 541**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202994

[80] Ashlyna® Label Excerpt, **Exhibit 295**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=407a9f63-9abf-4886-864a-d3dd0e429762&type=display; Approval Date, **Exhibit 542**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=203163

[81] Kimidess® Label Excerpt, **Exhibit 356**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b01b53c2-45cb-4ae4-95a4-0c2f7a1477c8&type=display; Approval Date, **Exhibit 543**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=076681

[82] Vienva® Label Excerpt, **Exhibit 456**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=59337213-9e16-4f53-9fc5-bb9d829a3fff&type=display; Approval Date, **Exhibit 544**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201088

[83] Tri-Lo-Estarylla® Label Excerpt, **Exhibit 445**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=60026297-55dd-4c32-9302-65b46363736f&type=display; Approval Date, **Exhibit 545**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091232

[84] Bekyree® Label Excerpt, **Exhibit 307**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=eb00440e-17ab-4766-9e61-d98918a161fd&type=display; Approval Date, **Exhibit 546**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202226

[85] Isibloom® Label Excerpt, **Exhibit 344**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=e833dae6-b3e1-4b18-b30e-cb0414ff4719&type=display; Approval Date, **Exhibit 547**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202789

[86] Blisovi® 24 Fe Label Excerpt, **Exhibit 309**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=8a76faa6-5b88-4d44-a766-a22ec2435a69&type=display; Approval Date, **Exhibit 548**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091398

[87] Microgestin® 24 Fe Label Excerpt, **Exhibit 389**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=553fcd4d-f144-445f-8b41-0c33f4350a4a&type=display

[88] Blisovi® FE 1.5/30 Label Excerpt, **Exhibit 310**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=4a038626-41b6-46b0-bdfe-92ed72a7fabb&type=display; Approval Date, **Exhibit 549**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201585

[89] Blisovi® FE 1/20 Label Excerpt, **Exhibit 311**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ddbb5d60-cacf-4672-935d-86d668287992&type=display; Approval Date, **Exhibit 550**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201584

[90] Kaitlib® Fe Label Excerpt, **Exhibit 352**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=45626124-c104-45b5-9965-252ad7e47d1e&type=display; Approval Date, **Exhibit 551**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=203448

[91] TriNessa Lo® Label Excerpt, **Exhibit 448**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ee5e78ec-1100-48eb-84aa-f415634c8a33&type=display

[92] Wymzya™ Fe Label Excerpt, **Exhibit 460**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=69f7598c-b688-4bed-a91e-0821fef96c06&type=display; Approval Date, **Exhibit 552**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091332

[93] Fayosim® Label Excerpt, **Exhibit 336**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=f49d3256-f665-45ff-a096-3c0fb5979d16&type=display; Approval Date, **Exhibit 553**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=205943

[94] Mibelas® 24 FE Label Excerpt, **Exhibit 386**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=3f82d240-1d26-409e-87cd-10c1d5a511c2&type=display; Approval Date, **Exhibit 554**, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2016/206287Orig1s000ltr.pdf

[95] Mili® Label Excerpt, **Exhibit 392**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=76f14485-321d-4d4f-a3b0-aab195fd0dd1&type=display; Approval Date, **Exhibit 555**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=205449

[96] Leena® Label Excerpt, **Exhibit 364**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=123a7d41-f39f-421d-aa0e-2d36cc312c46&type=display

[97] Ayuna® Label Excerpt, **Exhibit 304**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=2b54ce42-db64-46c3-a788-569e21f7ab06&type=display; Approval Date, **Exhibit 556**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=206866

[98] Tri-Lo-Mili® Label Excerpt, **Exhibit 446**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=d9d2d0a1-b336-40ee-b4cc-b3d876ca91b9&type=display; Approval Date, **Exhibit 557**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=205762

[99] Nexesta™ Fe Label Excerpt, **Exhibit 403**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=6eb8f7b6-4b8e-4bad-800a-b2f3b36c3413&type=display; Approval Date, **Exhibit 558**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=207535

[100] Kalliga® Label Excerpt, **Exhibit 353**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=dbe9f9ab-2e38-49e3-bb1f-c8a12d03076a&type=display; Approval Date, **Exhibit 559**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=207081

[101] Aurovela® 24 FE Label Excerpt, **Exhibit 299**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=3eb092dc-2ec1-4d55-b1fe-69505608e04a&type=display; Approval Date **Exhibit 560**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=207504

[102] Aurovela® FE 1.5/30 Label Excerpt **Exhibit 300**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=db3d0229-4581-46c0-82a8-7d022c135826&type=display; Approval Date **Exhibit 561**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=207580

[103] Aurovela® 1/20 Label Excerpt **Exhibit 298**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=6765becf-7b51-4f33-ac13-70fcd01decf7&type=display; Approval Date **Exhibit 562**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=207506

[104] Aurovela® FE 1/20 Label Excerpt **Exhibit 301**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=83513d13-5352-4d86-9dfd-fd1e456087c0&type=display; Approval Date **Exhibit 563**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=207505

[105] Aurovela® 1.5/30 Label Excerpt **Exhibit 297**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=b146e49c-a0fc-4f3d-9ad6-99e8257fa139&type=display; Approval Date **Exhibit 564**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=207581

[106] Melodetta® 24 Fe Label Excerpt **Exhibit 385**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=ca89a8e3-4df1-4e4b-9da7-0233770e542b&type=display; Approval Date **Exhibit 565**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=207514

[107] Tydemy® Label Excerpt **Exhibit 454**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=9b1a133d-2ab0-44a7-8c3c-5ac0f8551813&type=display; Approval Date **Exhibit 566**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=205948

[108] Jaimiess® Label Excerpt **Exhibit 345**. Labeling information *available at* https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=7fe3a0d4-533f-0bdf-e60a-20c69bdf79fc&type=display; Approval Date **Exhibit 567**, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=203770

**APPENDIX E**

**Individual Patient Switches Between Loestrin 24 Fe and Other Hormonal Contraceptives[1]**

| Period | Date | Bates Number | Exhibit Number | Total Switches from Loestrin 24[2] | Total Switches to Loestrin 24 |
|---|---|---|---|---|---|
| Monthly Switches | ██ | ████ | ████ | ███ | ███ |
| | ██ | ████ | ████ | ███ | ███ |
| | ██ | ████ | ████ | ███ | ███ |
| | ██ | ████ | ████ | ███ | ███ |
| | ██ | ████ | ████ | ███ | ███ |
| | ██ | ████ | ████ | ███ | ███ |
| | ██ | ████ | ████ | ███ | ███ |
| Weekly Switches | ███ | ████ | █████ | ████ | |
| | ███ | ████ | ████ | ███ | ███ |
| | ███ | ████ | ████ | ███ | ███ |
| | ███ | ████ | ████ | ███ | ███ |
| | ███ | ████ | ████ | ███ | ███ |
| | ███ | ████ | ████ | | ███ |
| | ███ | ████ | ████ | ███ | ███ |
| | ███ | ████ | ████ | | ███ |
| | ███ | ████ | ████ | ███ | ███ |
| | ███ | ████ | ████ | ███ | ██ |



| Period | Date | Bates Number | Exhibit Number | Total Switches from Loestrin 24[2] | Total Switches to Loestrin 24 |
|---|---|---|---|---|---|
| | ███ | ███ | ██ █ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ██ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ██ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ██ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ███ | ██ | ██ |
| | ██ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | | ██ |
| | ███ | ███ | ██ | ███ | ██ |
| | ██ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |
| | ██ | ███ | ██ | ██ | ██ |
| | ███ | ███ | ██ | ██ | ██ |