# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE LOESTRIN 24 FE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | MDL No. 2472<br><br>Master File No. 1:13-md-2472-S-PAS |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON MARKET POWER

Pursuant to Federal Rule of Civil Procedure 56 and LR Cv 56, End-Payor Plaintiffs, Direct Purchaser Plaintiffs, and Retailer Plaintiffs move for summary judgment against all the defendants on the element of market power.  The grounds for the plaintiffs' motion are set out in the accompanying Memorandum of Law and Additional Statement of Undisputed Material Facts (and exhibits thereto).

Dated: October 19, 2018

/s/ Thomas M. Sobol
Thomas M. Sobol (R.I. Bar No. 5005)
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

Joseph H. Meltzer
Terence S. Ziegler
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA  19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com

David F. Sorensen
Michael J. Kane

Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-5707
dsorensen@bm.net
mkane@bm.net

Peter R. Kohn
Neill W. Clark
Faruqi & Faruqi LLP
101 Greenwood Ave, Suite 600
Jenkintown, PA  19046
Tel: (215) 277-5770
Fax: (215) 277-5771
pkohn@faruqilaw.com
nclark@faruqilaw.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

Patrick C. Lynch
Jeffrey B. Pine
Lynch & Pine
One Park Row, 5th Floor
Providence, RI  02903
Tel: (401) 274-3306
Fax: (401) 274-3326
jbp@pinelaw.com

*Interim Liaison Counsel for the Direct Purchaser Class*

Steve D. Shadowen
Matthew C. Weiner
Hilliard & Shadowen LLP
919 Congress, Suite 1325
Austin, TX  78701
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

Marvin A. Miller
Lori Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603

Tel: (312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Michael M. Buchman
MOTLEY RICE LLC
600 Third Avenue, Suite 2101
New York, NY  10016
Tel: (212) 577-0050
Fax: (212) 577-0054
mbuchman@motleyrice.com

J. Douglas Richards
Sharon Robertson
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY  10005
Tel: (212) 838-7797
Fax: (212) 838-7745
drichards@cohenmilstein.com
srobertson@cohenmilstein.com

*Interim Co-Lead Counsel for the End-Payor Class*

Carl Case Beckwith
CARL BECKWITH, ESQ., PC
650 E. Palisade Avenue, Suite 2173
Englewood Cliffs, NJ  07632
Tel: (201) 338-2833
Fax: (201) 839-4558
ccbeckwith@gmail.com

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA  19063
Tel: (610) 891-9880
Fax: (866) 300-7367
nfinkelman@sfmslaw.com

William J. Doyle
DOYLE LOWTHER LLP
4400 NE 77th Avenue #275
Vancouver, WA  98662

3

Tel: (360) 818-9320
bill@doylelowther.com

James R. Dugan, II
THE DUGAN LAW FIRM, APLC
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel: (504) 648-0180
jdugan@dugan-lawfirm.com

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Tel: (954) 315-3454
Fax: (954) 315-3455
jagoldstein@pomlaw.com

Deborah R. Gross
LAW OFFICES OF BERNARD M. GROSS, P.C.
John Wanamaker Building
100 Penn Square East, Suite 450
Philadelphia, PA 19107
Tel: (215) 561-3600
debbie@bernardmgross.com

Jeffrey L. Kodroff
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
jkodroff@srkw-law.com

Lisa J. Rodriguez
SCHNADER HARRISON
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 751-2000
Fax: (215) 751-2205
ljrodriguez@schnader.com

Frank R. Schirripa
HACH ROSE SCHIRRIPA & CHEVERIE, LLP
185 Madison Avenue, 14th Floor

New York, NY  10016
Tel: (212) 213-8311

James Stranch
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN  37201
Tel: (615) 254-8801
Fax: (615) 250-3937
jims@branstetterlaw.com

Richard D. Trenk
TRENK, DIPASQUALE, DELLAFERA &
SODONO, P.C.
347 Mount Pleasant Avenue
Suite 300
West Orange, NJ  07052
Tel: (973) 243-8600
Fax: (973) 243-8677
rtrenk@trenklawfirm.com

*Interim Executive Committee for the End-Payor Class*

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131
Tel: (305) 373-1000
Fax: (305) 372-1861
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

Paul J. Skiermont
SKIERMONT DERBY LLP
2200 Ross Avenue, Suite 4800W
Dallas, TX  75201
Tel: (214) 978-6600
pskiermont@skiermontderby.com

S. Michael Levin
SMLEVINLAW

5

245 Waterman Street, Suite 109
Providence, RI  02906
Tel: (401) 228-6339
Fax: (866) 652-0274
mlevin@smlevinlaw.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Safeway Inc., HEB Grocery Company L.P., and Albertson's LLC*

Barry L. Refsin
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA  19103
Tel: (215) 568-6200
brefsin@hangley.com

Monica L. Rebuck
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
4400 Deer Path Road, Suite 200
Harrisburg, PA  17110
Tel: (717) 364-1030
mrebuck@hangley.com
ebloom@hangley.com

S. Michael Levin
SMLEVINLAW
245 Waterman Street, Suite 109
Providence, RI  02906
Tel: (401) 228-6339
Fax: (866) 652-0274
mlevin@smlevinlaw.com

*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp.*

**CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access these filings, and notice of these filings will be sent to those parties by operation of the CM/ECF system.

Dated: October 19, 2018               /s/ Thomas M. Sobol
                                      Thomas M. Sobol (R.I. Bar No. 5005)