# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE LOESTRIN 24 FE ANTITRUST LITIGATION<br><br>*All End-Payor Class Actions* | MDL No. 2472<br><br>C.A. No. 1:13-md-2472-S-PAS |

### DEFENDANTS' MOTION TO STRIKE
### (1) END-PAYOR PLAINTIFFS' THREE NEW REBUTTAL EXPERTS,
### (2) PORTIONS OF THE REBUTTAL EXPERT REPORT OF GARY L. FRENCH,
### AND (3) PORTIONS OF END-PAYOR PLAINTIFFS' REPLY IN SUPPORT OF THE MOTION FOR CLASS CERTIFICATION

Pursuant to Rules 16, 26(a), and 37(c) of the Federal Rules of Civil Procedure, and Local Rule Cv 7, Defendants Warner Chilcott Co., LLC f/k/a Warner Chilcott Co., Inc., Warner Chilcott (US), LLC, Warner Chilcott Sales (US), LLC, Warner Chilcott plc n/k/a Allergan WC Ireland Holdings Ltd., Warner Chilcott Holdings Co. III, Ltd., Warner Chilcott Corp., Warner Chilcott Laboratories Ireland Limited, Watson Laboratories, Inc., and Watson Pharmaceuticals, Inc., ("Defendants") hereby move the Court to strike the following improper and untimely materials filed by the Indirect Purchaser Plaintiffs ("IPPs"): (1) the proposed testimony and opinions offered by three "rebuttal" experts that IPPs should have disclosed, if at all, on July 30, 2018, which are reflected in the Expert Report of Myron D. Winkelman, dated November 30, 2018, the Declaration of Eric J. Miller, dated November 30, 2018, and the Declaration of Laura R. Craft, dated November 30, 2018; (2) the new proposed class definitions and all argument relating thereto contained in IPPs' Reply in Support of the Motion for Class Certification; and (3) Sections I.D, II.F, III, V, VI, VII of the Rebuttal Expert Report of Gary L. French, Ph.D., dated December 7, 2018, which all relate to the untimely opinions offered by Craft, Miller, and

Winkelman, or the untimely new proposed classes that IPPs have submitted in recognition that the class definition they proposed in their opening motion is defective. The grounds for granting Defendants' motion are set out in the accompanying Memorandum of Law in Support of Motion to Strike End-Payor Plaintiffs' Three New Rebuttal Experts, Portions of the Rebuttal Expert Reports of Gary L. French, and Portions of End-Payor Plaintiffs' Reply in Support of the Motion for Class Certification and accompanying exhibits.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule Cv. 7(c), Defendants respectfully request oral argument on their Motion to Strike End-Payor Plaintiffs' Three New Rebuttal Experts, Portions of the Rebuttal Expert Report of Gary L. French, and Portions of End-Payor Plaintiffs' Reply in Support of the Motion for Class Certification, and estimate that one hour will provide the parties with adequate time to be heard.

Dated: December 10, 2018

Respectfully submitted,

*/s/ Peter J. Carney*
J. Mark Gidley (pro hac vice)
Peter J. Carney (pro hac vice)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Robert A. Milne (pro hac vice)
Jack E. Pace III (pro hac vice)
Michael J. Gallagher (pro hac vice)
Alison Hanstead (pro hac vice)
Michael E. Hamburger (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

<div style="margin-left:50%">

Lauren M. Papenhausen (pro hac vice)
Katherine Dyson (pro hac vice)
WHITE & CASE LLP
75 State Street, Floor 24
Boston, MA 02109
Telephone: (617) 979-9300
Facsimile: (617) 979 9301

Angela D. Daker (pro hac vice)
WHITE & CASE LLP
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
Telephone: (305) 995-5297
Facsimile: (305) 358-5744

*/s/ Nicole J. Benjamin*
John A. Tarantino (#2586)
jtarantino@apslaw.com
Nicole J. Benjamin (#7540)
nbenjamin@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone: (401) 274-7200
Facsimile: (401) 751-0604

*Attorneys for Warner Chilcott Co., LLC f/k/a Warner Chilcott Co., Inc., Warner Chilcott (US), LLC, Warner Chilcott Sales (US), LLC, Warner Chilcott plc n/k/a Allergan WC Ireland Holdings Ltd., Warner Chilcott Holdings Co. III, Ltd., Warner Chilcott Corp. Warner Chilcott Sales (US), LLC, Warner Chilcott Laboratories Ireland Limited, Watson Laboratories, Inc., and Watson Pharmaceuticals, Inc.*

</div>

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 10, 2018, the foregoing Motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). The foregoing Motion is also available for viewing and downloading from the ECF system.

                                                                                                */s/ Nicole J. Benjamin*
                                                                                                Nicole J. Benjamin (#7540)