```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
_____
                                   )
IN RE LOESTRIN 24 FE               )    MDL No. 13-2472-WES-PAS
ANTITRUST LITIGATION               )
                                   )
                                   )
THIS DOCUMENT RELATES TO:          )    No. 1:13-md-2472-WES-PAS
ALL ACTIONS                        )
_____)
```

**ORDER**

Before the Court is Defendants' Motion to Strike (1) End-Payor Plaintiffs' ("EPPs") Three New Rebuttal Experts, (2) Portions of the Rebuttal Expert Report of Gary L. French, and (3) Portions of End-Payor Plaintiffs' Reply in Support of the Motion for Class Certification (ECF No. 637). The EPPs have opposed the Motion (ECF No. 668).

After careful review of the filings, the Court orders the following:

1. The Motion to Strike (ECF No. 637) is provisionally DENIED. Further consideration and/or explanation will be provided later, if necessary.

2. There will be no hearing in this matter on January 7, 9, and/or 10, 2019.

3. With respect to scheduling, the Court sets the following schedule:

    a. Defendants shall file any sur-reply to EPPs' Motion for Class Certification by January 18, 2019;

    b. EPPs shall file any response to Defendants' sur-reply by February 1, 2019.

    c. The parties shall work out the scheduling of any expert depositions and/or Daubert briefing.  Unless the Court grants further leave, all briefing shall be completed by February 5, 2019.

4. The Court will hold the class certification hearing on February 11, 13, and 14, 2019.

IT IS SO ORDERED.

*/s/ William E. Smith*

William E. Smith  
Chief Judge  
Date: December 28, 2018