# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE LOESTRIN 24 FE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2472<br>Master File No.: 1:13-md-2472-S-PAS |

## PLAINTIFFS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DRS. CHRISTINE S. MEYER, MARK S. ROBBINS, AND MELISSA A. SCHILLING REGARDING LACK OF ANTICOMPETITIVE EFFECT FROM PRODUCT HOP

All Plaintiffs hereby move to preclude Defendants' experts, Drs. Christine S. Meyer, Mark S. Robbins, and Melissa A. Schilling from testifying at summary judgment or trial as to portions of their respective expert reports regarding the absence of any anticompetitive effect from the product hop. In support of this motion, Plaintiffs rely on the following:

- Memorandum of Law in Support of Plaintiffs' Motion to Exclude Opinions and Testimony of Drs. Christine S. Meyer, Mark S. Robbins, and Melissa A. Schilling Regarding Lack of Anticompetitive Effect from Product Hop

- Declaration of Steve D. Shadowen and supporting exhibits.[1]

Dated: May 17, 2019                                    Respectfully Submitted,

---

[1] By separate motion, Plaintiffs also concurrently move to seal the supporting Memorandum, Declaration, and exhibits.

/s/ Steve D. Shadowen
Steve D. Shadowen
Matthew C. Weiner
HILLIARD & SHADOWEN LLP
1135 W. 6th Street
Suite 125
Austin, Texas 78703
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

Marvin A. Miller
Lori Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603
Tel: (312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Michael M. Buchman
Michelle C. Zolnoski
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY  10017
Tel: (212) 577-0050
Fax: (212) 577-0054
mbuchman@motleyrice.com
mzolnoski@motleyric.com

Sharon Robertson
Donna Evans
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY  10005
Tel: (212) 838-7797
Fax: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Interim Co-Lead Counsel for the End-Payor Class*

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131
Tel: (305) 373-1000
Fax: (305) 372-1861

Thomas M. Sobol
Kristen A. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

Joseph H. Meltzer
Terence S. Ziegler
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA  19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com

David F. Sorensen
Daniel J. Walker
Zachary D. Caplan
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-5707
dsorensen@bm.net
dwalker@bm.net
zcaplan@bm.net

Peter R. Kohn
Neill W. Clark
David C. Calvello
FARUQI & FARUQI LLP
101 Greenwood Ave, Suite 600
Jenkintown, PA  19046
Tel: (215) 277-5770
Fax: (215) 277-5771
pkohn@faruqilaw.com
nclark@faruqilaw.com
dcalvello@faruqilaw.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

Barry L. Refsin
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA  19103

sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

Paul J. Skiermont
SKIERMONT DERBY LLP
2200 Ross Avenue, Suite 4800W
Dallas, TX  75201
Tel: (214) 978-6600
pskiermont@skiermontderby.com

S. Michael Levin
SMLEVINLAW
245 Waterman Street, Suite 109
Providence, RI  02906
Tel: (401) 228-6339
Fax: (866) 652-0274
mlevin@smlevinlaw.com

*Counsel for Retailer Plaintiffs Walgreen Co., The Kroger Co., Safeway Inc., HEB Grocery Company L.P., and Albertson's LLC*

Tel: (215) 568-6200
brefsin@hangley.com

Monica L. Rebuck
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
4400 Deer Path Road, Suite 200
Harrisburg, PA  17110
Tel: (717) 364-1030
mrebuck@hangley.com
ebloom@hangley.com

S. Michael Levin
SMLEVINLAW
245 Waterman Street, Suite 109
Providence, RI  02906
Tel: (401) 228-6339
Fax: (866) 652-0274
mlevin@smlevinlaw.com

*Counsel for Retailer Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp.*

## CERTIFICATE OF SERVICE

      I, Steve Shadowen, hereby certify that I caused a copy of the foregoing Motion to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Dated: May 17, 2019                                           Respectfully Submitted,

                                                                         /s/ Steve D. Shadowen
                                                                         Steve D. Shadowen