**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IN RE: LOESTRIN 24 FE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | MDL No. 2472<br>Master File No. 1:13-md-2472-S-PAS |

**UNOPPOSED MOTION TO UNSEAL CERTAIN DAUBERT REPLIES**

Plaintiffs hereby move to unseal the following documents previously filed under seal:

1. Reply in Support of Plaintiffs' Motion to Partially Exclude the Opinions and Testimony of Ronald Thisted (ECF No. 1109);

2. Reply in Support of Plaintiffs' Motion to Exclude Portions of the Testimony of Dr. Pierre-Yves Cremieux (ECF No. 1110);

3. Reply in Support of Plaintiffs' Motion to Exclude Certain Purported Expert Opinions and Testimony of Christopher Smith, Robert Dormer, and Mark Robbins (ECF No. 1113);

4. Reply in Support of Plaintiffs' Motion to Strike Defendants' Exhibit 70 (Declaration of Pramod Dahibhate) and to Preclude Defendants From Relying Thereon in Support of Their Motion for Summary Judgment, any Other Motion, at a Hearing or at Trial (ECF No. 1114);

5. Declaration of Terence S. Ziegler in Support of Plaintiffs' Reply in Support of Motion to Strike Defendants' Exhibit 70 (Declaration of Pramod Dahibhate) and to Preclude Defendants From Relying Thereon in Support of Their Motion for Summary Judgment, any Other Motion, at a Hearing or at Trial (ECF No. 1114-1) and attached Exhibit 1 (ECF No. 1114-2);

6. Reply in Support of Plaintiffs' Motion to Exclude the Opinions and Testimony of Judge T. John Ward (ECF No. 1126);

7. Reply in Support of Plaintiffs' Motion to Partially Exclude the Opinions and Testimony of Stephen G. Kunin (ECF No. 1127); and

8. Reply in Support of Plaintiffs' Motion to Partially Exclude the Opinions and Testimony of Robert A. Dormer (ECF No. 1128).

Plaintiffs have conferred with Defendants and the parties agree that the above-referenced documents should be unsealed and made public in their entirety.

Dated: July 26, 2019

Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol (R.I. Bar No. 5005)
Kristen A. Johnson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com

Joseph H. Meltzer (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
KESSLER TOPAZ MELTZER &CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com

David F. Sorensen (*pro hac vice*)
Ellen T. Noteware (*pro hac vice*)
BERGER &MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
dsorensen@bm.net
enoteware@bm.net

Daniel J. Walker (*pro hac vice*)
BERGER &MONTAGUE, P.C.
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Peter R. Kohn (*pro hac vice*)
Neill W. Clark (*pro hac vice*)
FARUQI &FARUQI LLP
1617 JFK Boulevard, Suite 1550

Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
pkohn@faruqilaw.com
nclark@faruqilaw.com

*Co-Lead Counsel for the Direct Purchaser Class Plaintiffs*

Steven D. Shadowen (*pro hac vice*)
Matthew Weiner (*pro hac vice*)
HILLIARD &SHADOWEN LLP
2407 S. Congress Ave, Suite E 122
Austin, TX 78704
Telephone: (855) 344-3298
steve@hilliardshadowen.com
matt@hilliardshadowen.com

Marvin Miller (*pro hac vice*)
Lori A. Fanning (*pro hac vice*)
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Michael M. Buchman (*pro hac vice*)
Michelle C. Clerkin (*pro hac vice*)
MOTLEY RICE LLC
600 Third Ave, 21st Floor
New York, NY 10016
Telephone: (212) 577-0051
mbuchman@motleyrice.com
mclerkin@motleyrice.com

Sharon K. Robertson (*pro hac vice*)
Donna M. Evans (*pro hac vice*)
COHEN MILSTEIN SELLERS &TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Co-Lead Counsel for End-Payor Class Plaintiffs*
Scott E. Perwin
Lauren C. Ravkind

3

Anna T. Neill
KENNY NACHWALTER, P.A.
1441 Brickell Ave, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

Paul J. Skiermont
SKIERMONT DERBY LLP
2200 Ross Avenue, Suite 4800W
Dallas, TX 75201
Telephone: (214) 978-6600
pskiermont@skiermontderby.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Safeway Inc., HEB Grocery Company L.P., and Albertson's LLC*

Barry L. Refsin
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
brefsin@hangley.com

Monica L. Kiley
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
Telephone: (717) 364-1030
mkiley@hangley.com
ebloom@hangley.com

*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp.*


Matthew T. Oliverio
OLIVERIO &MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

4

(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Safeway Inc., HEB Grocery Company L.P., Albertson's LLC, CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp.*

5

## CERTIFICATE OF SERVICE

I, Joseph H. Meltzer, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access these filings and notice of these filings will be sent to those parties by operation of the CM/ECF system.

Dated: July 26, 2019                     */s/ Joseph H. Meltzer*