**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IN RE: LOESTRIN 24 FE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | MDL No. 2472<br>Master File No. 1:13-md-2472-S-PAS |

**UNOPPOSED MOTION TO UNSEAL PLAINTIFFS' REPLIES IN SUPPORT OF DAUBERT MOTIONS REGARDING DR. BERNEMAN, MR. GREEN, AND DR. MEYER**

Plaintiffs hereby move to unseal the following documents previously filed under seal:

1. Plaintiffs' Reply in Support of their Motion to Exclude in Part the Expert Opinions of Christine Meyer, Ph.D. and Philip Green that Authorized Generics Were Facing Legal Uncertainty (ECF No. 1097-1); and

2. Reply in Support of Plaintiffs' Motion to Exclude the Expert Testimony of Dr. Louis Berneman, Philip Green, and Dr. Christine Meyer Regarding "Fair Value" (ECF No. 1125).

Plaintiffs have conferred with Defendants and the parties agree that the above-referenced documents should be unsealed and made public in their entirety. Plaintiffs will separately file a redacted version of the Reply in Support of Plaintiffs' Motion to Exclude in Part the Expert Testimony of Philip Green (ECF No. 1097-3), under separate cover.

Dated: July 26, 2019

Steve D. Shadowen
Matthew C. Weiner
HILLIARD & SHADOWEN LLP
1135 W. 6th Street
Suite 125
Austin, Texas 78703
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

Respectfully submitted,

*/s/ Peter R. Kohn*
Peter R. Kohn
Neill W. Clark
FARUQI & FARUQI LLP
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Tel: 215-277-5770
Fax: 215 277-5771
pkohn@faruqilaw.com
nclark@faruqilaw.com

Marvin A. Miller
Lori Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: (312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Michael M. Buchman
Michelle C. Clerkin
MOTLEY RICE LLC
777 Third Avenue, 27th Floor
New York, NY 10017
Tel: (212) 577-0050
Fax: (212) 577-0054
mbuchman@motleyrice.com
mclerkin@motleyric.com

Sharon Robertson
Donna Evans
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Co-Lead Counsel for End-Payor Class Plaintiffs*

Barry L. Refsin
Monica L. Rebuck
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel.: (215) 496-7031
Fax: (215) 568-0300

Matthew T. Oliverio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

David C. Calvello
FARUQI & FARUQI LLP
685 Third Avenue, Floor 26
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
dcalvello@faruqilaw.com

Thomas M. Sobol (R.I. Bar No. 5005)
Kristen A. Johnson
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
ed@hbsslaw.com

Joseph H. Meltzer
Terence S. Ziegler
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road Radnor, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com

David F. Sorensen
Ellen T. Noteware
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-5707
dsorensen@bm.net
enoteware@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Ave, NW, Suite 300
Washington, DC 20006
Tel: 202-559-9745
dwalker@bm.net

2

Tel.: (401) 861-2900
Fax: (401) 861-2922

*Counsel for CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel.: (305) 373-1000
Fax: (305) 372-1861

Paul J. Skiermont
Sarah E. Spires
SKIERMONT DERBY LLP
2200 Ross Avenue, Suite 4800W
Dallas, TX 75201
Tel.: (214) 978-6600
Fax: (214) 978-6601

Matthew T. Oliverio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel.: (401) 861-2900
Fax: (401) 861-2922

*Counsel for Walgreen Co., The Kroger Co., Safeway Inc., Albertson's LLC and HEB Grocery Company L.P.*

*Co-Lead Counsel for the Direct Purchaser Class*

Barry S. Taus
Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 931-0704
atamoshunas@tcllaw.com
btaus@tcllaw.com

John Radice
RADICE LAW FIRM
475 Wall St.
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (646) 386-7688
jradice@radicelawfirm.com

*Additional Counsel for the Direct Purchaser Class Plaintiffs*

Patrick C. Lynch
Jeffrey B. Pine
LYNCH & PINE
One Park Row, 5th Floor
Providence, RI 02903
Tel.  401-274-3306
Fax:  401-274-3326
jbp@pinelaw.com

*Liaison Counsel for the Direct Purchaser Class Plaintiffs*

3

## CERTIFICATE OF SERVICE

      I, Peter R. Kohn, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access these filings, and notice of these filings will be sent to those parties by operation of the CM/ECF system.

Dated: July 26, 2019                  */s/ Peter R. Kohn*
                                                       Peter R. Kohn