## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: LOESTRIN 24 FE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All End-Payor Plaintiff Actions | MDL No. 2472<br><br>Master File No. 1:13-md-2472-WES-PAS |

## STIPULATION AND [PROPOSED] ORDER REGARDING END-PAYOR PLAINTIFFS' WASHINGTON AND WYOMING UNJUST ENRICHMENT CLAIMS UNDER STATE LAW

WHEREAS, in its Memorandum of Decision on Class Certification and Order Regarding Motions to Exclude Certain Expert Opinions and Defendants' Renewed Motion to Dismiss (Oct. 17, 2019), ECF No. 1274 ("Order"), this Court dismissed certain of the End-Payor Plaintiffs' ("EPPs") unjust enrichment claims;

WHEREAS, Defendants and EPPs have met and conferred and agree that the Court's reasoning also applies to EPPs' unjust-enrichment claims under the laws of Washington and Wyoming; and

WHEREAS, EPPs preserve all rights to challenge the Court's ruling on appeal.

NOW, THEREFORE, it is hereby stipulated by and between the undersigned parties through their respective counsel, as follows:

1. The EPPs' unjust enrichment claims under the state laws of Washington and Wyoming are hereby dismissed with prejudice.

2. Nothing in this stipulation and order shall be construed as a waiver of EPPs' right to contest this Court's ruling with respect to EPPs' unjust-enrichment claims, including their claims under the laws of Washington and Wyoming.

The Parties respectfully request that the Court enter an order embodying the terms of their joint stipulation.

Dated: December 18, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ *Nicole J. Benjamin* | /s/ *Steve D. Shadowen* |
| Nicole J. Benjamin (#7540) | Sharon K. Robertson |
| John A. Tarantino (#2586) | Donna M. Evans |
| ADLER POLLOCK & SHEEHAN P.C. | COHEN MILSTEIN SELLERS & TOLL PLLC |
| One Citizens Plaza, 8th Floor | 88 Pine Street, 14th Floor |
| Providence, RI 02903-1345 | New York, NY 10005 |
| Telephone: (401) 274-7200 | Tel: (212) 838-7797 |
| Facsimile: (401) 751-0604 | Fax: (212) 838-7745 |
| nbenjamin@apslaw.com | srobertson@cohenmilstein.com |
| jtarantino@apslaw.com | devans@cohenmilstein.com |
| | |
| Lauren M. Papenhausen (PHV) | Robert A. Braun |
| Katherine Dyson (PHV) | COHEN MILSTEIN SELLERS & TOLL PLLC |
| WHITE & CASE LLP | 1100 New York Avenue, Suite 500 |
| 75 State Street, Floor 24 | Washington, DC 20002 |
| Boston, MA 02109 | Tel: (212) 408-4600 |
| Telephone: (617) 979-9300 | rbraun@cohenmilstein.com |
| Facsimile: (617) 979-9301 | |
| kate.dyson@whitecase.com | Steve D. Shadowen |
| lauren.papenophausen@whitecase.com | Matthew C. Weiner |
| | HILLIARD & SHADOWEN LLP |
| Robert A. Milne (PHV) | 1135 W. 6th Street, Suite 125 |
| Jack E. Pace III (PHV) | Austin, TX 78703 |
| Michael J. Gallagher (PHV) | Tel: (855) 344-3298 |
| Alison Hanstead (PHV) | steve@hilliardshadowenlaw.com |
| Michael E. Hamburger (PHV) | matt@hilliardshadowenlaw.com |
| WHITE & CASE LLP | |
| 1221 Avenue of the Americas | Marvin A. Miller |
| New York, New York 10020 | Lori Fanning |
| Telephone: (212) 819-8200 | MILLER LAW LLC |
| Facsimile: (212) 354-8113 | 115 South LaSalle Street, Suite 2910 |
| rmilne@whitecase.com | Chicago, IL 60603 |
| jpace@whitecase.com | Tel: (312) 332-3400 |
| ahanstead@whitecase.com | mmiller@millerlawllc.com |
| mgallagher@whitecase.com | lfanning@millerlawllc.com |
| mhamburger@whitecase.com | |
| | Michael M. Buchman |
| Christopher M. Curran (PHV) | Michelle Clerkin |
| J. Mark Gidley (PHV) | MOTLEY RICE LLC |
| Peter J. Carney (PHV) | 777 Third Avenue, 27th Floor |

WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
mgidley@whitecase.com
pcarney@whitecase.com

*Attorneys for Warner Chilcott Co., LLC f/k/a Warner Chilcott Co., Inc., Warner Chilcott (US), LLC, Warner Chilcott Sales (US), LLC, Warner Chilcott plc n/k/a Allergan WC Ireland Holdings Ltd., Warner Chilcott Holdings Co. III, Ltd., Warner Chilcott Corp., Warner Chilcott Laboratories Ireland Limited, Watson Laboratories, Inc., and Watson Pharmaceuticals, Inc.*

New York, NY 10017
Tel: (212) 577-0050
Fax: (212) 577-0054
mbuchman@motleyrice.com
mclerkin@motleyrice.com

*Co-Lead Counsel for the End-Payor Class*

Robert J. McConnell
MOTLEY RICE LLC
321 South Main Street, Second Floor
Providence, R.I. 02903
Tel: (401) 457-7700
bmcconnell@motleyrice.com

*Liaison Counsel for the End-Payor Class*

_____

SO ORDERED

3

## CERTIFICATE OF SERVICE

I, Nicole J. Benjamin, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access these filings, and notice of these filings will be sent to those parties by operation of the CM/ECF system.

Dated: December 18, 2019                      */s/ Nicole J. Benjamin*
                                                                            Nicole J. Benjamin