**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IN RE: LOESTRIN 24 FE ANTITRUST LITIGATION | MDL No. 2472 |
| | Master File No. 13-md-2472-WES-PAS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### NOTICE REGARDING THE PARTICIPATION OF THE CONSUMER END-PAYOR PLAINTIFFS AT TRIAL

Pursuant to the Court's request, the End-Payor Plaintiffs hereby provide the following notice regarding the participation of the consumer End-Payor Plaintiffs at trial.

During Phase 1 of the trial, End-Payors Plaintiffs expect to call as a witness a representative from the City of Providence but do not expect to call during our Phase 1 case-in-chief any other End-Payor class representative or either of the two individual consumers (Mary Alexander or Denise Loy). The two consumers' claims are identical to the certified Third-Party Payor Class claims to be tried in Phase 1, and a favorable result for the Third-Party Payor Class in the Phase 1 trial will apply equally to the individual consumers. These consumers' individual claims are subject to one-way collateral estoppel based on the results in Phase 1. *See, e.g.*, *Parklane Hosiery Co. v. Shore,* 439 U.S. 322, 326 n. 5 (1979) (collateral estoppel, or issue preclusion, prevents relitigation in a second suit of issues actually litigated in, and necessary to the outcome of, a prior suit); *see also Keystone Shipping Co. v. New England Power Co.*, 109 F.3d 46, 51 (1st Cir. 1997) (explaining that "[t]he principle of collateral estoppel, or issue preclusion, . . . bars relitigation of any factual or legal issue that was actually decided in previous litigation between the parties, whether on the same or a different claim" (internal quotation marks and citations omitted)).

Additionally, any potential relevant testimony of these consumers, to the extent any is required, would be more appropriately heard in Phase 2.

Dated: December 20, 2019            Respectfully submitted,

/s/ Lori A. Fanning
Marvin A. Miller
Lori Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603
Tel: (312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Sharon K. Robertson
Donna M. Evans
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY  10005
Tel: (212) 838-7797
Fax: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

Robert A. Braun
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, Suite 500
Washington, DC 20002
Tel: (212) 408-4600
rbraun@cohenmilstein.com

Steve D. Shadowen
Matthew C. Weiner
HILLIARD & SHADOWEN LLP
1135 W. 6th Street, Suite 125
Austin, TX  78703
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

        Michael M. Buchman
        Michelle Clerkin
        MOTLEY RICE LLC
        777 Third Avenue, 27th Floor
        New York, NY  10017
        Tel: (212) 577-0050
        Fax: (212) 577-0054
        mbuchman@motleyrice.com
        mclerkin@motleyrice.com

        *Co-Lead Counsel for the End-Payor Class*

        Robert J. McConnell
        MOTLEY RICE LLC
        321 South Main Street, Second Floor
        Providence, R.I. 02903
        Tel: (401) 457-7700
        bmcconnell@motleyrice.com

        *Liaison Counsel for the End-Payor Class*

## CERTIFICATE OF SERVICE

I, Lori A. Fanning, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access these filings, and notice of these filings will be sent to those parties by operation of the CM/ECF system.

Dated: December 20, 2019                              */s/ Lori A. Fanning*
                                                     Lori A. Fanning