**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IN RE LOESTRIN 24 FE ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All End-Payor and Third-Party Payor Actions | MDL No. 2472 <br><br> Master File No. <br> 1:13-md-2472-S-PAS |

**DECLARATION OF MICHAEL M. BUCHMAN IN SUPPORT OF END-PAYOR PLAINTIFFS' UNOPPOSED AMENDED MOTION FOR MODIFICATION OF THE FORM AND MANNER OF NOTICE TO THE LUPIN SETTLEMENT CLASS AND THE THIRD-PARTY PAYOR PLAINTIFFS' UNOPPOSED AMENDED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED WARNER CHILCOTT SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS, AND TO SET A SCHEDULE FOR A <u>FAIRNESS HEARING</u>**

I, Michael M. Buchman, hereby declare as follows:

1. Attached as Exhibit 1 is a true and correct copy of the Settlement Agreement between Third-Party Payor Plaintiffs and the Warner Chilcott Defendants, and Exhibits A-C thereto.

2. Attached as Exhibit 2 is a true and correct copy of the proposed Plan of Allocation.

3. Attached as Exhibit 3 is a true and correct copy of the Declaration of Linda V. Young dated February 3, 2020, and Exhibits A-D thereto.

4. Attached as Exhibit 4 is a true and correct copy of the proposed claim form and instructions thereto.

5. Attached as Exhibit 5 is a true and correct copy of the Proposed Order.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2020

                                                     *Michael M. Buchman*
                                                    Michael M. Buchman

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, a true copy of the foregoing document was served on all counsel of record by electronically filing the document with the Court's CM/ECF system.

>                                  */s/ Michael M. Buchman*
>                                  Michael M. Buchman