## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE LOESTRIN 24 FE ANTITRUST LITIGATION | MDL No. 2472 |
| | Master File No. 1:13-md-2472-WES-PAS |
| THIS DOCUMENT RELATES TO: | |
| All End-Payor and Third-Party Payor Actions | |

### END-PAYOR AND THIRD-PARTY PAYOR PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs A.F. of L. - A.G.C. Building Trades Welfare Plan, Allied Services Division Welfare Fund, City of Providence, Rhode Island, Electrical Workers 242 and 294 Health & Welfare Fund, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, Laborers International Union of North America, Local 35 Health Care Fund, Painters District Council No. 30 Health & Welfare Fund, Teamsters Local 237 Welfare Benefits Fund, United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund, Denise Loy, and Mary Alexander, on behalf of themselves and a class of consumers and Third-Party Payors ("End-Payor Class") seek final approval of a settlement with Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin").

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs A.F. of L. - A.G.C. Building Trades Welfare Plan, Allied Services Division Welfare Fund, City of Providence, Rhode Island, Electrical Workers 242 and 294 Health & Welfare Fund, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, Laborers International Union of North America, Local 35 Health Care Fund, Painters District Council No. 30 Health & Welfare Fund, Teamsters Local 237 Welfare Benefits Fund, and United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund, on behalf of themselves and a class of Third-Party Payors seek final approval of a settlement with the remaining Defendants Allergan, plc; Warner Chilcott Co., LLC f/k/a Warner Chilcott Co., Inc.; Warner Chilcott (US), LLC; Warner Chilcott Sales (US), LLC; Warner Chilcott plc n/k/a Allergan WC Ireland Holdings Ltd.; Warner Chilcott Holdings Co. III, Ltd.; Warner Chilcott Corp.; Warner Chilcott Laboratories Ireland Limited; Warner Chilcott Limited; Watson Laboratories, Inc.; and Watson Pharmaceuticals, Inc. (collectively "Warner Chilcott").

In support of this motion, the End-Payor Class and the Third-Party Payor Class submit: (i) a Memorandum of Law In Support of End-Payor and Third-Party Payor Plaintiffs' Motion For Final Approval of Class Action Settlements; (ii) the Declaration of Michael M. Buchman dated August 13, 2020 in Support of End-Payor and Third-Party Payor Plaintiffs' Motion For Final Approval of Class Action Settlements; and (iii) Proposed Orders.

The undersigned hereby certifies that counsel for End-Payor and Third-Party Payor Class Plaintiffs have conferred with counsel for the Lupin and Warner Chilcott Defendants, who do not oppose this motion.

Dated: August 13, 2020                    Respectfully submitted,

*/s/ Michael M. Buchman*

Michael M. Buchman
Michelle C. Clerkin
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Steve D. Shadowen
Matthew C. Weiner
**HILLIARD & SHADOWEN LLP**
135 W. 6th Street, Suite 125
Austin, TX 78703
(855) 344-3298
steve@hilliardshadowenlaw.com

matt@hilliardshadowenlaw.com

Sharon K. Robertson
Donna M. Evans
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Co-Lead Counsel for the EPP and TPP Classes*

Robert J. McConnell
**MOTLEY RICE LLC**
55 Cedar Street, Suite 100
Providence, R.I. 02903
Tel: (401) 457-7700
bmcconnell@motleyrice.com

*Liaison Counsel for the EPP and TPP Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, a true copy of the foregoing document was

served on counsel of record by filing the document with the Court's CM/ECF system.

/s/ Michael M. Buchman

Michael M. Buchman