**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IN RE: LOESTRIN 24 FE ANTITRUST LITIGATION | MDL No. 2472 <br><br> Master File No.: 1:13-md-2472-S-PAS |
| This document relates to: <br><br> ALL END-PAYOR CLASS ACTIONS | |

**END-PAYOR AND THIRD-PARTY PAYOR PLAINTIFFS' ASSENTED TO MOTION TO FILE CORRECTED PROPOSED ORDERS GRANTING FINAL JUDGMENT AND APPROVING CLASS ACTION SETTLEMENTS**

On August 13, 2020, End-Payor and Third-Party Payor Plaintiffs ("Plaintiffs") filed their Motion for Final Approval of Class Action Settlements (ECF No. 1452), along with a Proposed Order Granting Final Judgment and Order of Dismissal as to the Warner Chilcott Defendants and Approving the Third-Party Payor Class Settlement (ECF No. 1452-2) (the "WC Order") and a Proposed Order Granting Final Judgment and Order of Dismissal as to the Lupin Defendants and Approving the End-Payor Class Settlement (the "Lupin Order") (ECF No. 1452-1). Plaintiffs made corrections to the WC Order, filed herewith, to remove a duplicative paragraph. Plaintiffs also made corrections to the Lupin Order, filed herewith, to provide more clarity regarding the terms of the Lupin Settlement and Notice. The undersigned hereby certifies that counsel for Plaintiffs conferred with counsel for the Lupin and Warner Chilcott Defendants, who do not oppose this motion.

Accordingly, End-Payor and Third-Party Payor Plaintiffs now move to file the corrected versions of the WC Order and Lupin Order.

Dated: August 21, 2020              Respectfully submitted,

                                    **MOTLEY RICE LLC**

                                    */s/ Michael M. Buchman*
                                    Michael M. Buchman
                                    Michelle C. Clerkin

**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

Steve D. Shadowen
Matthew C. Weiner
**HILLIARD & SHADOWEN LLP**
135 W. 6th Street, Suite 125
Austin, TX 78703
(855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

Sharon K. Robertson
Donna M. Evans
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
srobertson@cohenmilstein.com
devans@cohenmilstein.com

*Co-Lead Counsel for the EPP and TPP Classes*

Robert J. McConnell
**MOTLEY RICE LLC**
55 Cedar Street, Suite 100
Providence, R.I. 02903
Tel: (401) 457-7700
bmcconnell@motleyrice.com

*Liaison Counsel for the EPP and TPP Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020 I caused a copy of the foregoing document to be served on all parties of record by filing it via the Court's CM/ECF system.

*/s/ Michael M. Buchman*
Michael M. Buchman